Jeffry A. Davis (SBN 103299)
Joseph R. Dunn (SBN 238069)
Abigail V. O'Brient (SNB 265704)
**MINTZ LEVIN COHN FERRIS GLOVSKY AND POPEO P.C.**
3580 Carmel Mountain Road, Suite 300
San Diego, CA 92130
Tel:   858-314-1500
Fax:   858-314-1501

William F. Gray, Jr.
Alison D. Bauer
**TORYS LLP**
237 Park Avenue
New York, NY 10017-3142
Tel:   212-880-6000
Fax:   212-682-0200

Attorneys for New Flyer Industries Canada ULC and
New Flyer of America, Inc.

UNITED STATES BANKRUPTCY COURT

Southern District of California

| | |
|---|---|
| In re<br><br>ISE Corporation,<br><br>　　　　　　Debtor. | Case No. 10-14198-MM11<br><br>Chapter 11<br><br>**MOTION OF NEW FLYER FOR AN ORDER COMPELLING COMPLIANCE WITH § 365(n)(4)**<br><br>Date:   September 23, 2010<br>Time:   10:00 a.m.<br>Dept:   1<br>Judge: Margaret M. Mann |

New Flyer Industries Canada ULC and New Flyer of America Inc. (together, "New Flyer"), by and through their undersigned counsel, respectfully submit this motion (the "Motion") for entry of an order compelling ISE Corporation ("ISE" or the "Debtor") to comply with the provisions of section 365(n)(4) of title 11 of the United States Code (the "Bankruptcy Code"). The Motion is based upon the attached Memorandum of Points and Authorities, the attached Declaration of Hans Peper, and such arguments and evidence as may be considered at the hearing.

1

4998987v.3

1   On August 10, 2010 (the "Petition Date"), the Debtor filed a voluntary petition for relief with the United States Bankruptcy Court for the Southern District of California (the "Court") pursuant to chapter 11 of the Bankruptcy Code.

New Flyer and the Debtor are parties to an Agreement for the Design, Production and Supply of the Propulsion Equipment for Hybrid Fuel Cell Buses, dated August 2, 2007, as amended (the "Agreement")[1] in connection with New Flyer supplying buses to BC Transit, the public transportation agency for British Columbia, Canada.

The "propulsion system" to be supplied by ISE to New Flyer for BC Transit, referred to as the Hybrid Drive System (as defined in the Agreement)[2], is the drive train of the buses, an essential component of the bus without which bus does not function. An important component of the Hybrid Drive System is the software that is provided by ISE to New Flyer in connection with the sale of any FC Propulsion System or Service under the Agreement, whether on disk, read only memory, on any other media or in any other form (collectively "Software"). ISE supplied technology, including the Software, to New Flyer for use in buses sold by New Flyer to BC transit.

Pursuant to the Agreement, ISE is required to enter into a technology escrow agreement in a form substantially similar to the model agreement attached to the Agreement as Schedule O (the "Escrow Agreement") with New Flyer and Iron Mountain Intellectual Property Management, Inc. ("Iron Mountain" or the "Escrow Agent") and to deposit certain materials into escrow including the Debtor's source code applicable to the Hybrid Drive System supplied by ISE under the Agreement, technical drawings of the Hybrid Drive System together with all relevant written assembly instructions and specifications, a bill of materials for the Hybrid Drive System and a list of suppliers of the sub-components of the Hybrid Drive System (collectively, the "Deposit Materials").

Debtor is required to comply with Section 365(n)(4) and perform the Agreement, but has failed to do so following the written request of New Flyer. Therefore, New Flyer is entitled to an order of the Court compelling the Debtor to comply with section 365(n)(4) and directing the Debtor to immediately deliver the Deposit Materials to New Flyer.

---

[1] The facts described in this Motion are described in the Declaration of Hans Peper in Support of the Motion (the "Peper Declaration").

[2] Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Agreement.

2

4998987v.3

WHEREFORE, based on the foregoing, New Flyer respectfully requests an order substantially in the form attached to this Motion as **Exhibit A** compelling the Debtor to comply with section 365(n)(4), and granting such other and further relief as this Court deems appropriate.

