CSD1147
06/05

**United States Bankruptcy Court**
Southern District of California
Jacob Weinberger U.S. Courthouse
325 West F Street
San Diego, CA 92101–6991

Telephone: 619–557–5620
Website: www.casb.uscourts.gov
Hours: 9:00am–4:00pm Monday–Friday

**In re** Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

**ISE Corporation**
 12302 Kerran Street
Poway, CA 92064

Case number:  10–14198–MM11
Chapter:  11
Judge  Margaret M. Mann

Employer's Tax I.D. No.:  33–0646481
*Debtor Aliases:*   ISE Research Corporation

# NOTICE OF STATUS CONFERENCE ON CHAPTER 11 PETITION

TO PARTIES IN INTEREST:

ISE Corporation Attn: Richard J. Sander 12302 Kerran St. Poway, CA 92064
Winthrop Couchot Professional Corp Attn: Marc J. Winthrop, Esq. 660 Newport Center Dr., #400 Newport Beach, CA 92660
United States Trustee 402 W. Broad St., #600 San Diego, CA 92101
4M Advertising Representatives Attn: Corporate Officer 2020 Hurley Way, #222 Sacramento, CA 95825
A–1 Prestige Plumbing, Inc. Attn: Corporate Officer 13200 Kirkham Way, #115 Poway, CA 92064
ADP Attn: Corporate Officer P.O. Box 78415 Phoenix, AZ 85062
Advanced Systems Group Attn: Liz Dutra 12405 North Grant Street Thornton, CO 80241
Aerotek, Inc. Attn: Corporate Officer 3689 Collection Ctr. Dr. Chicago, IL 60693
Air Products PLC Attn: Ian Holmes, Bus Dev Mgt 2 Millennium Gate Westmere Dr. Crewe, CW1 2AP GB
Airgas – West Attn: Jim Robinson P.O. Box 7423 Pasadena, CA 91109–7423
Akin Gump Atn Corp Officer Robert S. Strauss Bldg 1333 New Hampshire Ave NW Washington, DC 20036–1564
Alexander Ellis III 12302 Kerran St. Poway, CA 92064
Alicia Walsh Attn: Corporate Officer 617 Granvilla Place La Jolla, CA 92037
All American First Aid Attn: Corporate Officer 4653 Carmel Mtn Rd., #308–106 San Diego, CA 92130
All Covered Attn: Corporate Officer Dept. 33163, P.O. Box 39000 San Francisco, CA 94139–3163
Allied Electronics, Inc. Attn: Lillia Guzman P.O. Box 2325 Fort Worth, TX 76113–2325
Alro Group Attn: Dennis Crandall 3100 E. High St. Jaskson, MI 49204
Altium Attn: Corporate Officer Dept. LA 22660 Pasadena, CA 91185–2660
America II Electronics Attn: Guy 2600 118th Ave. N. St. Petersburg, FL 33716
American Pblc Transp Atn Corp Ofcr c/o Natl Trade Prod. Inc. 313 S Patrick Street Alexandria, VA 22314
American Power Connection Sys Attn: Joel Johnson 2460 Midland Rd. Bay City, MI 48706
American Vulkan Corp Attn: A/R Sue 2525 Dundee Road Winter Haven, FL 33882
Ametek Rotron–Box 2751 Attn: Corporate Officer P.O. Box 8500 Philadelphia, PA 19178–2751
Amphenol Interconnect Products Attn: Tim McHale 20 Valley Street Endicott, NY 13760
Amtech Electrocircuits Attn: Bill Csernits 701 Minnesto Dr. Troy, MI 48083
Analysis & Design Application Attn: David Taylor 60 Broadhollow Road Mellville, NY
Apache Future, L.L.C. Attn: Maria Russo, VP Sales 14354 N. .F L. Wright Bl., #10 Scottsdale, AZ 85260
Aqua Chill Attn: Corporate Officer P.O. Box 24737 Tempe, AZ 85285
Arrow Electronics Attn: Mark Yoshida, Acct Mgr P.O. Box 79329 City of Industry, CA 91716–9329
Asbury Environmental Svcs Attn: Corporate Officer File 41899 Los Angeles, CA 90074
AT&T Attn: Corporate Officer P.O. Box 6444 Carol Stream, IL 60197–6444
ATI USA LLC Attn: Richard George, Sales 47199 Cartier Drive Wixom, MI 48393
Avalon Consulting Solutions Attn: Corporate Officer 13629 Drieser Pl. Cerritos, CA 90703–2306
AVL Powertrain Engineering Inc. Attn: Andrew Martin 47519 Halyard Drive Pylmouth, MI 48170–2438
B & B Electronics Attn: Dina McMichael P.O. Box 1040 Ottawa, IL 61350
Ballard Power Systems Inc. Attn: Daljit Bawa 4343 North Fraser Way Burnaby V5J 5J9 BC Canada
Banc of American Leasing Attn: Corp Officer/Lse Adm Ctr P.O. Box 371992 Pittsburgh, PA 15250–7992
Bank of America Attn: Corporate Officer P.O. Box 15731 Wilmington, DE 19886–5731
Beck Electric & Data Services Attn: Corporate Officer 302 Washington St., #556 San Diego, CA 92103
Berkshire Electric Cable Co. Attn: Brandon Wallace 118 River Road Leeds, MA 01053–0142
Blue Shield of Calif Life & Health Attn: Corporate Officer P.O. Box 25208 Santa Ana, CA 92799–5208
Blum & Clark Accountancy Grp Attn: Corporate Officer 5675 Ruffin Road, #300 San Diego, CA 92123

