```
 1  MARY TESTERMAN DUVOISIN, ATTORNEY #163514
    TRIAL ATTORNEY
 2  OFFICE OF THE UNITED STATES TRUSTEE
    402 WEST BROADWAY, SUITE 600
 3  SAN DIEGO, CA 92101-8511
    (619)557-5013
 4
    ATTORNEY FOR
 5  TIFFANY L. CARROLL
    ACTING UNITED STATES TRUSTEE
 6
 7
 8                  UNITED STATES BANKRUPTCY COURT
 9                   Southern District of California
10  In re:                          )  Case No. 10-14198-MM11
                                    )
11  ISE CORPORATION, a California   )  APPOINTMENT OF THE
    Corporation,                    )  OFFICIAL COMMITTEE OF
12                                  )  UNSECURED CREDITORS
                                    )
13           Debtor(s).             )
                                    )
14  _____
15       Pursuant to 11 U.S.C. §1102, the United States Trustee
16  hereby appoints the following members to serve on the Official
17  Committee of Unsecured Creditors:
18  **CREDITOR**                       **REPRESENTATIVE**
19  Suntron Corporation                Jeff Wanago
    2401 West Grandview                602-282-5053
20  Phoenix AZ 85023                   602-282-1275 (facsimile)
                                       Jeff.wanago@suntroncorp.com
21
    Second Star Inc                    Jennifer Rey
22  11556 Alkaid Drive                 858-220-8893
    San Diego CA 92126                 858-368-9324 (facsimile)
23                                     Jenrey@secondstarinc.com
24  RR Donrelly Receivables, Inc.     Dan Pevonka
    3075 Highland Parkway              630-322-6931
25  Downers Grove IL 60515             dan.pevonka@rrd.com
26  / / / /
27  / / / /
28
```

| | | |
|---|---|---|
| 1 | **CREDITOR** | **REPRESENTATIVE** |
| 2 | Ballard Power Systems | Kerry Hillier |
| 3 | 9000 Glenlyon Parkway<br>Burnaby British Columbia | 604-453-3529<br>604-412-4716 (facsimile) |
| 4 | Canada V5J 5J8 | Kerry.hillier@ballard.com |
| 5 | Wrightbus, Ltd<br>Galgorm Ind Estate | Mark Nodder<br>+44(0)282-564-1212 |
| 6 | Fenaghy Road Galgorm<br>Ballymena BT 42 IPY GB | +44(0)282-566-3030 (facsimile)<br>mark.nodder@wright-bus.com |

```
                                    TIFFANY L. CARROLL
                                    ACTING UNITED STATES TRUSTEE

Dated: September 1, 2010     By: /s/ Mary Testerman DuVoisin
                                    Mary Testerman DuVoisin
                                    Trial Attorney for the
                                    Acting United States Trustee
```