B6E (Official Form 6E) (04/10)

In re: **ISE Corporation** _____    Case No. **10-14198-MM11** _____
                                    Debtor

# SCHEDULE - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. §112; Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C," in the column labeled "Husband, Wife, Joint or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotal" on each sheet. Report the total of all claims listed on Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on Schedule E in the boxed labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debt report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts <u>not</u> entitled to priority listed on each sheet in the box labeled "Subtotal" on each sheet. Report the total of all amounts <u>not</u> entitled to priority listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding secured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations.** Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extend provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case.** Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before earlier of the appointment of a trustee or the order for relief. 11 U.S.C.§ 507(a)(3).

☒ **Wages, salaries, and commissions.** Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans.** Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen.** Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals.** Claims of individuals up to a maximum of $2,600* for deposits for the purchase, lease, or rental of property or services for personal, family, household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☒ **Taxes and certain other debts owed to governmental units.** Taxes, customs, duties, and penalties owing to federal, state and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution.** Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507(a)(9)

☐ **Claims for Death or Personal Injury While Debtor was Intoxicated.** Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or other substance. 11 U.S.C. § 507(a)(10).

* Amounts are subject to adjustment on 04/01/10, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

15 Continuation Sheets attached

B6E (Official Form 6E) (12/07) - Cont.

In re:  **ISE Corporation**                                              Case No. **10-14198-MM11**
                                          Debtor

# SCHEDULE - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

(Continuation Sheet)

Wages, Salaries and Commissions
TYPE OF PRIORITY

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Christopher Abraca 8301 Yvonne Way, Fair Oaks, CA 95628 | | | | | | | 5,341.76 | | 5,341.76 |
| Alexander Bernasconi 14935 Cam. Ladera, Del Mar, CA 92014 | | | | | | | 3,361.20 | | 3,361.20 |
| Shauna Blackburn 5888 Antigua Blvd, San Diego, CA 92124 | | | | | | | 1,977.62 | | 1,977.62 |
| Brian Boley 12188 Corte Napoli, San Diego, CA 92128 | | | | | | | 3,207.11 | | 3,207.11 |
| Nickolas Bourdon 10030 Paseo Montril, #904 San Diego, CA 92129 | | | | | | | 3,021.19 | | 3,021.19 |
| Billy Brackeen 465 Jamul Court, Chula Vista, CA 91911 | | | | | | | 1,981.22 | | 1,981.22 |

Sheet no. 1 of 13 Continuation
Sheets attached to Schedule of Creditors
Holding Unsecured Priority Claims

MAINDOCS-#151559-v1-ISE_Schedule_E.DOC

B6E (Official Form 6E) (12/07) - Cont.

In re:  **ISE CORPORATION**                                                          Case No.   **10-14198 MM 11**
_____
Debtor

# SCHEDULE - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

(Continuation Sheet)

Wages, Salaries and Commissions
TYPE OF PRIORITY

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Douglas Briggs 12246 Holland Riad, Poway, CA 92064 | | | | | | | 3,953.32 | | 3,953.32 |
| Donna Brownell 16578 Casero Rd., San Diego, CA 92128 | | | | | | | 4,193.83 | | 4,193.83 |
| Richard Brumley 11584 Manzanita Rd, Lakeside, CA 92040 | | | | | | | 4,079.95 | | 4,079.95 |
| Piyush Bubna 13039 Alpine Dr., Poway, CA 92064 | | | | | | | 1,489.50 | | 1,489.50 |
| Perry Craig 1251 Granada Way, San Marcos, CA 92078 | | | | | | | 4,699.52 | | 4,699.52 |
| Robert Del Core 12545 Caminito Mira Del Mar, San Diego, CA 92130 | | | | | | | 5,813.70 | | 5,813.70 |

Sheet no. 2 of 13 Continuation
Sheets attached to Schedule of Creditors
Holding Unsecured Priority Claims

B6E (Official Form 6E) (12/07) - Cont.

In re:  **ISE CORPORATION**                                                                 Case No.  **10-14198 MM 11**
_____
Debtor

# SCHEDULE - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

(Continuation Sheet)

Wages, Salaries and Commissions
TYPE OF PRIORITY

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Timothy Delashmutt 13409 Midland Rd, Apt., 178 Poway, CA 92064-4778 | | | | | | | 6,043.09 | | 6,043.09 |
| Linda DeLay 16852 Open View Rd., Ramona, CA 92065 | | | | | | | 3,160.63 | | 3,160.63 |
| Judy Dennis 1470 S Quebec Way, #48 Denver, CO 80231 | | | | | | | 3,718.38 | | 3,718.38 |
| Tommy Dones 9505 Gold Coast Dr., #28 San Diego, CA 92126 | | | | | | | 1,732.00 | | 1,732.00 |
| Douglas Ellis 5978 Jamar Dr, San Diego, CA 92117 | | | | | | | 2,401.95 | | 2,401.95 |
| Frederick Flett 80510 Dunbar Dr., Indio, CA 92201 | | | | | | | 9,349.04 | | 9,349.04 |

Sheet no. 3 of 13 Continuation
Sheets attached to Schedule of Creditors
Holding Unsecured Priority Claims

B6E (Official Form 6E) (12/07) - Cont.

