| | |
|---|---|
| Name      Marc J. Winthrop– State Bar No. 63218 | (CLERK'S STAMP) |
|                    Winthrop Couchot Professional Corporation | |
| Address    660 Newport Center Drive, Fourth Floor | |
|                    Newport Beach, CA 92660 | |
| Telephone    (949) 720-4100 | |
|                    Attorneys For Debtor(S) | |

## UNITED STATES BANKRUPTCY COURT
### SOUTHERN DISTRICT OF CALIFORNIA

In re

ISE CORPORATION,

Debtor(s)

Case No. 10-14198 MM 11

**LIST OF EQUITY SECURITY HOLDERS**

(Set forth here all names, including trade names used by debtors(s) within last 6 years.)

Social Security No.

Social Security No.

Debtor's Employer's Tax Identification No.    33-0646481

| REGISTERED NAME OF HOLDER OF SECURITY LAST KNOW ADDRESS OR PLACE OF BUSINESS | CLASS OF SECURITY | NUMBER REGISTERED | KIND OF INTEREST REGISTERED |
|---|---|---|---|
| ISE Limited<br>12302 Kerran St.<br>Poway, CA 92064 | Common Stock | 1 | |
| | | | |
| | | | |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, Richard J. Sander, President & Chief Executive Officer of ISE Corporation, the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date: September 8, 2010

David L. Morash, Chief Financial Officer
Debtor's Signature and Title

| Attorney or PartyName, Address, Telephone & Fax Numbers, and California State Bar Number<br>Marc J. Winthrop -- State Bar No. 63218<br>WINTHROP COUCHOT PROFESSIONAL CORPORATION<br>660 Newport Center Drive, Fourth Floor<br>Newport Beach, CA 92660<br>Telephone: (949) 720-4100<br>Facsimile: (949) 720-4111<br>Attorney for | FOR COURT USE ONLY |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**CENTRAL DISTRICT OF CALIFORNIA** | |
| In re:<br><br>ISE CORPORATION,<br><br>Debtor(s),<br><br>Plaintiff(s),<br><br>Defendant(s). | CASE NO.: 10-14198 MM 11<br>ADV. NO.:<br>CHAPTER: 11 |

## Corporate Ownership Statement Pursuant to
## FRBP 1007(a)(1) and 7007.1, and LBR 1007-4

*Pursuant to FRBP 1007(a)(1) and 7007.1 and LBR 1007-4, any corporation, other than a governmental unit, that is a debtor in a voluntary case or a party to an adversary proceeding or a contested matter shall file this statement identifying all its parent corporations and listing any publicly held company, other than a governmental unit, that directly or indirectly own 10% or more of any class of the corporation's equity interest, or state that there are no entities to report. This Corporate Ownership Statement must be filed upon any change in circumstances that renders this Corporate Ownership Statement inaccurate.*

I, David L. Morash, Chief Financial Officer, the undersigned in the above-captioned case, hereby declare
    (*Print Name of Attorney or Declarant*)

under penalty of perjury under the laws of the United States of America that the following is true and correct:

**[Check the appropriate boxes and, if applicable, provide the required information.]**

1. I have personal knowledge of the matters set forth in this Statement because:

    ☒ I am the president or other officer or an authorized agent of the debtor corporation.
    ☐ I am a party to an adversary proceeding.
    ☐ I am a party to a contested matter.
    ☐ I am the attorney for the debtor corporation.

2.a. ☒ The following entities, other than the debtor or a governmental unit, directly or indirectly own 10% or more of any class of the corporation's(s') equity interests:

    *ISE LIMITED holds 100% of the stock of the Debtor.*

b. ☐ There are no entities that directly or indirectly own 10% or more of any class of the corporation's equity interest.

_____          September 8, 2010
Signature of Attorney or Declarant            Date

David L. Morash, CFO
Printed Name of Attorney or Declarant

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2009

F 1007-4

MAINDOCS-#151597-v1-SE_CorpOwnershipStmt(v2).DOC.docx