Jeffrey N. Pomerantz (CA Bar No. 143717)
Shirley S. Cho (CA Bar No. 192616)
PACHULSKI STANG ZIEHL & JONES LLP
150 California Street, 15th Floor
San Francisco, California 94111-4500
Telephone: 415/263-7000
Facsimile: 415/263-7010
Email: jpomerantz@pszjlaw.com
scho@pszjlaw.com

[Proposed] Counsel for the Official Committee of Unsecured Creditors

**UNITED STATES BANKRUPTCY COURT**
**Southern District of California**

| In re:<br><br>ISE CORPORATION,<br><br>Debtor | Case No.: 10-14198 MM<br><br>Chapter 11<br><br>**STATEMENT RE MOTION TO LIMIT NOTICE OF CERTAIN MATTERS REQUIRING NOTICE TO CREDITORS PURSUANT TO RULES 2002 AND 9007 OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE [RE: DOCKET NO. 18]**<br><br>[No Hearing Required] |
|---|---|

The Official Committee of Unsecured Creditors (the "Committee") in the above-referenced case of ISE Corporation, debtor and debtor in possession (the "Debtor"), hereby files this statement to the *Debtor's Motion to Limit Notice of Certain Matters Requiring Notice to Creditors Pursuant to Rules 2002 and 9007 of the Federal Rules of Bankruptcy Procedure* (the "Motion") [Docket No. 18]. The Committee has no objection to the Motion and requests that the relief requested in the Motion be extended to include any pleadings filed by the Committee in this case.

Dated:    September 20, 2010          PACHULSKI STANG ZIEHL & JONES LLP

                                        By    */s/ Shirley S. Cho*
                                              Shirley S. Cho
                                              [Proposed] Counsel for the Official
                                              Committee of Unsecured Creditors

42802-002\DOCS_LA:225100.1

1

# PROOF OF SERVICE

STATE OF CALIFORNIA        )
                           )
COUNTY OF LOS ANGELES      )

I, Sophia L. Lee, am employed in the city and county of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 10100 Santa Monica Blvd., 11th Floor, Los Angeles, California 90067-4100.

On September 20, 2010, I caused to be served the **STATEMENT RE MOTION TO LIMIT NOTICE OF CERTAIN MATTERS REQUIRING NOTICE TO CREDITORS PURSUANT TO RULES 2002 AND 9007 OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE [Re: Docket No. 18]** in this action by placing a true and correct copy of said document(s) in sealed envelopes addressed as follows:

*Please see attached service list*

☑ (BY MAIL) I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at Los Angeles, California, in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

☐ (BY EMAIL) I caused to be served the above-described document by email to the parties indicated on the attached service list at the indicated email address.

☑ (BY NOTICE OF ELECTRONIC FILING) I caused to be served the above-described document by means of electronic transmission of the Notice of Electronic Filing through the Court's transmission facilities, for parties and/or counsel who are registered ECF Users. (List attached hereto)

☐ (BY FAX) I caused to be transmitted the above-described document by facsimile machine to the fax number(s) as shown. The transmission was reported as complete and without error. (Service by Facsimile Transmission to those parties on the attached List with fax numbers indicated.)

☑ (BY OVERNIGHT DELIVERY) By sending via Federal Express to the addressee:

The Hon. Margaret M. Mann
United States Bankruptcy Court
325 West F Street, Room 218
San Diego, CA 92101

I declare that I am employed in the office of a member of the bar of this Court at whose direction was made.

Executed on September 20, 2010, at Los Angeles, California.

/s/Sophia L. Lee
Sophia L. Lee

**In re: ISE Corporation**
**Case No. 10-14198 MM**

**10-14198-MM11 Notice will be electronically mailed to:**

Michael D. Breslauer on behalf of Creditor EL Dorado National - California
mbreslauer@swsslaw.com, wyones@swsslaw.com

Jeffry A. Davis on behalf of Creditor New Flyer Industries of Canada ULC and New Flyer of America, Inc.
jadavis@mintz.com, dsjohnson@mintz.com;jrdunn@mintz.com;aobrient@mintz.com

Sue J. Hodges on behalf of Creditor K&L Gates LLP
sue.hodges@klgates.com

Garrick A. Hollander on behalf of Debtor ISE Corporation
ghollander@winthropcouchot.com, pj@winthropcouchot.com;sconnor@winthropcouchot.com

