**CSD 1183** [05/05/10]
Name, Address, Telephone No. & I.D. No.

**UNITED STATES BANKRUPTCY COURT**
SOUTHERN DISTRICT OF CALIFORNIA
325 West "F" Street, San Diego, California 92101-6991

In Re

BANKRUPTCY NO.

Tax I.D.(EIN)#:_____/S.S.#:XXX-XX-_____    Debtor.

**NOTICE OF HEARING AND MOTION**

TO:

    **YOU ARE HEREBY NOTIFIED** that on _____, at _____a.m., in Department No.____, Room_____ the Jacob Weinberger United States Courthouse, located at 325 West "F" Street, San Diego, California 92101-6991, there will be a hearing regarding the motion of _____, Movant, for

    Any opposition or other response to this motion must be served upon the undersigned and the original and one copy of such papers with proof of service must be filed with the Clerk of the U.S. Bankruptcy Court at 325 West "F" Street, San Diego, California 92101-6991, NOT LATER THAN FOURTEEN (14)[1] DAYS FROM THE DATE OF SERVICE.

DATED:

_____
[Attorney for] Moving Party

---

[1]If you were served electronically or by mail, you have three (3) additional days to take the above-stated actions.

**CSD 1183**

# CERTIFICATE OF SERVICE

I, the undersigned whose address appears below, certify:

That I am, and at all times hereinafter mentioned was, more than 18 years of age;

That on ____ day of _____, 20____, I served a true copy of the within NOTICE OF MOTION AND HEARING, together with the following pleadings [describe any other papers]:

by [describe here mode of service]:

on the following persons [set forth name and address of each person served] and/or as checked below:

[  ]   Attorney for Debtor (if required):

| | | |
|---|---|---|
| For Chpt. 7, 11, & 12 cases:<br>[  ]<br>UNITED STATES TRUSTEE<br>Department of Justice<br>402 West Broadway, Suite 600<br>San Diego, CA 92101 | [  ]   For ODD numbered Chapter 13 cases:<br>THOMAS H. BILLINGSLEA, JR., TRUSTEE<br>530 "B" Street, Suite. 1500<br>San Diego, CA 92101 | [  ]   For EVEN numbered Chapter 13 cases:<br>DAVID L. SKELTON, TRUSTEE<br>525 "B" Street, Suite 1430<br>San Diego, CA 92101-4507 |

I certify under penalty of perjury that the foregoing is true and correct.

Executed on _____          _____
                    (Date)                                          (Typed Name and Signature)

                                                      _____
                                                      (Address)

                                                      _____
                                                      (City, State, ZIP Code)

CSD 1183

**In re: ISE Corporation**
**Case No. 10-14198 MM**

**10-14198-MM11 Notice will be electronically mailed to:**

Michael D. Breslauer on behalf of Creditor EL Dorado National - California
mbreslauer@swsslaw.com, wyones@swsslaw.com

Jeffry A. Davis on behalf of Creditor New Flyer Industries of Canada ULC and New Flyer of America, Inc.
jadavis@mintz.com, dsjohnson@mintz.com;jrdunn@mintz.com;aobrient@mintz.com

Sue J. Hodges on behalf of Creditor K&L Gates LLP
sue.hodges@klgates.com

Garrick A. Hollander on behalf of Debtor ISE Corporation
ghollander@winthropcouchot.com, pj@winthropcouchot.com;sconnor@winthropcouchot.com

Karen Morao on behalf of Creditor Ballard Power Systems Inc.
morao.karen@dorsey.com, foohey.pamela@dorsey.com;mikhailevich.jessica@dorsey.com

Abigail Obrient on behalf of Creditor New Flyer Industries of Canada ULC and New Flyer of America, Inc.
aobrient@mintz.com, dsjohnson@mintz.com

Jeffrey N. Pomerantz on behalf of Creditor Committee Official Committee of Unsecured Creditors
jpomerantz@pszjlaw.com, scho@pszjlaw.com

Lisa Torres on behalf of Interested Party Palomar Leasing No. 1 LP
lisa.torres@fennelllaw.com,
luralene.schultz@fennelllaw.com;tracy.schimelfenig@fennelllaw.com;william.fennell@fennelllaw.com;stefanie.becerra@fennelllaw.com

United States Trustee
ustp.region15@usdoj.gov

Victor A. Vilaplana on behalf of Creditor Foley & Lardner LLP
vavilaplana@foley.com

Marc J. Winthrop on behalf of Debtor ISE Corporation
mwinthrop@winthropcouchot.com, pj@winthropcouchot.com

**US Mail Service will be sent to:**

Counsel for Debtor
Garrick A. Hollander, Esq.
Marc J. Winthrop, Esq.
Winthrop Couchot, PC
660 Newport Center Dr., Ste. 400
Newport Beach, CA  92660

Debtor
ISE Corporation
Attn:  Justin Spragg
12302 Kerran Street
Poway, CA 92064

Office of the United States Trustee
Southern District of California
402 West Broadway, Ste. 600
San Diego, CA  92101

**Request for Special Notice**

Counsel for El Dorado National – California
Michael D. Breslauer, Esq.
Yosina M. Lisseback, Esq.
Solomon Ward Seidenwurm & Smith
401 B Street, Suite 2100
San Diego, CA  92101
mbreslauer@swslaw.com
ylissebeck@swsslaw.com

Counsel for New Flyer Industries Canada ULC and
New Flyer of America, Inc.
Jeffry A. Davis, Esq.
Mintz Levin Cohn Ferris Glovsky and Popeo, P.C.
3580 Carmel Mountain Road, Suite 300
San Diego, CA 92130
jadavis@mintz.com

Alison D. Bauer
Torys LLP
237 Park Avenue
New York, NY 10017-3142
abauer@torys.com

Counsel for Suntron Corporation
Paul R. Glassman, ESq.
Greenberg Traurig, LLP
2450 Colorado Avenue, Suite 400E
Santa Monica, CA  90404
starra@gtlaw.com

Counsel for NGP Energy Technology Partners, L.P
William R Baldiga, Esq.
Brown Rudnick LLP
One Financial Center
Boston, Massachusetts 02111
wbaldiga@brownrudnick.com

Counsel for Creditors and Parties in Interest Foley & Lardner LLP
Victor A. Vilaplana
Foley & Lardner LLP
402 West Broadway, Suite 2100
San Diego, CA 92101
vavilaplana@foley.com

Counsel for Pomerado Leasing No. 1 LP, Landlord
Lisa Torres, Esq.
Tracy L. Schimelfenig, Esq.
Law Office of William P. Fennell, APLC
1111 Sixth Avenue, Suite 404
San Diego, CA 92101

Counsel for Creditor and Party-in-Interest
K&L Gates LLP
Sue J. Hodges, Esq.
K&L Gates LLP
3580 Carmel Mountain Road, Suite 200
San Diego, CA 92130
sue.hodges@klgates.com

Counsel for Iron Mountain Information Management, Inc.
Frank F. McGinn
Bartlett Hackett Feinberg P.C.
155 Federal Street, 9th Fl.
Boston, MA  02110
ffm@bostonbusinesslaw.com

4

<u>Counsel to Ballard Power Systems Inc.</u>
Eric Lopez Schnabel, Esq.
Dorsey & Whitney LLP
300 Delaware Avenue, Suite 1010
Wilmington, DE 19801
schnabel.eric@dorsey.com