CSD 1001B [11/15/04]
Name, Address, Telephone No. & I.D. No.

Order Entered on
September 28, 2010
by Clerk U.S. Bankruptcy Court
Southern District of California

**UNITED STATES BANKRUPTCY COURT**
SOUTHERN DISTRICT OF CALIFORNIA
325 West "F" Street, San Diego, California 92101-6991

In Re

BANKRUPTCY NO.

Debtor.

## ORDER SHORTENING TIME FOR HEARING ON

IT IS ORDERED THAT the relief sought as set forth on the continuation pages attached and numbered two (2) through _____ with exhibits, if any, for a total of _____ pages, is granted.  Motion/Application Docket Entry No. _____

//
//
//
//
//
//

DATED: September 28, 2010

Judge, United States Bankruptcy Court

Signature by the attorney constitutes a certification under Fed. R. of Bankr. P. 9011 that the relief in the order is the relief granted by the court.

Submitted by:

_____
(Firm name)

By:_____
   Attorney for ☐ Movant  ☐ Respondent

CSD 1001B

**CSD 1001B** [11/15/04]**(Page 2)**
ORDER SHORTENING TIME FOR HEARING ON
DEBTOR:                                                                                           CASE NO:

---

Upon review of the ex parte application for order shortening time for notice of hearing on the

and for good cause appearing therefore,

**IT IS ORDERED** that this Court will conduct a hearing on the Motion, and any opposition, thereto on
_10/4/10_ at _11:00_ a.m. in Department No. _____, Room _____ of the
United States Bankruptcy Court, Southern District of California, 325 West F Street, San Diego, California 92101-6991.

**IT IS FURTHER ORDERED** that the Notice of Motion and Motion must be filed and served no later than
_N/A_. Service will be deemed complete when delivered

☐ personally, or

☐ by electronic method, or

☐ by first class or overnight mail, or

☐ as provided for in the application for order shortening time.

**IT IS FURTHER ORDERED** that all opposition, if any, to the Motion must be filed and served no later than
_10/1/10 by 12:00 p.m._.

**IT IS FURTHER ORDERED** that a reply, if any, to the opposition to the Motion must be filed and served no later than
_10/4/10 by 8:00 a.m._.

**CSD 1001B**

*Signed by Judge Margaret M. Mann September 28, 2010*