CSD 1001B [11/15/04]
Name, Address, Telephone No. & I.D. No.

Jeffrey N. Pomerantz (CA Bar No. 143717)
Shirley S. Cho (CA Bar No. 192616)
Pachulski Stang Ziehl & Jones LLP
10100 Santa Monica Blvd., 11th Fl.
Los Angeles, CA 90067
Tel: (310) 277-6910

Order Entered on September 28, 2010
by Clerk U.S. Bankruptcy Court
Southern District of California

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF CALIFORNIA
325 West "F" Street, San Diego, California 92101-6991

In Re

ISE CORPORATION,

Debtor.

BANKRUPTCY NO. 10-14198-MM11

# ORDER SHORTENING TIME FOR HEARING ON

## Motion for Authority to Pursue Litigation Re Upstreamed Payment by Debtor

IT IS ORDERED THAT the relief sought as set forth on the continuation pages attached and numbered two (2) through __2__ with exhibits, if any, for a total of __2__ pages, is granted. Motion/Application Docket Entry No. __108__

//
//
//
//
//
//

DATED: September 28, 2010

_____
Judge, United States Bankruptcy Court

Signature by the attorney constitutes a certification under Fed. R. of Bankr. P. 9011 that the relief in the order is the relief granted by the court.

Submitted by:

Pachulski Stang Ziehl & Jones LLP
(Firm name)

By: Shirley S. Cho
Attorney for ☑ Movant ☐ Respondent

CSD 1001B

Upon review of the ex parte application for order shortening time for notice of hearing on the
MOTION OF OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR AUTHORITY TO PURSUE LITIGATION REGARDING UPSTREAMED PAYMENT BY DEBTOR TO PARENT ON BEHALF OF DEBTOR

and for good cause appearing therefore,

**IT IS ORDERED** that this Court will conduct a hearing on the Motion, and any opposition, thereto on 10/4/10 at 11:00 a.m. in Department No. 1, Room 218 of the United States Bankruptcy Court, Southern District of California, 325 West F Street, San Diego, California 92101-6991.

**IT IS FURTHER ORDERED** that the Notice of Motion and Motion must be filed and served no later than N/A. Service will be deemed complete when delivered

☐ personally, or
☐ by electronic method, or
☐ by first class or overnight mail, or
☐ as provided for in the application for order shortening time.

**IT IS FURTHER ORDERED** that all opposition, if any, to the Motion must be filed and served no later than 10/1/10 by 12:00 p.m.

**IT IS FURTHER ORDERED** that a reply, if any, to the opposition to the Motion must be filed and served no later than 10/4/10 by 8:00 a.m.

CSD 1001B

*Signed by Judge Margaret M. Mann September 28, 2010*

# CERTIFICATE OF NOTICE

```
District/off: 0974-3          User: jfreyer              Page 1 of 1                    Date Rcvd: Sep 28, 2010
Case: 10-14198               Form ID: pdf01             Total Noticed: 4

The following entities were noticed by first class mail on Sep 30, 2010.
aty          +Garrick A. Hollander,    Winthrop Couchot, P.C.,   660 Newport Center Drive, Suite 400,
               Newport Beach, CA 92660-6427
aty          +Jeffrey N. Pomerantz,    Pachulsky, Stang, Ziehl and Young P.C.,
               10100 Santa Monica Blvd., Suite 1100,   Los Angeles, CA 90067-4111
aty          +Marc J. Winthrop,    Winthrop Couchot Professional Corp,   660 Newport Center Drive, 4th Flr,
               Newport Beach, CA 92660-6401
             +U S Trustee,   402 West Broadway Ste 600,   San Diego CA 92101-8511

The following entities were noticed by electronic transmission.
NONE.                                                                                                  TOTAL: 0
              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Sep 30, 2010**                        Signature:   *Joseph Speetjens*