CSD 1001A [11/15/04]

Name, Address, Telephone No. & I.D. No.
Jeffrey N. Pomerantz (CA Bar No. 143717)
Shirley S. Cho (CA Bar No. 192616)
Pachulski Stang Ziehl & Jones LLP
10100 Santa Monica Blvd., 11th Fl.
Los Angeles, CA  90067
Tel: (310) 277-6910

Order Entered on
October 04, 2010
by Clerk U.S. Bankruptcy Court
Southern District of California

**UNITED STATES BANKRUPTCY COURT**
SOUTHERN DISTRICT OF CALIFORNIA
325 West "F" Street, San Diego, California 92101-6991

In Re

ISE CORPORATION,

Debtor.

BANKRUPTCY NO. 10-14198 MM

Date of Hearing: [no hearing required]
Time of Hearing:
Name of Judge:

## ORDER ON

### Application Approving the Employment of Pachulski Stang Ziehl & Jones LLP as Counsel

IT IS ORDERED THAT the relief sought as set forth on the continuation pages attached and numbered two (2) through __2__ with exhibits, if any, for a total of __2__ pages, is granted.  Motion/Application Docket Entry No. __119__

//
//
//
//
//
//

DATED: October 03, 2010

Judge, United States Bankruptcy Court

Signature by the attorney constitutes a certification under Fed. R. of Bankr. P. 9011 that the relief in the order is the relief granted by the court.

Submitted by:

Pachulski Stang Ziehl & Jones LLP
(Firm name)

By: s/Shirley S. Cho
Attorney for ☑ Movant ☐ Respondent

CSD 1001A

`CSD 1001A` [11/15/04]**(Page 2)**
ORDER ON  Application Approving the Employment of Pachulski Stang Ziehl & Jones L
DEBTOR: ISE CORPORATION,    CASE NO: 10-14198 MM

Upon the consideration of the application for an order, pursuant to sections 328 and 1103 of the Bankruptcy Code and Rule 2014 of the Bankruptcy Rules, authorizing the retention and employment of Pachulski Stang Ziehl & Jones LLP ("PSZJ") as general insolvency counsel for the Official Committee of Unsecured Creditors of ISE Corporation (the "Committee"), in this chapter 11 case (the "Application"); and upon consideration of the declaration of Jeffrey N. Pomerantz in support of the Application (the "Declaration") and it appearing that PSZJ's employment is necessary and in the best interest of the Debtor's estate and its creditors; and it appearing that due and proper notice of the Application has been given; and that no other or further notice need be given; and after due deliberation and sufficient cause appearing therefor; it is hereby ORDERED,

ADJUDGED, AND DECREED THAT

The Application is granted;

In accordance with sections 328 and 1103 of the Bankruptcy Code and Bankruptcy Rule 2014, the Committee is authorized and empowered to retain and employ PSZJ as its general insolvency counsel on the terms and conditions set forth in the Application; and

PSZJ shall be compensated in accordance with sections 330 and 331 of the Bankruptcy Code, the Federal Rules of Bankruptcy Procedure, applicable Local Bankruptcy Rules, any and all orders of the Court and Fee Guidelines promulgated by the United States Trustee, and any applicable regulations and orders with respect to the foregoing that may be applicable to this chapter 11 case.

`CSD 1001A`

*Signed by Judge Margaret M. Mann October 03, 2010*