Dated: August 16, 2010

/s/ Abigail V. O'Brient
Jeffry A. Davis
Joseph R. Dunn
Abigail V. O'Brient
**MINTZ LEVIN COHN FERRIS GLOVSKY AND POPEO P.C.**

and

Alison D. Bauer
**TORYS LLP**
237 Park Avenue
New York, New York 10017

Attorneys for New Flyer Industries Canada ULC and New Flyer of America Inc.

# PROOF OF SERVICE

I am employed in the County of San Diego, State of California, over the age of eighteen years, and not a party to the within action. My business address is 3580 Carmel Mountain Road, Suite 300, San Diego, California 92130. On August 16, 2010, I served the within document:

**MOTION OF NEW FLYER FOR AN ORDER COMPELLING COMPLIANCE WITH § 365(n)(4)**

X **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")**: Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On August 16, 2010, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email addressed indicated below:

X **FIRST-CLASS MAIL**: By placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at San Diego, California, addressed as set forth below.

Attorneys for Debtor (NEF)
Marc J. Winthrop
Winthrop Couchot
660 Newport Center Drive, 4th Floor
Newport Beach, CA 92660
pj@winthropcouchot.com

U.S. Trustee (U.S. Mail)
Office of the U.S. Trustee
402 W. Broadway, Suite 600
San Diego, CA 92101

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on August 16, 2010, at San Diego, California.

/s/ *Diane Johnson*
Diane Johnson

4998987v.3

# EXHIBIT A

CSD 1001A [11/15/04]
Name, Address, Telephone No. & I.D. No.

Jeffry A. Davis (SBN 103299)
Abigail V. O'Brient (SBN 265704)
Mintz Levin Cohn Ferris Glovsky and Popeo, P.C.
3580 Carmel Mountain Road, Suite 300
San Diego, CA 92130
T: (858) 314-1500
F: (858) 314-1501

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF CALIFORNIA
325 West "F" Street, San Diego, California 92101-6991

In Re.
ISE Corporation,

Debtor.

BANKRUPTCY NO. 10-14198-MM11

Date of Hearing: September 23, 2010
Time of Hearing: 10:00 a.m.
Name of Judge: Margaret M. Mann

## ORDER ON MOTION OF NEW FLYER FOR AN ORDER COMPELLING COMPLIANCE WITH § 365(n)(4)

**IT IS ORDERED THAT** the relief sought as set forth on the continuation pages attached and numbered two (2) through two (2) with exhibits, if any, for a total of two (2) pages, is granted. Motion/Application Docket Entry No. 11.

//
//
//
//
//
//

DATED:

_____
Judge, United States Bankruptcy Court

Signature by the attorney constitutes a certification under Fed. R. of Bankr. P. 9011 that the relief in the order is the relief granted by the court.

Submitted by:

Mintz Levin Cohn Ferris Glovsky and Popeo, P.C.
(Firm name)

By: /s/ Abigail V. O'Brient
   Attorney for ☒ Movant ☐ Respondent
   New Flyer Industries Canada ULC and New Flyer America Inc.

CSD 1001A

American LegalNet, Inc.
www.USCourtForms.com

ORDER ON MOTION OF NEW FLYER FOR AN ORDER COMPELLING COMPLIANCE WITH § 365(n)(4)
DEBTOR: ISE Corporation                                                   CASE NO: 10-14198-MM11

---

The Court having considered the Motion of New Flyer for an Order Compelling Compliance with §365(n)(4) (the "Motion"), the Memorandum of Points and Authorities in Support of the Motion, the Declaration of Hans Peper in Support of the Motion, any opposition to the Motion, and for good cause shown,

IT IS HEREBY ORDERED THAT:

1.  The Motion is granted.

2.  The Debtor is directed to comply with 11 U.S.C. §365(n)(4) by delivering directly to New Flyer the most recent form of the source code applicable to the Hybrid Drive System supplied by ISE under the Agreement within two business days of the entry of this Order and the other Deposit Materials[1] within four business days of the entry of this Order.

5001253.2

---

[1] All capitalized terms not defined herein shall have the meaning ascribed to them in the Motion.

CSD 1001A

American LegalNet, Inc.
www.USCourtForms.com