Board of Equalization P.O. Box 942879 Sacramento, CA 94279–8063
Bobit Business Media Attn: Corporate Officer 3520 Challenger St/P.O. Box 2703 Torrance, CA 90503
Broadridge Attn: Corporate Officer 5970 Chedworth Way Mississauga L5R 4G5 ON Canada
Broding's Battery WarehouseI Attn: Arthur Kaiser, VP 8188 Commercial Street La Mesa, CA 91942–2926
Bus & Truck of Chicago Inc. Attn: Corporate Officer 3330 S. Pulaski Road Chicago, IL 60623
C.E. Niehoff & Co. Attn: Corporate Officer P.O. Box 95163 Chicago, IL 60694
California Crane Safety Cons Attn: John Hendricks 785 Tucker Rd., PMB 156 Tehachapi, CA 93561
Cal–West Products Inc. Attn: Lisa McGinnis, Gen Mgr 7538 Trade Street San Diego, CA 92121
Capacitors Plus, Inc. Attn: Corporate Officer P.O. Box 820 Cordova, TN 38088–0820
Carquest Auto Parts Attn: Corporate Officer 12764 Poway Poway, CA 92064
Ceva Logistics Attn: Corporate Officer P.O. Box 98803 Chicago, IL 60693
Chandler Packaging, Inc. Attn: Corporate Officer P.O. Box 421110 San Diego, CA 92142–1110
Charter Industrial Supply Attn: Jim Berteaux 7884 Ronson Road San Diego, CA 92111
CIBC Mellon Trust Co. Attn: Corporation Officer 320 Bay Street Toronto M5H4A6 ON Canada
Cintas Corporation #694 Attn: Corporate Officer 675 32nd St. San Diego, CA 92102
Circuit Protection Devices Inc. Attn: Corporate Officer 18440 Technology Dr., #120 Morgan Hill, CA 95037
City of Poway Attn: Authorized Agent P.O. Box 2490 Valley Center, CA 92082
Clifford Chance LLP Attn: Managing Partner 10 Upper Bank St Canary Wharf London, E14 5JJ GB
Coach Crafters Attn: Corporate Officer 27530 County Road 561 Tavares, FL 32778
Cobasys Attn: Gerard Russell 3740 Lapeer Road South ORION, MI 48359
Comfort Mechanical, Inc. Attn: Corporate Officer 10740 Kenney St., #404 Santee, CA 92071
Concert Groups Logistics Attn: Jean Gonin, Acct Exec 5052 Reliable Parkway Chicago, IL 60686–0050
Concur Technologies, Inc. Attn: Jonathan White 18400 NE Union Hill Road Redmond, WA 98052
Contitech Thermopol Attn: Nikki 9 Interstate Drive Somersworth, NH 03878
Controlled Motion Solutions Attn: Hillman 911 N. Poinsettia Street Santa Ana, CA 92701
Cooper Bussmann c/o PNC Bank Attn: Corporate Officer P.O. Box 644133 Pittsburgh, PA 15264
Cor–O–Van Moving & Storage Attn: Corporate Officer Dept 6143 Los Angeles, CA 90084–6143
County of San Diego Dept of EH Attn: Authorized Agent P.O. Box 129261, 0 San Diego, CA 92112–9261
Crown Lift Trucks/ Equip Corp Attn: Corporate Officer P.O. Box 641173 Cincinnati, OH 45264–1173
Cummins Cal Pacific, LLC Attn: Managing Member Dept 8731 Los Angeles, CA 90084–8731
Cygnus Business Media Attn: Corporate Officer P.O. Box 68–9528 Milwaukee, WI 5368–9528
D6 Industries, Inc. Attn: Darryl Jones, Genl Mgr 601 South Union Street Lawrence, MA 01843