In re:   **ISE CORPORATION**                                                        Case No.   __**10-14198 MM 11**__
_____
                          Debtor

# SCHEDULE - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

(Continuation Sheet)

__Wages, Salaries and Commissions__
TYPE OF PRIORITY

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| David Gutierrez 24150 Del Amo Rd., Ramona, CA 92065 | | | | | | | 4,150.87 | | 4,150.87 |
| Carolyn Heinstrom 9450 Mira Mesa Blvd., #B-124 San Diego, CA 92126 | | | | | | | 3,649.54 | | 3,649.54 |
| Kenneth Hicks 9629 Acacia St., Lakeside, CA 92040 | | | | | | | 2,468.95 | | 2,468.95 |
| Christopher James 10726 Ballystock Ct., San Diego, CA 92131 | | | | | | | 4,501.43 | | 4,501.43 |
| David Jiang 2022 Elevada St., Oceanside, CA 92054 | | | | | | | 2,790.58 | | 2,790.58 |
| Katie Kirchhofer 14528 Saco Street, Poway, CA 92064 | | | | | | | 2,325.49 | | 2,325.49 |

Sheet no. 4 of 13 Continuation
Sheets attached to Schedule of Creditors
Holding Unsecured Priority Claims

B6E (Official Form 6E) (12/07) - Cont.

In re:  **ISE CORPORATION** _____  Case No.  __**10-14198 MM 11**__
                                                        Debtor

# SCHEDULE - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

(Continuation Sheet)

__Wages, Salaries and Commissions__
TYPE OF PRIORITY

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| David Kirlin 9352 Babauta Rd, #119 San Diego, CA 92129 | | | | | | | 3,073.52 | | 3,073.52 |
| Dennis Klahn 12828 Rockwell Ct, Poway, CA 92064 | | | | | | | 8,143.86 | | 8,143.86 |
| Normand Lafreniere 9511 Tuthill Way, Santee, CA 92071 | | | | | | | 3,337.56 | | 3,337.56 |
| Nhan Le 11314 Avenger Rd., San Diego, CA 92126 | | | | | | | 4,796.22 | | 4,796.22 |
| Magnus Lindback 14679 Caminito Orense Este, San Diego, CA 92129 | | | | | | | 3,950.78 | | 3,950.78 |
| Chad Macclellan 2157 Rose Fern Lane, Ramona, CA 92065 | | | | | | | 2,865.62 | | 2,865.62 |

Sheet no. 5 of 13 Continuation
Sheets attached to Schedule of Creditors
Holding Unsecured Priority Claims

B6E (Official Form 6E) (12/07) - Cont.

In re:  **ISE CORPORATION** _____ Case No.  **10-14198 MM 11** _____
                                    Debtor

# SCHEDULE - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

(Continuation Sheet)

_____ Wages, Salaries and Commissions _____

TYPE OF PRIORITY

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Mark Magers 7413 Pelican Street, Carlsbad, CA 92011 | | | | | | | 6,858.54 | | 6,858.54 |
| Ailen Manzano 1644 Deer Peak Ct., Chula Vista, CA 91913 | | | | | | | 3,105.06 | | 3,105.06 |
| Phillip Matthews 101 Valera Way, Oceanside, CA 92057 | | | | | | | 2,883.60 | | 2,883.60 |
| Frank Mayer 4586 Pescadero Ave, San Diego, CA 92107 | | | | | | | 3,503.10 | | 3,503.10 |
| Julia McCann 12216 Creekside Ct., San Diego, CA 92131 | | | | | | | 6,061.50 | | 6,061.50 |
| Alfonso Medina 664 Felicita Pl. Escondido, CA 92025 | | | | | | | 3,263.95 | | 3,263.95 |

Sheet no. 6 of 13 Continuation
Sheets attached to Schedule of Creditors
Holding Unsecured Priority Claims

B6E (Official Form 6E) (12/07) - Cont.