Karen Morao on behalf of Creditor Ballard Power Systems Inc.
morao.karen@dorsey.com, foohey.pamela@dorsey.com;mikhailevich.jessica@dorsey.com

Abigail Obrient on behalf of Creditor New Flyer Industries of Canada ULC and New Flyer of America, Inc.
aobrient@mintz.com, dsjohnson@mintz.com

Jeffrey N. Pomerantz on behalf of Creditor Committee Official Committee of Unsecured Creditors
jpomerantz@pszjlaw.com, scho@pszjlaw.com

Lisa Torres on behalf of Interested Party Palomar Leasing No. 1 LP
lisa.torres@fennelllaw.com,
luralene.schultz@fennelllaw.com;tracy.schimelfenig@fennelllaw.com;william.fennell@fennelllaw.com;stefanie.becerra@fennelllaw.com

United States Trustee
ustp.region15@usdoj.gov

Victor A. Vilaplana on behalf of Creditor Foley & Lardner LLP
vavilaplana@foley.com

Marc J. Winthrop on behalf of Debtor ISE Corporation
mwinthrop@winthropcouchot.com, pj@winthropcouchot.com

42802-001\DOCS_LA:225194.1

**US Mail Service will be sent to:**

Counsel for Debtor
Garrick A. Hollander, Esq.
Marc J. Winthrop, Esq.
Winthrop Couchot, PC
660 Newport Center Dr., Ste. 400
Newport Beach, CA  92660

Debtor
ISE Corporation
Attn:  Justin Spragg
12302 Kerran Street
Poway, CA 92064

Office of the United States Trustee
Southern District of California
402 West Broadway, Ste. 600
San Diego, CA  92101

**Request for Special Notice**

Counsel for El Dorado National – California
Michael D. Breslauer, Esq.
Yosina M. Lisseback, Esq.
Solomon Ward Seidenwurm & Smith
401 B Street, Suite 2100
San Diego, CA  92101
mbreslauer@swslaw.com
ylissebeck@swsslaw.com

Counsel for New Flyer Industries Canada ULC and
New Flyer of America, Inc.
Jeffry A. Davis, Esq.
Mintz Levin Cohn Ferris Glovsky and Popeo, P.C.
3580 Carmel Mountain Road, Suite 300
San Diego, CA 92130
jadavis@mintz.com

Alison D. Bauer
Torys LLP
237 Park Avenue
New York, NY 10017-3142
abauer@torys.com

Counsel for Suntron Corporation
Paul R. Glassman, ESq.
Greenberg Traurig, LLP
2450 Colorado Avenue, Suite 400E
Santa Monica, CA  90404
starra@gtlaw.com

Counsel for NGP Energy Technology Partners, L.P
William R Baldiga, Esq.
Brown Rudnick LLP
One Financial Center
Boston, Massachusetts 02111
wbaldiga@brownrudnick.com

Counsel for Creditors and Parties in Interest Foley & Lardner LLP
Victor A. Vilaplana
Foley & Lardner LLP
402 West Broadway, Suite 2100
San Diego, CA 92101
vavilaplana@foley.com

Counsel for Pomerado Leasing No. 1 LP, Landlord
Lisa Torres, Esq.
Tracy L. Schimelfenig, Esq.
Law Office of William P. Fennell, APLC
1111 Sixth Avenue, Suite 404
San Diego, CA 92101

Counsel for Creditor and Party-in-Interest
K&L Gates LLP
Sue J. Hodges, Esq.
K&L Gates LLP
3580 Carmel Mountain Road, Suite 200
San Diego, CA 92130
sue.hodges@klgates.com

Counsel for Iron Mountain Information Management, Inc.
Frank F. McGinn
Bartlett Hackett Feinberg P.C.
155 Federal Street, 9th Fl.
Boston, MA  02110
ffm@bostonbusinesslaw.com

<u>Counsel to Ballard Power Systems Inc.</u>
Eric Lopez Schnabel, Esq.
Dorsey & Whitney LLP
300 Delaware Avenue, Suite 1010
Wilmington, DE 19801
schnabel.eric@dorsey.com