Dave Mazaika 61 Stowe Irvine, CA 92620
Dell Marketing c/o Dell USA Attn: Jimmy Hursh P.O. Box 910916 Pasadena, CA 91110–0916
Destinhaus LLC Attn: Managing Member 12 Arado Rancho Sta Margarita, CA 92688
Digi–Key Corp. 410303 Attn: Corp Office P.O. Box 250 Thief River Falls, MN 56701
Dimic Steel Tech, Inc. Attn: David Browne 145 N.8th Avenue Upland, CA 91786
DMR Electronics, Inc Attn: Daniel G. Niebeling 1111 East Seventh Ave. Hibbing, MN 55746
Dr. Frank C. Schuller Attn: Frank Schuller Credit Suisse CH–378 Gstaad, Switzerland
DSV Air & Sea Inc. Attn: Corporation Officer 898 N Sepulveda Blvd., #600 El Segundo, CA 90245
Duckor Spradling Metzger & Wyn Attn: Corporation Officer 3043 4th Ave. San Diego, CA 92103–58010
Dynaflex Products Attn: Cynthia Dorado, A/R 6466 Gayhart Street Commerce, CA 90040
Eaton Automotive Attn: Corporate Officer P.O. Box 100193 Pasadena, CA 91189–0193
Eaton Leonard Tooling, Inc. Attn: Paul Howard 1391 Specialty Dr., #B Vista, CA 92081
Eco Inc. Attn: Corporate Officer P.O. Box 2731 Rocklin, CA 95677
Ed Hanson's Muffler Svc Attn: Ed Hanson 3916 N. Barcelona St. Spring Valley, CA 91977
Edco Waste & Recycling Svc Attn: Corporate Officer P.O. Box 5488 Buena Park, CA 90622–5488
Eepod, LLC Attn: Kerby Suhre 10179 Bergin Road Howell, MI 48843
EIS Attn: Debbie Tom File 98059/P.O. Box 98059 Chicago, IL 60693–8059
El Dorado Sandblasting Co. Attn: Corporate Officer 2694 Commerical St. San Diego, CA 92113
Engineered Machined Products Attn: Corporate Officer 2701 North 30th Street Escanaba, MI 49829
Enright Tools Attn: Corporate Officer 11716 Eastfield Road Poway, CA 92064
Ernst & Young LLP Attn: Managing Partner Dept 6793 Los Angeles, CA 90084–6793
Etas Inc. Attn: Jamie Crane, Acct Mgr 3021 Miller Road Ann Arbor, MI 48103
Euclid Industries Attn: Robert Kietzman 1655 Tech Drive Bay City, MI 48706
Exhibit Outsource Inc. Attn: Corporate Officer 4533 MacAuthur Blvd., #192 Newport Beach, CA 92660
Express Corporation Attn: Corporate Officer 9235 Trade Pl. San Diego, CA 92126
Fasken Martineau Atn A. Fullerton 66 Wellington St. W., #4200 Toronto Dom Ctr Bank Twr Box 20 Toronto, M5K 1N6 Canda
Fastenal Company Attn: Shawn P.O. Box 978 Winona, MN 55987–0978
Fedex Freight Attn: Corporate Officer P.O. Box 21415 Pasadena, CA 91185–1415
Fire Etc. Attn: David Dewey 2190 Main Street San Diego, CA 92113
Fish & Richardson P.C. Attn: Corporate Officer P.O. Box 3295 Boston, MA 02241–3295
Fleet Driveline Service Attn: Corporate Officer 4001 Market Street, #B San Diego, CA 92102
Flodraulic Group, Inc Attn: Keith P.O. Box 634091 Cincinnati, OH 45263–4091
Florida Public Transportation Attn: Roxanne Capehart 100 N. Myrtle Ave. Jacksonville, FL 32204
Foley & Lardner LLP Attn: Managing Partner 555 S. Flower St., #3500 Los Angeles, CA 90071–2411