In re:   **ISE CORPORATION**                                        Case No.   **10-14198 MM 11**
                                          Debtor

# SCHEDULE - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

(Continuation Sheet)

Wages, Salaries and Commissions
TYPE OF PRIORITY

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Angela Meeks<br>16502 Shady Oaks Dr.,<br>Ramona, CA 92065 | | | | | | | 5,819.26 | | 5,819.26 |
| Harold Meyer<br>12703 Casa Avenida,<br>Poway, CA 92064 | | | | | | | 4,506.46 | | 4,506.46 |
| Enrique Monteagudo<br>10547 Cmnto Banyon,<br>San Diego, CA 92131 | | | | | | | 4,191.16 | | 4,191.16 |
| David Morash<br>957 E. Avocado Place,<br>Del Mar, CA 92014 | | | | | | | 3,534.41 | | 3,534.41 |
| David Nguyen<br>2541 Nye St.,<br>San Diego, CA 92111 | | | | | | | 1,791.97 | | 1,791.97 |
| Hai Nguyen<br>11314 Avenger Rd,<br>San Diego, CA 92126 | | | | | | | 4,240.55 | | 4,240.55 |

Sheet no. 7 of 13 Continuation
Sheets attached to Schedule of Creditors
Holding Unsecured Priority Claims

B6E (Official Form 6E) (12/07) - Cont.

In re:  **ISE CORPORATION**                                                    Case No.    **10-14198 MM 11**
                          Debtor

# SCHEDULE - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

(Continuation Sheet)

Wages, Salaries and Commissions
TYPE OF PRIORITY

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| James Pack 6863 Carnation Dr. Carlsbad, CA 92011 | | | | | | | 5,828.36 | | 5,828.36 |
| Kelli Page 9727 Winter Gardens Blvd., #103. Lakeside, CA 92040 | | | | | | | 2,790.58 | | 2,790.58 |
| Peter Paris 10917 Chardonnay Pl. San Diego, CA 92131 | | | | | | | 6,891.35 | | 6,891.35 |
| Parthiv Patel 11406 Village Ridge. San Diego, CA 92131 | | | | | | | 8,118.27 | | 8,118.27 |
| Frank Perez 4021 W. 182nd St., Unit F Torrance, CA 90504 | | | | | | | 2,611.13 | | 2,611.13 |
| Jared Preston 951 N. Vulcan Ave, Apt. H Encinitas, CA 92024 | | | | | | | 2,978.47 | | 2,978.47 |

Sheet no. 8 of 13 Continuation
Sheets attached to Schedule of Creditors
Holding Unsecured Priority Claims

B6E (Official Form 6E) (12/07) - Cont.

In re:  **ISE CORPORATION** _____    Case No.  __**10-14198 MM 11**__
                                                            Debtor

# SCHEDULE - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

(Continuation Sheet)

Wages, Salaries and Commissions
TYPE OF PRIORITY

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| John Prokop 7537 S. Rainbow Blvd, #107-29 Las Vegas, NV 89139 | | | | | | | 3,548.34 | | 3,548.34 |
| Adrian Quintana 2115 Euclid Avenue, National City, CA 91950 | | | | | | | 3,259.78 | | 3,259.78 |
| Grace Reyes 12515 Cypress Woods Ct., San Diego, CA 92131 | | | | | | | 4,153.86 | | 4,153.86 |
| John (Wes) Riley 8780 Elden St., La Mesa, CA 91942 | | | | | | | 2,992.58 | | 2,992.58 |
| Milton Rodriguez 435 S. Johnson Ave, El Cajon, CA 92020 | | | | | | | 2,296.66 | | 2,296.66 |
| Melody Salamat 31653 Whitecrown Dr., Murrietta, CA 92563 | | | | | | | 2,695.83 | | 2,695.83 |

Sheet no. 9 of 13 Continuation
Sheets attached to Schedule of Creditors
Holding Unsecured Priority Claims

B6E (Official Form 6E) (12/07) - Cont.

In re:  **ISE CORPORATION**                                                Case No.   **10-14198 MM 11**
                                                    Debtor

# SCHEDULE - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

(Continuation Sheet)

Wages, Salaries and Commissions
TYPE OF PRIORITY

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY. IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Daniel Salinas<br>1587 Yellowstone Dr.,<br>Streamwood, IL 60107 | | | | | | | 3,255.30 | | 3,255.30 |
| Hector Sanchez<br>923 B St,<br>Ramona, CA 92065 | | | | | | | 1,616.08 | | 1,616.08 |
| Richard Sander<br>13760 Pine Needlesdr,<br>Del Mar, CA 92014 | | | | | | | 5,221.25 | | 5,221.25 |
| Michael Santos<br>7964 Handel Ct.,<br>San Diego, CA 92126 | | | | | | | 3,395.20 | | 3,395.20 |
| Paul Scott<br>4621 Orchard Ave.,<br>San Diego, CA 92107 | | | | | | | 6,829.44 | | 6,829.44 |
| Jason Shaver<br>9352 Adolphia St.,<br>San Diego, CA 92129 | | | | | | | 4,426.82 | | 4,426.82 |

Sheet no. 10 of 13 Continuation
Sheets attached to Schedule of Creditors
Holding Unsecured Priority Claims

B6E (Official Form 6E) (12/07) - Cont.