Fore–Par Attn: Race Gilbert 7650 Stage Road Buena Park, CA 90621
Foundationip, LLC Attn: Managing Partner P.O. Box 602025 Charlotte, NC 28260–2025
Fragomen Del Rey Bernsen Attn: Corporate Officer P.O. Box 80061 City of Industry, CA 91716–8061
Franchise Tax Board P.O. Box 942867 Sacramento, CA 94267
Franklin Industry of San Diego Attn: Tyler Pelfrey 12544 Kirkham Court, #1 Poway, CA 92064
Fuses Unlimited Attn: Corporate Officer 9248 Eton Avenue Chatsworth, CA 91311
Garrett Electronics Corp. Attn: Corporate Officer 1320 West McCoy Lane Santa Maria, CA 93455
Gems Sensors Inc. Attn: Sue Willoughby P.O. Box 96860 Chicago, IL 60693
Gerd–Dieter Goette 12302 Kerran St. Poway, CA 92064
Global Compliance Attn: Corporate Officer 13950 Ballantyne Corp Pl., #300 Charlotte, NC 28277–2712
Goodwin Procter LLP Attn: Managing Partner Exchange Pl., 53 State St. Boston, MA 02109
Granzow Attn: Anderson Morton 2300 Crownpoint Executive Dr. Charlotte, NC 28277–6702
Graybar Electric Co., Inc. Attn: Corporate Officer File 57071 Los Angeles, CA 90074–7071
Guardian Life Insurance Co. Attn: Sue Wooflea P.O. Box 51505 Los Angeles, CA 90051–5805
H M Revenue & Customs Attn: Corporate Officer Ruby House, 8 Ruby Place Aberdeen AB 10 1ZP
Harper Industries Inc. Attn: Corporate Officer 151 E. Hwy 160 Harper, KS 67058
Hew–Kabel/Cdt. Attn: Herbert Unk Postfach 1226 Wipperfurth, D–51676 DE
Holman Professional Counseling Attn: Corporate Officer P.O. Box 1100 Northridge, CA 91328–1100
Horizon Engineering Attn: Mike Castle, Pres. 13200 Kirkham Way, #109 Poway, CA 92064
Hose Techniques dba Japan Tec Attn: Lucket Dodge 1603 Border Ave. Torrance, CA 90507
Hotstart Manufacturing Attn: Jim Vroman 5723 E. Alki Spokane Valley, WA 99212
IAR Systems Software, Inc. Attn: Cliff Wood, Acct Mgr 1065 E. Hillsdale Blvd., #420 Foster City, CA 94404
Igoe Administrative Services Attn: Tonya Hunt P.O. Box 501480 San Diego, CA 92150–1480
Imagineering, Inc. Attn: Maleka 180 Martin Lane Elk Grove Villa, IL 60007
Imperial Credit Corporation Attn: Corporate Officer Department 7615 Los Angeles, CA 90084–7615
Industrial Metal Supply Corp Attn: Darren Madrid 8300 San Fernando Blvd. Sun Valley, CA 91352
Iron Mountain Records Mgmt Attn: Barbara Jones P.O. Box 601002 Los Angeles, CA 90060–1002
ISE Limited Attn: Managing Partner 12302 Kerran St. Poway, CA 92064
ITT Veam LLC Attn: Managing Member P.O. Box 371630 Pittsburgh, PA 15250–7630
Ixxat Attn: Corporate Officer 120 Bedford Center Road Bedford, NH 03110
Johnson Welded Products Attn: Bill Johnson 625 S. Edgewood Ave. Urbana, OH 43078
K&L Gates LLP Attn: Laurie Pupuro 1601 K Street NW Washington, DC 20006–1600
Kearny Pearson Ford Attn: Kenny Robert 7303 Clairemont Mesa Blvd. San Diego, CA 92111