In re:  **ISE CORPORATION**                                                      Case No.   **10-14198 MM 11**
_____                    _____
                                        Debtor

# SCHEDULE - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

(Continuation Sheet)

Wages, Salaries and Commissions
_____
TYPE OF PRIORITY

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Justin Spragg<br>345 West I St,<br>Encinitas, CA 92024 | | | | | | | 3,770.68 | | 3,770.68 |
| Kevin Stone<br>4155 Caminito Davila,<br>San Diego, CA 92122 | | | | | | | 6,778.05 | | 6,778.05 |
| Steven Sy<br>7215 Hyatt St,<br>San Diego, CA 92111 | | | | | | | 3,426.57 | | 3,426.57 |
| Devon Taylor<br>12445 Julian Ave, Apt. 32<br>Lakeside, CA 92040 | | | | | | | 2,078.25 | | 2,078.25 |
| Ava Thanasith<br>3640 Auburndale St.,<br>San Diego, CA 92111 | | | | | | | 2,554.76 | | 2,554.76 |
| Eth Thaviboune<br>5755 Radio Court,<br>San Diego, CA 92114 | | | | | | | 3,036.67 | | 3,036.67 |

Sheet no. 11 of 13 Continuation
Sheets attached to Schedule of Creditors
Holding Unsecured Priority Claims

B6E (Official Form 6E) (12/07) - Cont.

In re:  **ISE CORPORATION**                           Case No.    **10-14198 MM 11**
Debtor

# SCHEDULE - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

(Continuation Sheet)

Wages, Salaries and Commissions<br>TYPE OF PRIORITY

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Jackie Theriault<br>14517 Scarboro St.,<br>Poway, CA 92064 | | | | | | | 2,351.11 | | 2,351.11 |
| Anthony Thurber<br>9346 Carlton Oaks Dr, Apt. 45<br>Santee, CA 92071 | | | | | | | 2,057.63 | | 2,057.63 |
| David Ticonchuk<br>61135 Esparta Avenue,<br>White Water, CA 92282 | | | | | | | 2,807.54 | | 2,807.54 |
| Tavin Tyler<br>760 Nardo Rd,<br>San Diego, CA 92024 | | | | | | | 6,106.51 | | 6,106.51 |
| Hector Vargas<br>2026 Siegle Dr.,<br>Lemon Grove, CA 91945 | | | | | | | 2,119.81 | | 2,119.81 |
| Markus Weyde<br>4231 Hilldale Rd,<br>San Diego, CA 92116-2113 | | | | | | | 5,127.63 | | 5,127.63 |

Sheet no. 12 of 13 Continuation
Sheets attached to Schedule of Creditors
Holding Unsecured Priority Claims

B6E (Official Form 6E) (12/07) - Cont.

In re:  **ISE CORPORATION**                                      Case No.  **10-14198 MM 11**
                                    Debtor

# SCHEDULE - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

(Continuation Sheet)

**Wages, Salaries and Commissions**
TYPE OF PRIORITY

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Brandon White 1844 Malden Street, San Diego, CA 92109 | | | | | | | 2,147.02 | | 2,147.02 |
| Andrew Worley 10367 Craftsman Way, #302 San Diego, CA 92127 | | | | | | | 8,014.87 | | 8,014.87 |
| Changqing (Chad) Ye 2131 Placido Ct., Carlsbad, CA 92009-8527 | | | | | | | 5,813.70 | | 5,813.70 |
| Jenna Yohner 16428 Sunstone Dr., San Diego, CA 92127-4405 | | | | | | | 6,061.50 | | 6,061.50 |
| Subtotal (Total of this page) | | | | | | | 302,500.59 | | 302,500.59 |

Sheet no. 13 of 13 Continuation
Sheets attached to Schedule of Creditors
Holding Unsecured Priority Claims

B6E (Official Form 6E) (12/07) - Cont.