King Bros Limited Attn: Corporate Officer P.O. Box 577 Victoria, BC V8W 2P5 Canada
Kmparts.Com, Inc. Attn: Tony Wolff 925 Stoner Rd. Englewood, FL 34223
Konica Minolta Business Sol Attn: Corporate Officer Dept. LA 22988 Pasadena, CA 91185–2988
KPMG, LLP Attn: Managing Partner Dept 0906/P.O. Box 120001 Dallas, TX 75312
L&T Precision Corporation Attn: Chana 2105 Kirkham Road Poway, Ca 92064
Ladd Industries Attn: Tina Sloan P.O. Box 802076 Chicago, IL 60680–2076
LADOT Attn: Jeff Lefton 100 S. Main St, 10th Floor Los Angeles, CA 90012
L–Com Inc. Connectivity Prod Attn: Corporate Officer 45 Beechwood North Andover, MA 01845
Lecroy Innovators in Instrument Attn: Danielle Smith Cus Serv Rep 700 Chestnut Ridge Road Chestnut Ridge, NY 10977
Lippert/Heilshorn & Associates Attn: Corporate Officer 800 Third Avenue New York, NY 10022
Livernois Vehicle Dev Attn: Terry Beck 2850 John Daly Inkster, MI 48141
LTG Incorporated Attn: Gerhard Seyffer 105 Corporate Drive, #E Spartanburg, SC 29304
Magaldi & Magaldi Attn: Deborah Magaldi 6525 Gunpark Dr Boulder, CO 80301
Marketwire Inc. Attn: Corporate Officer 100 N. Sepulveda Blvd., #325 El Segundo Blvd, CA 90245
Mars Distributing Inc. Attn: Corporate Officer 19035 W. Bluemound Rd. Brookfield, WI 53045
Maxwell Technologies Attn: Corporate Officer 9244 Balboa Ave. San Diego, CA 92123
McMaster–Carr Supply Co. Attn: Corp Office P.O. Box 7690 Chicago, IL 60680–7690
Michael Sears 12302 Kerran St. Poway, CA 92064
Michigan Foam Products LLC Attn: Kip Cantrick 1820 Chicago Drive Grand Rapids, MI 49519
Microcom Inc. Attn: Mara Truesdale, Ofc Adm 621 South B St., Unit B Tustin, CA 92780
Millbrook Proving Ground Ltd Attn: Darren Carter Bedford MK45 2JQ Millbrook, MK45 2JQ GB
Minnesota Public Transit Assoc Attn: Bill Merrill 525 Park Street, #105 St. Paul, MN 55103–2186
Miramar Truck Center Attn: Heather Dakan 6066 Miramar Road San Diego, CA 92121
MMI Engineered Solutions Attn: Tom Elkington 44650 Helm Court Plymouth, MI 48170
Mobile Mark Incorporation Attn: Corporate Officer 3900–B River Road Schiller Park, IL 60176
Moltec Trading Group Attn: Kirsty Rutter, Mrg. 2770 Portland Drive Oakville, ON L6H 6R4 0 Canada
Montgomery Inv. Tech. Attn: Corporate Officer 200 Federal Street, #245 Camden, NJ 08103
Motion Industries Attn: Romero Fernando File 57463 Los Angeles, CA 90074–7463
Mouser Electronics Attn: Corporate Officer P.O. Box 99319 Fort Worth, TX 76199
MSC Industrial Supply Attn: Corporate Officer 5715 Kearny Villa Rd., #119 San Diego, CA 92123
Napa Auto Parts Attn: Corporate Officer P.O. Box 2047 Norcross, GA 30091–2047
National Registered Agents Attn: Corporate Officer P.O. Box 927 West Windsor, NJ 08550–0927
Nedco Electronics Attn: Corporate Officer P.O. Box 5280 Buena Park, CA 90622