In re:  __ISE Corporation__ _____      Case No.  __10-14198-MM11__ _____
_____
                Debtor

# SCHEDULE - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

### (Continuation Sheet)

Taxes and Certain Other Debts Owed to
Governmental Units

TYPE OF PRIORITY

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Board of Equalization P.O. Box 942879 Sacramento, CA 94279-8063 | | | Second quarter of 2010 | | | | $6,385.00 | $0.00 | $6,385.00 |
| Employment Dev. Dept. Bankruptcy Group MIC 92E PO Box 826876 Sacramento, CA 94280-0001 | | | For notice purposes only | | | | 0.00 | 0.00 | 0.00 |
| Franchise Tax Board P.O. Box 942857 Sacramento, CA 94257 | | | For notice purposes only | | | | 0.00 | 0.00 | 0.00 |
| Internal Revenue Service Section - Insolvency P.O. Box 30213 Laguna Niguel, CA 92607-0213 | | | For notice purposes only | | | | 0.00 | 0.00 | 0.00 |
| Nevada Department of Taxation PO Box 52674 Phoenix, AZ 85072-2674 | | | For notice purposes only | | | | 0.00 | 0.00 | 0.00 |
| San Diego Co. Tax Collector 162 County Admin Center 1600 Pacific Highway San Diego, CA 92101 | | | For notice purposes only | | | | 0.00 | 0.00 | 0.00 |

Sheet no. 1 of 3 Continuation
Sheets attached to Schedule of Creditors
Holding Unsecured Priority Claims

MAINDOCS-#151559-v1-ISE_Schedule_E.DOC

B6E (Official Form 6E) (12/07) - Cont.

In re:  **ISE Corporation**            Case No.   **10-14198-MM11**
                   Debtor

# SCHEDULE - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

(Continuation Sheet)

Taxes and Certain Other Debts Owed to Governmental Units

TYPE OF PRIORITY

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| State of Nevada<br>Dept. of Emp. Training & Rehab<br>Employment Security Division<br>500 East Third Street<br>Carson City, Nevada 89713-0030 | | | For notice purposes only | | | | 0.00 | 0.00 | 0.00 |
| | | | Total<br>(Report on Summary of Schedules) | | | | $6,385.00 | 0.00 | $6,385.00 |

Sheet no. 2 of 2 Continuation
Sheets attached to Schedule of Creditors
Holding Unsecured Priority Claims

Form B6H
(10/05)

In re: **ISE Corporation** _____    Case No. __**10-14198-MM11**__
                                                                                  (If known)

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by the debtor in the schedules of creditors. Include all guarantors and co-signors. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, indicate that by stating "a minor child" and do not disclose the child's name. See 11 U.S.C. § 112; Fed.Bankr.P. 1007(m).

☒  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |

Page 1 of 1

Form B6G
(12/95)
MAINDOCS-#151630-v1-ISE_ScheduleH.DOC

Form B6 Dec - (Rev. 10/05)

2005 USBC, Central District of California

| In re: | | Case No. | |
|---|---|---|---|
| | **ISE CORPORATION** | | **10-14198 MM11** |
| | Debtor | | (If known) |

# DECLARATION CONCERNING DEBTOR'S SCHEDULES
## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____ sheets, and that they are true and correct to the best of my knowledge, information and belief.

(Total shown on summary page plus 1)

Date _____     Signature: _____
                                                            Debtor

Date _____     Signature: _____
                                                            (Joint Debtor, if any)

[If joint case, both spouses must sign.]

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

## DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER
### (See 11 U.S.C. § 110)

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. §110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§110(b), 110(h) and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. §110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required by that section.

_____          _____
Printed or Typed Name of Bankruptcy Petition Preparer          Social Security No.
                                                                                        (Required by 11 U.S.C. § 110.)

If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the officer, principal, responsible person, or partner who signs this document.

_____
Address

X_____          _____
Signature of Bankruptcy Petition Preparer                      Date

Name and Social Security numbers of all other individuals who prepared or assisted in preparing this document, unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.

A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines of imprisonment or both. 11 U.S.C. §110; 18 U.S.C. §156.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, David L. Morash, Chief Financial Officer of the corporation named as debtor in this case, declare under penalty of perjury, that I have read the foregoing summary and schedules, consisting of _____ 12 _____ sheets, and that they are true and correct to the best of my knowledge, information and belief.

Date    September 8, 2010          Signature: _____
                                                            David L. Morash, Chief Financial Officer
                                                            Print or type name of individual signing on behalf of debtor

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

*Penalty for making a false statement or concealing property: Fine of up to $500,000 or imprisonment for up to 5 years or both.*
*18 U.S.C. §§ 152 and 3571*

MAINDOCS-#151595-v1-ISE_DecReSchedules (v2).DOC.docx