New Pig Corporation Attn: Corporate Officer One Pork Avenue Tipton, NJ 16684–0304
New York Public Transit Asscia Attn: Corporate Officer 119 Washington Ave., #300 Albany, NY 12210
Newark Inone Attn: Carlos Macias, SD Rep P.O. Box 94151 Palatine, IL 60094
Newegg Attn: Corporate Officer 9997 E. Rose Hills Road Whittier, CA 90601
NIC Attn: Alan Steighner 11136 Sam Furr Road Huntersville, NC 28078
North County Times Attn: Corporate Officer P.O. Box 742548 Cincinnati, OH 45274–2548
Nu Horizons Electronics Attn: Marla Spencer 6050 Santo Road, #175 San Diego, CA 92124
Office Depot Attn: Corporate Officer P.O. Box 70025 Los Angeles, CA 90074–0025
Officemax Attn: Corporate Officer P.O. Box 79515 City of Industry, CA 91716–9515
Ogura Industrial Corp Attn: Corporate Officer P.O. Box 18445 Newark, NJ 07191
Omega Engineering Attn: Chris Wright P.O. Box 405369 Atlanta, GA 30384–5369
One Stop Parts Source Attn: Jeff Todd 2220 La Mirada Dr., #B Vista, CA 92081
Oriskany Manufacturing Tech Attn: Jum Caraco 1914 Dwyer Avenue Utica, NY 13501
Orri Corporation Attn: Angelo Doa 6650 Highland Road, #307 Waterford, MI 48327
Oxford Print Management Attn: Corporate Officer 8725 Production Ave. San Diego, CA 92121
Parker Hannifin Electronic Con Attn: Craig Patterson T8089U P.O. Box 8000 Station A Toronto, ON M5W 3W5 Canada
Parker Hannifin Techseal Div Attn: Corporate Officer 7910 Collection Center Dr. Chicago, IL 60603
Payrolling.Com Attn: Corporate Officer 4626 Albuquerque St. San Diego, CA 92109
PC Connection Attn: Corporate Officer P.O. Box 4520 Woburn, MA 01888–4520
Performance Tube Bending Inc. Attn: Corporate Officer 5462 Diaz Street Irwindale, CA 91706
Philip Deutch 12302 Kerran St. Poway, CA 92064
Pitney Bowes Attn: Corporate Officer P.O. Box 856390 Louisville, KY 40285–6390
Plastifab Attn: Mark Weinrich 12145 Paine Street Poway, CA 92064
Pomerado Leasing No 1, LP Attn: Managing Partner P.O. Box 12440 San Diego, CA 92112
Port Supply Attn: Corporate Officer–A/R P.O. Box 50060 Wattsonville, CA 95007–5060
Positronic Industries Attn: Corporate Officer 423 N. Campbell Ave. Springfield, MO 65801
Power Trade Media Attn: Valerie Valtierrra 4742 N. 24th St., #340 Phoenix, AZ 85016
Powerex Attn: Don Baer P.O. Box 710797 Cincinnati, OH 45271–0797
Powertek Attn: Corporate Officer 11 Glenwood Road Rocky Point, NY 11778
Precision Resources Co. Inc. Attn: Corporate Officer P.O. Box 318 Sharon, MA 02067
Procopio Cory Hargreaves et al. Attn: Corporate Officer 530 'B' Street, #2100 San Diego, CA 92101
Product Space Solutions Inc. Attn: Bill Palm 2021 Midwest Rd. Oak Brook, IL 60523
Propower Mfg. Inc. Attn: Corporate Officer 5160 O'Neil Drive Oldcastle, ON Canada
Proskauer Rose LLP Attn: Managing Partner 1585 Broadway New York, NY 10036–8299
PTO Sales & Services Attn: Corporate Officer 4748 Old Cliffs San Diego, CA 92116
Pyramid Wire & Cable Attn: Bob Klappauf, Pres. 2359 La Mirada Dr., #117 Vista, CA 92081
Quality Systems Attn: John Lee, Local Rep 6720 Cobra Way San Diego, CA 92121
Quick Cable Corp Attn: Corporate Officer 3700 Quick Drive Franksville, WI 53126–0509
R & I Industries Attn: Jacob Rowan, Sales Mgr. 1876 S. Taylor Street Ontario, CA 91761
R.R. Donnelley Rcvable, Inc Attn: Corporate Officer P.O. Box 100112 Pasadena, CA 91189–0001
Ranch & Coast Security, Inc. Attn: Corporate Officer 9540 Waples Street, #D San Diego, CA 92121
RD Fabricators Attn: Corporate Officer 845 N. Elm Orange, CA 92867
Remedy Comp Consulting Attn: Corporate Officer 12340 El Camino Real, #400 San Diego, CA 92130
Replica Printing Services Attn: Corporate Officer 10549 Scripps Poway Pkwy, #B San Diego, CA 92131
Reuland Electric Attn: Wayne Foreman P.O. Box 4009 Industry, CA 91747–4009
Richardson Electronics Attn: Corporate Officer 5169 Eagle Way Chicago, IL 60678–1051
Rick Sander 12302 Kerran Street Poway, CA 92064
Road One Attn: Corporate Officer 3821 Calle Fortunada, #A San Diego, CA 92123
Rogers Attn: Corp Officer/Cust Svc P.O. Box 9100 Don Mills M3C3P9 Canada
Roncelli Plastics Inc. Attn: Corporate Officer 330 West Duarte Road Monrovia, CA 91016
Rose+Bopla Attn: Mike Kelly 7330 Excutive Way Frederick, MD 21704
Samtec Inc. Attn: Corporate Officer 3837 Reliable Parkway Chicago, IL 60686–0038
San Diego Business Journal Attn: Corporate Officer 4909 Murphy Cyn Road, #200 San Diego, CA 92123
San Diego Fluid System Tech Attn: Julia Thai 6350 Nancy Ridge Dr., #101 San Diego, CA 92121
San Diego Gas & Electric Attn: Corporate Officer P.O. Box 25111 Santa Ana, CA 92799
Save–On Conferences Attn: Corporate Officer P.O. Box 404351 Atlanta, GA 30384–4351
Sealcon Attn: Corporate Officer 14853 E. Hindsale Ave., #D Centennial, CO 80112–4240
Sealing Devices Inc. Attn: Corporate Officer 4400 Walden Ave Lancaster, NY 14086
Second Star Inc. Attn: Corporate Officer 11556 Alkaid Dr. San Diego, CA 92126
Seico Attn: Michael Munnecke An Der Autoban 29 Langenhagen 30851 DE
Shustak Frost & Partners Attn: Managing Partner 401 West A Street, #2330 San Diego, CA 92101
Siba Fuses Attn: Corporate Officer 29 Fairfield Place West Caldwell, NJ 07006
Siemens Industry, Inc Attn: Corporate Officer P.O. Box 4356, MC–IMA031 Portland, OR 97208–4356
Sigma S4 Consulting Attn: Kurt Werner 10003 NE 37th Court Kirkland, WA 98033
Sign Up Attn: Jerri Jones 13000 Danielson St., #G Poway, CA 92064
Silverback Hauling Attn: Corporate Officer 1033 B Ave., #101 #122 Coronado, CA 92118

SKS Inc. Attn: Corporate Officer P.O. Box 469110 Escondido, CA 92046−9110
Smarter Shows Limited Attn: Managing Partner Abinger House Church St. Dorking RH4 1DF Surrey GB
Snap−On Tools Attn: Corporate Officer 1379 Park Western Dr., #327 San Pedro, CA 90732
South Bay Ford Lincoln Mercury Attn: Corporate Officer 5100 W. Rosecrans Ave. Hawthorne, CA 90251
Southwest Mobile Storage Attn: Corporate Officer 902 S. 7th Street Phoenix, AZ 85034
Spal USA, Inc. Attn: Justin Toler 1731 SE Oralabor Road Ankeny, IA 50021−9412
Sprint Attn: Corporate Officer P.O. Box 54977 Los Angeles, CA 90054−0977
Staffworks Attn: Corporate Officer 6390 Greenwich Dr., #220 San Diego, CA 92122
Standard Coffee Service Co. Attn: Corporate Officer P.O. Box 503392 San Diego, CA 92150 3392
Stevens Global Logistics Attn: Corporate Officer P.O. Box 729 Lawndale, CA 90260−0729
STW Technic, LP Attn: Dale Albee 3000 Northwoods Pkwy, #260 Norcross, GA 30071
Suntron Corporation Attn: Chom Soudaly 1113 Gillingham Lane Sugarland, TX 77478
Sypris Test & Measurement Inc. Attn: Mindy Pribula 6120 Hanging Moss Road Orlando, FL 32807
Systemscontinuity Attn: Corporate Officer P.O. Box 53548 Irvine, CA 92619
Target CW Attn: Samer Khouli II 3650 Hancock Street San Diego, CA 92110
TCR Services Attn: Corporate Officer 5046 Ruffner Street San Diego, CA 92111
Telepacific Communications Attn: Corporate Officer P.O. Box 60767 Los Angeles, CA 90060−0767
The Hartford Priority Accts Attn: Corp Officer/Grp Ben Div P.O. Box 8500−3690 Philadelphia, PA 19178−3690
Theitpros Attn: Corporate Officer 409 Camino Del Rio S, #203 San Diego, CA 92108
Tim−Co Component Sales Attn: Corporate Officer 7001 Eton Ave. Canoga Park, CA 91303−2112
Transfer Flow, Inc. Attn: Corporate Officer 1444 Fortress Street Chico, CA 95973
Transit Associates Attn: Corporate Officer 5333 Tall Tree Court Lisle, IL 60532−2067
Troutman Sanders LLP Attn: Managing Partner 600 Peachtree St. NE, #5200 Atlanta, GA 30308−2216
TRS Industries Attn: Rashid Khan, VP 651 W. 5th Ave. Escondido, CA 92025
TSX Inc. Attn: Corporate Officer 130 King Street West Toronto, ON Canada
TTI Inc. Attn: Carolyn Hill P.O. Drawer 99111 Fort Worth, TX 76199
Uline Attn: Corporate Officer 2200 S. Lakeside Drive Waukegan, IL 60085
Unibar Attn: Corporate Officer 3345 Auburn Road, #201 Rochester Hills, MI 48309
Unique Fabricating Attn: Brad Hazen 800 Standard Parkway Auburn Hills, MI 48326
Up Marketing Attn: Corporate Officer 147 Spadina Ave., #207 Toronto M5V 2L7 ON Canada
UPS Attn: Corporate Officer 28013 Network Place Chicago, IL 60673−1280
US Hybrid Attn: Abas Goodarzi 445 Maple Ave. Torrance, CA 90503
Veolia Transportation Svcs Attn: Corporate Officer 720 E. Butterfield Rd., #300 Lombard, IL 60148
Vossloh Kiepe Atn Corp Ofcr Kiepe Platz 1 Dusseldorf Germany D−40599 0 DE
Waytek Attn: Corporate Officer P.O. Box 81 Chaska, MN 55318
Western Fastener Attn: Bob Rosen, Sales Rep 7373−F Engineer Road San Diego, CA 92111
WHI Sales LLC Attn: Bill Inloes 6338 Sierra Elena Irvine, CA 92612
William Robley 446 Gardner St. El Cajon, CA 92020
Wrightbus Ltd. Atn Mgng Ptnr Galgorm Ind Estate Fenaghy Road, Galgorm Ballymena BT42 IPY GB
YMC Janitorial Services, Inc. Attn: Corporate Officer 3861 Armstrong Street San Diego, CA 92111
Zep Mfg/Acuity Spec Prod Grp Attn: Corporate Officer File 50188 Los Angeles, CA 90074−0188
New Flyer Industries Canada ULC c/o Jeffry A. Davis, Esq. Mintz Levin Cohn Ferris Glovsky & Popeo 3580 Carmel Mountain Road, Suite 300 San Diego, CA 92130
New Flyer of America, Inc. c/o Jeffry A. Davis, Esq. Mintz Levin Cohn Ferris Glovsky & Popeo 3580 Carmel Mountain Road, Suite 300 San Diego, CA 92130
Jeffry A. Davis, Esq. Mintz Levin Cohn Ferris Glovsky & Popeo 3580 Carmel Mountain Rd, Suite 300 San Diego, CA 92130
Alison D. Bauer Torys LLP 237 Park Avenue New York, NY 10017−3142
FedEx National LTL P O Box 840 Harrison, AR 72602−0840
FedEx Freight Inc P O Box 840 Harrison, AR 72602−0840
Suntron Corporation c/o Paul R. Glassman Greenberg Traurig, LLP 2450 Colorado Avenue, Suite 400E Santa Monica, California 90404
Precision Resources Co. Inc. Attn: Corporate Officer PO Box 318 Sharon, MA 02067−0318
NGP Energy Technology Partners, L.P.
Greenberg Traurig, LLP Paul R. Glassman 2450 Colorado Avenue, Suite 400E Santa Monica, CA 90404
McMaster Carr 9630 Norwalk Santa Fe Springs, CA 90630
William R. Baldiga, Esq. Brown Rudnick LLP One FInancial Center Boston, Massachusetts 02111
Foley & Lardner LLP 402 W. Broadway, Suite 2100 San Diego, CA 92101
Victor A. Vilaplana Foley & Lardner LLP 402 West Broadway, Suite 2100 San Diego, CA 92101
Rose+Bopla 7330 Excutive Way Frederick, MD 21704−8353
Miramar Truck Center Attn: Michael Maury 6066 Miramar Road San Diego, CA 92121−2591
Marc J. Winthrop Winthrop Couchot Professional Corp. 660 Newport Center Drive, 4th Floor Newport Beach, CA 92660
Pomerado Leasing No. 1 LP c/o Lisa Torres, Esq. Tracy L. Schimelfenig, Esq. Law Office of William P. Fennell, APLC 1111 Sixth Avenue, Suite 404 San Diego, CA 92101
Lisa Torres, Esq Tracy L. Schimelfenig, Esq Law Office of William P. Fennell, APLC 1111 Sixth Avenue, Suite 404 San Diego, CA 92101

Foley & Lardner LLP 402 West Broadway, Suite 2100 San Diego CA 92101
New Flyer Industries of Canada ULC and New Flyer of America, Inc. Mintz Levin Cohn Ferris Glovsky & Popeo 3580 Carmel Mountain Road Suite 300 San Diego CA 92130
Palomar Leasing No. 1 LP
Suntron Corporation Greenberg Traurig, LLP 2450 Colorado Avenue Suite 400E Santa Monica CA 90404
Abigail Obrient 3580 Carmel Mountain Road, Suite 300 San Diego CA 92130
Jeffry Davis 3580 Carmel Mountain Road Suite 300 San Diego CA 92130
Lisa Torres Law Offices of William P. Fennell 1111 Sixth Avenue, Suite 404 San Diego CA 92101
Victor Vilaplana 402 West Broadway Suite 2100 San Diego CA 92101
William Baldiga One Financial Center Boston MA 02111

**YOU ARE HEREBY NOTIFIED** that pursuant to 11 U.S.C. § 105(d)(1) and (2) an informal status conference in the above−entitled proceeding has been set for 9/23/10 at 10:00 AM, in Courtroom 1, Room 218, Jacob Weinberger U.S. Courthouse, 325 West F Street, San Diego, CA 92101−6989.

Dated:  8/30/10                                    Barry K. Lander
                                                   Clerk of the Bankruptcy Court