MARC J. WINTHROP – State Bar No. 63218
mwinthrop@winthropcouchot.com
GARRICK A. HOLLANDER – State Bar No. 166316
ghollander@winthropcouchot.com
**WINTHROP COUCHOT**
**PROFESSIONAL CORPORATION**
660 Newport Center Drive, Suite 400
Newport Beach, CA 92660
Telephone: (949) 720-4100
Facsimile: (949) 720-4111

[Proposed] General Insolvency Counsel for
Debtor and Debtor-in-Possession

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br><br>ISE CORPORATION,<br>a California corporation,<br><br>            Debtor and<br>            Debtor-in-Possession. | Case No. 10-14198 MM 11<br><br>Chapter 11 Proceeding<br><br>**NOTICE OF DEADLINE FOR FILING PROOFS OF CLAIMS (SECURED, 503(b)(9) ADMINISTRATIVE, PRIORITY, AND GENERAL UNSECURED CLAIMS): DECEMBER 6, 2010** |

**TO: ALL CREDITORS AND PARTIES IN INTEREST:**

The Bankruptcy Court has set a deadline of sixty days from the date of service of this Notice (December 6, 2010) for creditors of the above-referenced debtor to file proofs of claim against the debtor's estate, including secured, unsecured and administrative claims arising under Section 503(b)(9). The exceptions to this deadline for filing proofs of claim are: (1) claims arising from rejection of executory contracts or unexpired leases, (2) claims of governmental units, and (3) claims arising as the result of transfer avoidance pursuant to chapter 5 of the Bankruptcy Code.

For claims arising from rejection of executory contracts or unexpired leases pursuant to 11 U.S.C. § 365, the last day to file a proof of claim is (a) 30 days after the date of entry of the order authorizing the rejection, or (b) December 6, 2010, whichever is later.

For claims of "governmental units," as that term is defined in 11 U.S.C. § 101(27), proofs of claim are timely filed if filed: (a) before 180 days after the date of the Order for Relief in this case, or (b) by December 6, 2010, whichever is later. 11 U.S.C. § 502(b)(9).

For claims arising from the avoidance of a transfer under chapter 5 of the Bankruptcy Code, the last day to file a proof of claim is 30 days after the entry of judgment avoiding the transfer, or (b) December 6, 2010, whichever is later.

If you are listed on the Schedules of Assets and Liabilities of the above-captioned Debtor and your claim is not scheduled as disputed, contingent, unliquidated or unknown, your claim is deemed filed in the amount set forth in the schedules, and the filing of a proof of claim is unnecessary if you agree that the amount scheduled is correct and that the category in which your claim is scheduled (secured, unsecured, etc.) is correct. 11 U.S.C. § 1111(a).

If your claim is not listed on the schedules or is scheduled as disputed, contingent, unliquidated or unknown, or you disagree with the amount or description scheduled for your claim, you must file a proof of claim.

If you believe that you have a Section 503(b)(9) claim because your claim is based on goods received by the Debtor within 20 days before the date of commencement of the case in which the goods were sold to the Debtor in the ordinary course, then you may file a Section 503(b)(9) proof of claim (see attached), which must set forth with specificity:

1. That the claim is a §503(b)(9) claim
2. The amount of the claim;
3. The type(s) of goods the claimant asserts were received by the Debtor within 20 days before the Petition Date (the "Goods");
4. The shipment date for the Goods;
5. The date on which the claimant asserts the Debtor received the Goods;
6. The place of delivery of the Goods;
7. The method of delivery of the Goods;
8. The name of the carrier of the Goods; and
9. The value of the Goods.

In addition, the §503(b)(9) Proof of Claim must include or attach documentation identifying: (i) the particular invoice(s) for which any such §503(b)(9) Claim is being asserted; and (ii) any demand to reclaim Goods sold to the Debtor under §546(c) of the Bankruptcy Code.

Finally, any person asserting a §503(b)(9) Claim must certify that the Goods were sold in the ordinary course of the Debtor's business.

**Failure of a creditor to file timely a proof of claim on or before the deadline may result in disallowance of the claim or subordination under the terms of a plan of reorganization without further notice or hearing. 11 U.S.C. § 502(b)(9). Creditors may wish to consult an attorney to protect their rights.**

**IF YOU AGREE THAT THE DEBTOR'S SCHEDULES ACCURATELY REFLECT THE AMOUNT OWED TO YOU BY THE DEBTOR AND IF YOUR CLAIM IS NOT LISTED AS DISPUTED, UNLIQUIDATED, OR CONTINGENT, YOU NEED NOT FILE A PROOF OF CLAIM. INTEREST HOLDERS ARE NOT REQUIRED TO FILE A PROOF OF INTEREST**

To assist you in ascertaining the status of your claim, the Debtor's Schedules are on file with the Clerk of the Bankruptcy Court and are available for inspection between the hours of 9:00 a.m. and 4:00 p.m., Monday through Friday. ***The Court is located at 325 West "F" Street, San Diego, CA 92101.***

**PLEASE TAKE FURTHER NOTICE** that if your claim is based upon any writing, you must attach copies of any and all such writings to the proof of claim or provide an adequate explanation of your inability to do so. Failure to do so will render your claim incomplete and invalid and subject to objection and disallowance.

**PROOF OF CLAIM FORMS FOR SECTION 503(b)(9) CLAIMS ALL OTHER CLAIMS ARE ENCLOSED FOR YOUR USE.**

**BY ORDER OF THE COURT.**

DATED: October 6, 2010

WINTHROP COUCHOT
PROFESSIONAL CORPORATION

By: _____
Marc J. Winthrop
Garrick A. Hollander
[Proposed] General Insolvency Counsel for the
Debtor and Debtor-in-Possession

B10 (Official Form 10 (12/08)) – Page 1

| UNITED STATES BANKRUPTCY COURT – SOUTHERN DISTRICT OF CALIFORNIA | PROOF OF CLAIM |
|---|---|
| Name of Debtor:<br><br>**ISE CORPORATION**, a California corporation | Case Number:<br><br>**10-14198 MM 11** |

NOTE: *This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A request for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.*

Name of Creditor (The person or other entity to whom the debtor owes money or property):

Name and address where notices should be sent:

Telephone No.

Name and address where payment should be sent (if different from above):

Telephone No.

☐ Check this box to indicate that this claim amends a previously filed claim.

**Court Claim Number:**_____
(*if known*)

Filed on:_____

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

☐ Check this box if you are the debtor or trustee in this case.

1. **Amount of Claim as of Date Case Filed:** $_____

   If all or part of your claim is secured, complete item 4 below; however, if all of your claim is unsecured, do not complete item 4.

   If all or part of your claim is entitled to priority, complete item 5.

   ☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all interest or charges

2. **Basis for Claim:** _____
   (See instruction #2a on reverse side.)

3. **Last four digits of any number by which creditor identifies debtor:** _____

   **3a. Debtor may have scheduled account as:** _____
   (See instruction #2 on reverse side.)

4. **Secured Claim** (See instruction #4 on reverse side.)
   Check the appropriate box if your claim is secured by a lien on property or a right of setoff and provide the requested information.

   **Nature of property or right of setoff:** ☐ Real Estate ☐ Motor Vehicle ☐ Other
   **Describe:**

   **Value of Property:** $_____ **Annual Interest Rate:** _____%

   **Amount of arrearage and other charges as of time case filed included in secured claim, if any:** $_____ **Basis for Perfection:** _____

   **Amount of Secured Claim:** $_____ **Amount Unsecured:** $_____

6. **Credits:** The amount of all payments on this claim has been credited for the purpose of making this proof of claim.
7. **Documents:** Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages and security agreements. You may also attach a summary. Attach redacted copies of documents providing evidence of perfection of a security interest. You may also attach a summary. (*See definition of "redacted" on reverse side.*)

DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENT MAY BE DESTROYED AFTER SCANNING.

If the documents are not available, please explain:

5. **Amount of claim Entitled to Priority under 11 U.S.C. § 507(a). If any portion of your claim fails in one of the following categories, check the box and state the amount.**

Specify the priority of the claim.

☐ Domestic support obligations under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B).

☐ Wages, salaries, or commission (up to $10,950*) earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, which ever is earlier -- 11 U.S.C. § 507(a)(4).

☐ Contributions to an employee benefit plan -- 11 U.S.C. § 507(a)(5).

☐ Up to $2,425* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use -- 11 U.S.C. § 507(a)(7).

☐ Taxes or penalties owed to governmental units -- 11 U.S.C. § 507(a)(8).

☐ Other -- Specify applicable paragraph of 11 U.S.C. § 507(a)(___).

**Amount entitled to priority:**

$_____

* Amounts are subject to adjustment on 4/1/20 and every 3 years thereafter with response to cases commenced on or after the date of adjustment.

| Date: | **Signature:** The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any. | FOR COURT USE ONLY |
|---|---|---|

B10 (Official Form 10 (12/08)) – Page 2

# INSTRUCTIONS FOR PROOF OF CLAIM FORM

*The instructions and definitions below are general explanations of the law. In certain circumstances, such as bankruptcy cases not filed voluntarily by the debtor, there may be exceptions to these general rules.*

## ITEMS TO BE COMPLETED IN PROOF OF CLAIM FORM

**Court, Name of Debtor, and Case Number:**
Fill in the federal judicial district where the bankruptcy case was filed (for example, Central District of California), the bankruptcy debtor's name, and the bankruptcy case number. If the creditor received a notice of the case from the bankruptcy court, all of this information is near the top of the notice.

**Creditor's Name and Address:**
Fill in the name of the person or entity asserting a claim and the name and address of the person who should receive notices issued during the bankruptcy case. A separate space is provided for the payment address if it differs from the notice address. The creditor has a continuing obligation to keep the court informed of its current address. See Federal Rule of Bankruptcy Procedure (FRBP) 2002(g).

1. **Amount of Claim as of Date Case Filed:**
   State the total amount owed to the creditor on the date of the Bankruptcy filing. Follow the instructions concerning whether to complete items 4 and 5. Check the box if interest or other charges are included in the claim.

2. **Basis for Claim:**
   State the type of debt or how it was incurred. Examples include goods sold, money loaned, services performed, personal injury/wrongful death, car loan, mortgage note, and credit card.

3. **Last Four Digits of Any Number by Which Creditor Identifies Debtor:**
   State only the last four digits of the debtor's account or other number used by the creditor to identify the debtor.

   **3a. Debtor May Have Scheduled Account as:**
   Use this space to report a change in the creditor's name, a transferred claim, or any other information that clarifies a difference between this proof of claim and the claim as scheduled by the debtor.

4. **Secured Claim:**
   Check the appropriate box and provide the requested information if the claim is fully or partially secured. Skip this section if the claim is entirely unsecured. (See DEFINITIONS, below) State the type and the value of property that secured the claim, attach copies of lien documentation, and state annual interest rate and the amount part due on the claim as of the date of the bankruptcy filing.

5. **Amount of Claim Entitled to Priority Under 11 U.S.C. §507(a).** If any portion of your claim falls in one or more of the listed categories, check the appropriate box(es) and state the amount entitled to priority. (See DEFINITIONS, below) A claim may be partly priority and partly non-priority. For example, in some of the categories, the law limits the amount entitled to priority.

6. **Credits:**
   An authorized signature on this proof of claim serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

7. **Documents:**
   Attach to this proof of claim form redacted copies documenting the existence of the debt and of any lien securing the debt. You must also attach a summary. You must also attach copies of documents that evidence perfection of any security interest. You may also attach a summary. FRBP 3001(c) and (d). Do not send original documents, as attachments may be destroyed after scanning.

   **Date and Signature:**
   The person filing this proof of claim must sign and date it. FRBP 9011. If the claim is filed electronically, FRBP 5005(a)(2), authorizes courts to establish local rules specifying what constitutes a signature. Print the name and title, if any, of the creditor or other person authorized to file this claim. State the filer's address and telephone number if it differs from the address given on the top of the form for purposes of receiving notices. Attach a complete copy of any power of attorney. Criminal penalties apply for making a false statement on a proof of claim.

## _____DEFINITIONS_____ | _____INFORMATION_____

*Debtor*
A debtor is the person, corporation, or other entity that has filed a bankruptcy case.

*Creditor*
A creditor is any person, corporation, or other entity owed a debt by the debtor on the date the bankruptcy filing.

*Claim*
A claim is the creditor's right to receive payment on a debt that was owed by the debtor on the date of the bankruptcy filing. See 11 U.S.C. §101(5). A claim may be secured or unsecured.

*Proof of Claim*
A proof of claim is a form used by the creditor to indicate the amount of the debt owed by the debtor on the date of the bankruptcy filing. The creditor must file the form with the clerk of the same bankruptcy court in which the bankruptcy case was filed.

*Secured Claim Under 11 U.S.C. §506(a)*
A secured claim is one backed by a lien on property of the debtor. The claim is secured so long as the creditor has the right to be paid from the property prior to other creditors. The amount of the secured claim cannot exceed the value of the property. Any amount owed to the creditor in excess of the value of the property is an unsecured claim. Examples of liens on property include a mortgage on real estate or a security interest in a car.

A lien may be voluntarily granted by a debtor or may be obtained through a court proceeding. In some states, a court judgment is a lien. A claim also may be secured if the creditor owes the debtor money (has a right to setoff).

*Unsecured Claim*
An unsecured claim is one that does not meet the requirements of a secured claim. A Claim may be partly unsecured if the amount of the claim exceeds the value of the property on which the creditor has a lien.

*Claim Entitled to Priority Under 11 U.S.C. §507(a)*
Priority claims are certain categories of unsecured claims that are paid from the available money or property in a bankruptcy case before other unsecured claims.

*Redacted*
A document has been redacted when the person filing it has masked, edited out, or otherwise deleted, certain information. A creditor should redact and use only the last four digits of any social security, individual's tax identification, or financial account number, all but the initials of a minor's name and only the year of any person's date of birth.

*Evidence of Perfect*
Evidence of perfection may include a mortgage, lien, certificate of the title, financing statement, or other document showing that the lien has been filed or recorded.

*Acknowledgment of Filing of Claim*
To receive acknowledgment of your filing, you may either enclose a stamped self-addressed envelope and a copy of this proof of claim or you may access the court's PACER system (www.pacer.psc.uscourts.gov) for a small fee to view your filed proof of claim.

*Offers to Purchase a Claim*
Certain entitles are in the business of purchasing claims for an amount less than the face value of the claims. One or more of these entitles may contact the creditor and offer to purchase the claim. Some of the written communications from these entitles may easily be confused with official court documentation or communications from the debtor. These entitles do not represent the bankruptcy court or the debtor. The creditor has no obligation to sell its claim. However, if the creditor decides to sell its claim, any transfer of such claim is subject to FRBP 3001(e), any applicable provisions of the Bankruptcy Code (11 U.S.C. §101 *et seq.*), and any applicable orders of the bankruptcy court.

Mail completed form to:

**United States Bankruptcy Court**
**Central District of California**
**3420 Twelfth Street**
**Riverside, CA 92501-3819**

| UNITED STATES BANKRUPTCY COURT – SOUTHERN DISTRICT OF CALIFORNIA | §503(b)(9) PROOF OF CLAIM |
|---|---|
| Name of Debtor<br><br>**ISE CORPORATION**, a California corporation | Case Number:<br><br>**10-14198 MM 11** |

NOTE: *This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A request for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.*

| Name of Creditor (The person or other entity to whom the debtor owes money or property): | ☐ Check this box to indicate that this claim amends a previously filed claim.<br>Court Claim Number:_____<br>*(if known)*<br>Filed on:_____ |
|---|---|
| Name and address where notices should be sent:<br><br>Telephone No. | |
| Name and address where payment should be sent (if different from above):<br><br>Telephone No. | ☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.<br>☐ Check this box if you are the debtor or trustee in this case. |

1. **Amount of Claim as of Date Case Filed:**        $_____

   ☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all interest or charges

   2. **Basis for Claim:** Specify the following:
      1. That claim is a §503(b)(9) claim
      2. The amount of the claim;
      3. The type(s) of goods the claimant asserts were received by the Debtor within 20 days before the Petition Date (the "Goods");
      4. The shipment date for the Goods;
      5. The date on which the claimant asserts the Debtor received the Goods;
      6. The place of delivery of the Goods;
      7. The method of delivery of the Goods;
      8. The name of the carrier of the Goods; and
      9. The value of the Goods.

   Certify that the Goods were sold in the ordinary course of the Debtor's business.

   Include or attach documentation identifying: (i) the particular invoice(s) for which any this claim is being asserted; and (ii) any demand to reclaim goods sold to the Debtor under §546(c) of the Bankruptcy Code.

3. **Last four digits of any number by which creditor identifies debtor:** _____

   3a. **Debtor may have scheduled account as:** _____
      (See instruction #3a on reverse side.)

4. **Credits:** The amount of all payments on this claim has been credited for the purpose of making this proof of claim.
5. **Documents:** Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages and security agreements. You may also attach a summary. Attach redacted copies of documents providing evidence of perfection of a security interest. You may also attach a summary. (*See definition of "redacted" on reverse side.*)

DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENT MAY BE DESTROYED AFTER SCANNING.

If the documents are not available, please explain:

| Date: | **Signature:** The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any. | FOR COURT USE ONLY |
|---|---|---|

# INSTRUCTIONS FOR PROOF OF CLAIM FORM

*The instructions and definitions below are general explanations of the law. In certain circumstances, such as bankruptcy cases not filed voluntarily by the debtor, there may be exceptions to these general rules.*

## ITEMS TO BE COMPLETED IN PROOF OF CLAIM FORM

**Court, Name of Debtor, and Case Number:**

Fill in the federal judicial district where the bankruptcy case was filed (for example, Central District of California), the bankruptcy debtor's name, and the bankruptcy case number. If the creditor received a notice of the case from the bankruptcy court, all of this information is near the top of the notice.

**Creditor's Name and Address:**

Fill in the name of the person or entity asserting a claim and the name and address of the person who should receive notices issued during the bankruptcy case. A separate space is provided for the payment address if it differs from the notice address. The creditor has a continuing obligation to keep the court informed of its current address. See Federal Rule of Bankruptcy Procedure (FRBP) 2002(g).

1. **Amount of Claim as of Date Case Filed:**

   State the total amount owed to the creditor on the date of the Bankruptcy filing. Follow the instructions concerning whether to complete items 4 and 5. Check the box if interest or other charges are included in the claim.

2. **Basis for Claim:**

   State the type of debt or how it was incurred. Examples include goods sold, money loaned, services performed, personal injury/wrongful death, car loan, mortgage note, and credit card.

3. **Last Four Digits of Any Number by Which Creditor Identifies Debtor:**

   State only the last four digits of the debtor's account or other number used by the creditor to identify the debtor.

   **3a. Debtor May Have Scheduled Account as:**

   Use this space to report a change in the creditor's name, a transferred claim, or any other information that clarifies a difference between this proof of claim and the claim as scheduled by the debtor.

unsecured. (See DEFINITIONS, below) State the type and the value of property that secured the claim, attach copies of lien documentation, and state annual interest rate and the amount part due on the claim as of the date of the bankruptcy filing.

4. **Credits:**

   An authorized signature on this proof of claim serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

5. **Documents:**

   Attach to this proof of claim form redacted copies documenting the existence of the debt and of any lien securing the debt. You must also attach a summary. You must also attach copies of documents that evidence perfection of any security interest. You may also attach a summary. FRBP 3001(c) and (d). Do not send original documents, as attachments may be destroyed after scanning.

**Date and Signature:**

The person filing this proof of claim must sign and date it. FRBP 9011. If the claim is filed electronically, FRBP 5005(a)(2), authorizes courts to establish local rules specifying what constitutes a signature. Print the name and title, if any, of the creditor or other person authorized to file this claim. State the filer's address and telephone number if it differs from the address given on the top of the form for purposes of receiving notices. Attach a complete copy of any power of attorney. Criminal penalties apply for making a false statement on a proof of claim.

## _____DEFINITIONS_____

**Debtor**

A debtor is the person, corporation, or other entity that has filed a bankruptcy case.

**Creditor**

A creditor is any person, corporation, or other entity owed a debt by the debtor on the date the bankruptcy filing.

**Claim**

A claim is the creditor's right to receive payment on a debt that was owed by the debtor on the date of the bankruptcy filing. See 11 U.S.C. §101(5). A claim may be secured or unsecured.

**Proof of Claim**

A proof of claim is a form used by the creditor to indicate the amount of the debt owed by the debtor on the date of the bankruptcy filing. The creditor must file the form with the clerk of the same bankruptcy court in which the bankruptcy case was filed.

**Secured Claim Under 11 U.S.C. §506(a)**

A secured claim is one backed by a lien on property of the debtor. The claim is secured so long as the creditor has the right to be paid from the property prior to other creditors. The amount of the secured claim cannot exceed the value of the property. Any amount owed to the creditor in excess of the value of the property is an unsecured claim. Examples of liens on property include a mortgage on real estate or a security interest in a car.

A lien may be voluntarily granted by a debtor or may be obtained through a court proceeding. In some states, a court judgment is a lien. A claim also may be secured if the creditor owes the debtor money (has a right to setoff).

**Unsecured Claim**

An unsecured claim is one that does not meet the requirements of a secured claim. A Claim may be partly unsecured if the amount of the claim exceeds the value of the property on which the creditor has a lien.

**Claim Entitled to Priority Under 11 U.S.C. §507(a)**

Priority claims are certain categories of unsecured claims that are paid from the available money or property in a bankruptcy case before other unsecured claims.

**Redacted**

A document has been redacted when the person filing it has masked, edited out, or otherwise deleted, certain information. A creditor should redact and use only the last four digits of any social security, individual's tax identification, or financial account number, all but the initials of a minor's name and only the year of any person's date of birth.

**Evidence of Perfect**

Evidence of perfection may include a mortgage, lien, certificate of the title, financing statement, or other document showing that the lien has been filed or recorded.

## _____INFORMATION_____

**Acknowledgment of Filing of Claim**

To receive acknowledgment of your filing, you may either enclose a stamped self-addressed envelope and a copy of this proof of claim or you may access the court's PACER system (www.pacer.psc.uscourts.gov) for a small fee to view your filed proof of claim.

**Offers to Purchase a Claim**

Certain entitles are in the business of purchasing claims for an amount less than the face value of the claims. One or more of these entitles may contract the creditor and offer to purchase the claim. Some of the written communications from these entitles may easily be confused with official court documentation or communications from the debtor. These entitles do not represent the bankruptcy court or the debtor. The creditor has no obligation to sell its claim. However, if the creditor decides to sell its claim, any transfer of such claim is subject to FRBP 3001(e), any applicable provisions of the Bankruptcy Code (11 U.S.C. §101 *et seq.*), and any applicable orders of the bankruptcy court.

**Mail completed form to:**

**United States Bankruptcy Court**
**Central District of California**
**3420 Twelfth Street**
**Riverside, CA 92501-3819**

MAINDOCS-#152947-v1-ISE_POC_503b9.DOC

NOTE: When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 660 Newport Center Drive, 4th Fl., Newport Beach, CA 92660.

A true and correct copy of the foregoing document described as: **NOTICE OF DEADLINE FOR FILING PROOFS OF CLAIMS (SECURED, 503(b)(9) ADMINISTRATIVE, PRIORITY, AND GENERAL UNSECURED CLAIMS): DECEMBER 4, 2010** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** –
Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On October 6, 2010, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☒ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL(indicate method for each person or entity served):**
On October 6, 2010 I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____, 2010 I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| October 6, 2010 | Susan Connor | /s/ Susan Connor |
|---|---|---|
| Date | Type Name | Signature |

## NEF SERVICE LIST

- Michael D. Breslauer    mbreslauer@swsslaw.com, wyones@swsslaw.com
- Shirley Cho    scho@pszjlaw.com
- Jeffry A. Davis    jadavis@mintz.com, dsjohnson@mintz.com;jrdunn@mintz.com;aobrient@mintz.com
- Sue J. Hodges    sue.hodges@klgates.com
- Garrick A. Hollander    ghollander@winthropcouchot.com, pj@winthropcouchot.com;sconnor@winthropcouchot.com
- Karen Morao    morao.karen@dorsey.com, foohey.pamela@dorsey.com;mikhailevich.jessica@dorsey.com
- Abigail Obrient    aobrient@mintz.com, dsjohnson@mintz.com
- Jeffrey N. Pomerantz    jpomerantz@pszjlaw.com, scho@pszjlaw.com
- Lisa Torres    lisa.torres@fennelllaw.com, luralene.schultz@fennelllaw.com;tracy.schimelfenig@fennelllaw.com;william.fennell@fennelllaw.com;stefanie.becerra@fennelllaw.com
- United States Trustee    ustp.region15@usdoj.gov
- Victor A. Vilaplana    vavilaplana@foley.com
- Marc J. Winthrop    mwinthrop@winthropcouchot.com, pj@winthropcouchot.com

## SERVICE VIA FIRST CLASS MAIL
### (Unless NEF indicated)

ISE Corporation
Richard J. Sander, President & CEO
12302 Kerran St.
Poway, CA 92064

U.S. Trustee's Office
Mary Testerman DuVoisin, Esq.
402 W. Broadway, Suite 600
San Diego, CA 92101-8511

ISE SpecialNotice/Committee
Document No. 150187

NEF 9/9/10
Committee Counsel
Jeffrey N. Pomerantz/Shirley S. Cho
10100 Santa Monica Blvd., 11th Fl.
Los Angeles, CA 90067-4100

Secured Creditor
CIT Technology Financing Services
Attn: Corporate Officer
10201 Centurion Parkway North, Suite 100
Jacksonville, FL 32256

-NEFSecured-RSN 8/10/10
New Flyer
c/o Minitz Levin, etc.
Jeffrey A. Davis
3580 Carmel Mountain Rd., #300
San Diego, CA 92130

Secured -RSN 8/10/10
New Flyer
c/o Troys LLP
William F. Gray, Jr.
237 Park Avenue]
New York, NY 10017-3142

RSN 8/18/10&CrtManual
Suntron Corporation
c/o Greenberg Traurig, LLP
Paul R. Glassman, Esq.
2450 Colorado Ave., #400E
Santa Monica, CA 90404

RSN 8/19/10
NGP Energy Technology Partners, LP
c/o William R. Baldiga, Esq.
Brown Rudnick LLP
One Financial Center
Boston, MA 02111

-4-

NEF RSN 8/23/10
Foley & Lardner LLP
Victor A. Viliplana, Esq.
402 W. Broadway, #2100
San Diego, CA 92101-3510

NEF RSN 8/27/10
Pomerado Leasing No. 1 LP
c/o Law Offices of William P. Fennell
Lisa Torres, Esq.
1111 Sixth Ave., #404
San Diego, CA 92101

NEF 9/9/10
El Dorado National – California
c/o Michael D. Breslauer, Esq.
Solomon Ward, Seidenwurm & Smith
401 B Street, #1200
San Diego, CA 92101

RSN 9/10/10
K&L Gates LLP
c/o Sue J. Hodges, Esq.
3580 Carmel Mountain Rd., #200
San Diego, CA 92130

9/13/10CrtManual
Iron Mountain Information Management, Inc.
c/o Frank F. McGinn, Esq.
Bartlett Hackett Feinberg P.C.
155 Federal Street, 9th Floor
Boston, MA 02110

9/13/10CrtManual
Steven O. Gasser-
(NO ADDRESS GIVEN

9/24/10CrtManual
Sandra Hibberd
(No address given)

RSN 9/30/10
Financial Advisors To Committee
Gregg Weisstein
Alexander O. Koles
BDO USA, LLP
3200 Bristol St.
Costa Mesa, CA 92626

ISE Master Mailing List
AllCreditorsPetition
Does Not Include Special Notice
Document No. 150452

4M Advertising Representatives
Attn: Corporate Officer
2020 Hurley Way, #222
Sacramento, CA 95825

Alicia Walsh
Attn: Corporate Officer
617 Granvilla Place
La Jolla, CA 92037

American Vulkan Corp
Attn: A/R Sue
2525 Dundee Road
Winter Haven, FL 33882

A-1 Prestige Plumbing, Inc.
Attn: Corporate Officer
13200 Kirkham Way, #115
Poway, CA 92064

All American First Aid
Attn: Corporate Officer
4653 Carmel Mtn Rd., #308-106
San Diego, CA 92130

Ametek Rotron-Box 2751
Attn: Corporate Officer
P.O. Box 8500
Philadelphia, PA 19178-2751

ADP
Attn: Corporate Officer
P.O. Box 78415
Phoenix, AZ 85062

All Covered
Attn: Corporate Officer
Dept. 33163, P.O. Box 39000
San Francisco, CA 94139-3163

Amphenol Interconnect Products
Attn: Tim McHale
20 Valley Street
Endicott, NY 13760

Advanced Systems Group
Attn: Liz Dutra
12405 North Grant Street
Thornton, CO 80241

Allied Electronics, Inc.
Attn: Lillia Guzman
P.O. Box 2325
Fort Worth, TX 76113-2325

Amtech Electrocircuits
Attn: Bill Csernits
701 Minnesto Dr.
Troy, MI 48083

Aerotek, Inc.
Attn: Corporate Officer
3689 Collection Ctr. Dr.
Chicago, IL 60693

Alro Group
Attn: Dennis Crandall
3100 E. High St.
Jaskson, MI 49204

Analysis & Design Application
Attn: David Taylor
60 Broadhollow Road
Mellville, NY

| | | |
|---|---|---|
| Air Products PLC<br>Attn: Ian Holmes, Bus Dev Mgt<br>2 Millennium Gate Westmere Dr.<br>Crewe, CW1 2AP GB | Altium<br>Attn: Corporate Officer<br>Dept. LA 22660<br>Pasadena, CA 91185-2660 | Apache Future, L.L.C.<br>Attn: Maria Russo, VP Sales<br>14354 N. .F L. Wright Bl., #10<br>Scottsdale, AZ 85260 |
| Airgas - West<br>Attn: Jim Robinson<br>P.O. Box 7423<br>Pasadena, CA 91109-7423 | America II Electronics<br>Attn: Guy<br>2600 118th Ave. N.<br>St. Petersburg, FL 33716 | Aqua Chill<br>Attn: Corporate Officer<br>P.O. Box 24737<br>Tempe, AZ 85285 |
| Akin Gump Atn Corp Officer<br>Robert S. Strauss Bldg<br>1333 New Hampshire Ave NW<br>Washington, DC 20036-1564 | American Pblc Transp Atn Corp Ofcr<br>c/o Natl Trade Prod. Inc.<br>313 S Patrick Street<br>Alexandria, VA 22314 | Arrow Electronics<br>Attn: Mark Yoshida, Acct Mgr<br>P.O. Box 79329<br>City of Industry, CA 91716-9329 |
| Alexander Ellis III<br>12302 Kerran St.<br>Poway, CA 92064 | American Power Connection Sys<br>Attn: Joel Johnson<br>2460 Midland Rd.<br>Bay City, MI 48706 | Asbury Environmental Svcs<br>Attn: Corporate Officer<br>File 41899<br>Los Angeles, CA 90074 |
| AT&T<br>~~Attn: Corporate Officer~~<br>~~P.O. Box 6444~~<br>~~Carol Stream, IL 60197-6444~~<br>8/27/2010 – Box Closed | Blue Shield of Calif Life & Health<br>Attn: Corporate Officer<br>P.O. Box 25208<br>Santa Ana, CA 92799-5208 | Capacitors Plus, Inc.<br>Attn: Corporate Officer<br>P.O. Box 820<br>Cordova, TN 38088-0820 |
| ATI USA LLC<br>Attn: Richard George, Sales<br>47199 Cartier Drive<br>Wixom, MI 48393 | Blum & Clark Accountancy Grp<br>Attn: Corporate Officer<br>5675 Ruffin Road, #300<br>San Diego, CA 92123 | Carquest Auto Parts<br>Attn: Corporate Officer<br>12764 Poway<br>Poway, CA 92064 |
| Avalon Consulting Solutions<br>Attn: Corporate Officer<br>13629 Drieser Pl.<br>Cerritos, CA 90703-2306 | Board of Equalization<br>P.O. Box 942879<br>Sacramento, CA 94279-8063 | Ceva Logistics<br>Attn: Corporate Officer<br>P.O. Box 98803<br>Chicago, IL 60693 |
| AVL Powertrain Engineering Inc.<br>Attn: Andrew Martin<br>47519 Halyard Drive<br>Pylmouth, MI 48170-2438 | Bobit Business Media<br>Attn: Corporate Officer<br>3520 Challenger St/P.O. Box 2703<br>Torrance, CA 90503 | Chandler Packaging, Inc.<br>Attn: Corporate Officer<br>P.O. Box 421110<br>San Diego, CA 92142-1110 |
| B & B Electronics<br>Attn: Dina McMichael<br>P.O. Box 1040<br>Ottawa, IL 61350 | **Broadridge**<br>**Attn: Corporate Officer**<br>**5970 Chedworth Way**<br>**Mississauga L5R 4G5 ON Canada** | Charter Industrial Supply<br>Attn: Jim Berteaux<br>7884 Ronson Road<br>San Diego, CA 92111 |

| | | |
|---|---|---|
| **Ballard Power Systems Inc.**<br>**Attn: Daljit Bawa**<br>**4343 North Fraser Way**<br>**Burnaby V5J 5J9 BC Canada** | Broding's Battery Warehouse1<br>Attn: Arthur Kaiser, VP<br>8188 Commercial Street<br>La Mesa, CA 91942-2926 | **CIBC Mellon Trust Co.**<br>**Attn: Corporation Officer**<br>**320 Bay Street**<br>**Toronto M5H4A6 ON Canada** |
| Banc of American Leasing<br>Attn: Corp Officer/Lse Adm Ctr<br>P.O. Box 371992<br>Pittsburgh, PA 15250-7992 | Bus & Truck of Chicago Inc.<br>Attn: Corporate Officer<br>3330 S. Pulaski Road<br>Chicago, IL 60623 | Cintas Corporation #694<br>Attn: Corporate Officer<br>675 32nd St.<br>San Diego, CA 92102 |
| Bank of America<br>Attn: Corporate Officer<br>P.O. Box 15731<br>Wilmington, DE 19886-5731 | C.E. Niehoff & Co.<br>Attn: Corporate Officer<br>P.O. Box 95163<br>Chicago, IL 60694 | Circuit Protection Devices Inc.<br>Attn: Corporate Officer<br>18440 Technology Dr., #120<br>Morgan Hill, CA 95037 |
| Beck Electric & Data Services<br>Attn: Corporate Officer<br>302 Washington St., #556<br>San Diego, CA 92103 | California Crane Safety Cons<br>Attn: John Hendricks<br>785 Tucker Rd., PMB 156<br>Tehachapi, CA 93561 | City of Poway<br>Attn: Authorized Agent<br>P.O. Box 2490<br>Valley Center, CA 92082 |
| Berkshire Electric Cable Co.<br>Attn: Brandon Wallace<br>118 River Road<br>Leeds, MA 01053-0142 | Cal-West Products Inc.<br>Attn: Lisa McGinnis, Gen Mgr<br>7538 Trade Street<br>San Diego, CA 92121 | **Clifford Chance LLP**<br>**Attn: Managing Partner**<br>**10 Upper Bank St Canary Wharf**<br>**London, E14 5JJ GB** |
| Coach Crafters<br>Attn: Corporate Officer<br>27530 County Road 561<br>Tavares, FL 32778 | Crown Lift Trucks/ Equip Corp<br>Attn: Corporate Officer<br>P.O. Box 641173<br>Cincinnati, OH 45264-1173 | **Dr. Frank C. Schuller**<br>**Attn: Frank Schuller**<br>**Credit Suisse CH-378**<br>**Gstaad, Switzerland** |
| Cobasys<br>Attn: Gerard Russell<br>3740 Lapeer Road South<br>ORION, MI 48359 | Cummins Cal Pacific, LLC<br>Attn: Managing Member<br>Dept 8731<br>Los Angeles, CA 90084-8731 | DSV Air & Sea Inc.<br>Attn: Corporation Officer<br>898 N Sepulveda Blvd., #600<br>El Segundo, CA 90245 |
| Comfort Mechanical, Inc.<br>Attn: Corporate Officer<br>10740 Kenney St., #404<br>Santee, CA 92071 | Cygnus Business Media<br>Attn: Corporate Officer<br>P.O. Box 68-9528<br>Milwaukee, WI 5368-9528 | Duckor Spradling Metzger & Wyn<br>Attn: Corporation Officer<br>3043 4th Ave.<br>San Diego, CA 92103-5801 0 |
| Concert Groups Logistics<br>Attn: Jean Gonin, Acct Exec<br>5052 Reliable Parkway<br>Chicago, IL 60686-0050 | D6 Industries, Inc.<br>Attn: Darryl Jones, Genl Mgr<br>601 South Union Street<br>Lawrence, MA 01843 | Dynaflex Products<br>Attn: Cynthia Dorado, A/R<br>6466 Gayhart Street<br>Commerce, CA 90040 |

| | | |
|---|---|---|
| Concur Technologies, Inc.<br>Attn: Jonathan White<br>18400 NE Union Hill Road<br>Redmond, WA 98052 | Dave Mazaika<br>61 Stowe<br>Irvine, CA 92620 | Eaton Automotive<br>Attn: Corporate Officer<br>P.O. Box 100193<br>Pasadena, CA 91189-0193 |
| Contitech Thermopol<br>Attn: Nikki<br>9 Interstate Drive<br>Somersworth, NH 03878 | Dell Marketing c/o Dell USA<br>Attn: Jimmy Hursh<br>P.O. Box 910916<br>Pasadena, CA 91110-0916 | Eaton Leonard Tooling, Inc.<br>Attn: Paul Howard<br>1391 Specialty Dr., #B<br>Vista, CA 92081 |
| Controlled Motion Solutions<br>Attn: Hillman<br>911 N. Poinsettia Street<br>Santa Ana, CA 92701 | Destinhaus LLC<br>Attn: Managing Member<br>12 Arado<br>Rancho Sta Margarita, CA 92688 | Eco Inc.<br>Attn: Corporate Officer<br>P.O. Box 2731<br>Rocklin, CA 95677 |
| Cooper Bussmann c/o PNC Bank<br>Attn: Corporate Officer<br>P.O. Box 644133<br>Pittsburgh, PA 15264 | Digi-Key Corp. 410303<br>Attn: Corp Office<br>P.O. Box 250<br>Thief River Falls, MN 56701 | Ed Hanson's Muffler Svc<br>Attn: Ed Hanson<br>3916 N. Barcelona St.<br>Spring Valley, CA 91977 |
| Cor-O-Van Moving & Storage<br>Attn: Corporate Officer<br>Dept 6143<br>Los Angeles, CA 90084-6143 | Dimic Steel Tech, Inc.<br>Attn: David Browne<br>145 N.8th Avenue<br>Upland, CA 91786 | Edco Waste & Recycling Svc<br>Attn: Corporate Officer<br>P.O. Box 5488<br>Buena Park, CA 90622-5488 |
| County of San Diego Dept of EH<br>Attn: Authorized Agent<br>P.O. Box 129261, 0<br>San Diego, CA 92112-9261 | DMR Electronics, Inc<br>Attn: Daniel G. Niebeling<br>1111 East Seventh Ave.<br>Hibbing, MN 55746 | Eepod, LLC<br>Attn: Kerby Suhre<br>10179 Bergin Road<br>Howell, MI 48843 |
| EIS<br>Attn: Debbie Tom<br>File 98059/P.O. Box 98059<br>Chicago, IL 60693-8059 | Fastenal Company<br>Attn: Shawn<br>P.O. Box 978<br>Winona, MN 55987-0978 | Fragomen Del Rey Bernsen<br>Attn: Corporate Officer<br>P.O. Box 80061<br>City of Industry, CA 91716-8061 |
| El Dorado Sandblasting Co.<br>Attn: Corporate Officer<br>2694 Commerical St.<br>San Diego, CA 92113 | Fedex Freight<br>Attn: Corporate Officer<br>P.O. Box 21415<br>Pasadena, CA 91185-1415 | Franchise Tax Board<br>P.O. Box 942867<br>Sacramento, CA 94267 |
| Engineered Machined Products<br>Attn: Corporate Officer<br>2701 North 30th Street<br>Escanaba, MI 49829 | Fire Etc.<br>Attn: David Dewey<br>2190 Main Street<br>San Diego, CA 92113 | Franklin Industry of San Diego<br>Attn: Tyler Pelfrey<br>12544 Kirkham Court, #1<br>Poway, CA 92064 |

| | | |
|---|---|---|
| Enright Tools<br>Attn: Corporate Officer<br>11716 Eastfield Road<br>Poway, CA 92064 | Fish & Richardson P.C.<br>Attn: Corporate Officer<br>P.O. Box 3295<br>Boston, MA 02241-3295 | Fuses Unlimited<br>Attn: Corporate Officer<br>9248 Eton Avenue<br>Chatsworth, CA 91311 |
| Ernst & Young LLP<br>Attn: Managing Partner<br>Dept 6793<br>Los Angeles, CA 90084-6793 | Fleet Driveline Service<br>Attn: Corporate Officer<br>4001 Market Street, #B<br>San Diego, CA 92102 | Garrett Electronics Corp.<br>Attn: Corporate Officer<br>1320 West McCoy Lane<br>Santa Maria, CA 93455 |
| Etas Inc.<br>Attn: Jamie Crane, Acct Mgr<br>3021 Miller Road<br>Ann Arbor, MI 48103 | Flodraulic Group, Inc<br>Attn: Keith<br>P.O. Box 634091<br>Cincinnati, OH 45263-4091 | Gems Sensors Inc.<br>Attn: Sue Willoughby<br>P.O. Box 96860<br>Chicago, IL 60693 |
| Euclid Industries<br>Attn: Robert Kietzman<br>1655 Tech Drive<br>Bay City, MI 48706 | Florida Public Transportation<br>Attn: Roxanne Capehart<br>100 N. Myrtle Ave.<br>Jacksonville, FL 32204 | Gerd-Dieter Goette<br>12302 Kerran St.<br>Poway, CA 92064 |
| Exhibit Outsource Inc.<br>Attn: Corporate Officer<br>4533 MacAuthur Blvd., #192<br>Newport Beach, CA 92660 | Foley & Lardner LLP<br>Attn: Managing Partner<br>555 S. Flower St., #3500<br>Los Angeles, CA 90071-2411 | Global Compliance<br>Attn: Corporate Officer<br>13950 Ballantyne Corp Pl., #300<br>Charlotte, NC 28277-2712 |
| Express Corporation<br>Attn: Corporate Officer<br>9235 Trade Pl.<br>San Diego, CA 92126 | Fore-Par<br>Attn: Race Gilbert<br>7650 Stage Road<br>Buena Park, CA 90621 | Goodwin Procter LLP<br>Attn: Managing Partner<br>Exchange Pl., 53 State St.<br>Boston, MA 02109 |
| **Fasken Martineau Atn A. Fullerton**<br>~~66 Wellington St. W., #4200~~<br>~~Toronto Dom Ctr Bank Twr Box 20~~<br>~~Toronto, M5K 1N6 Canda~~<br>Per client 9/15/10 e-mail J. Spragg | Foundationip, LLC<br>Attn: Managing Partner<br>P.O. Box 602025<br>Charlotte, NC 28260-2025 | Granzow<br>~~Attn: Anderson Morton~~<br>~~2300 Crownpoint Executive Dr.~~<br>~~Charlotte, NC 28277-6702~~<br>9/22/10 Chng attn line see below |
| 9/15/10 e-mail fr JSpragg<br>**Fasken Martineau DuMoulin LLP**<br>**Attn. Rubin Rapuch**<br>**333 Bay Street, Suite 2400**<br>**Bay Adelaide Centre, Box 20**<br>**Toronto, ON  M5H 2T6  Canada** | | 9/22/10 ChngAttnLine<br>Granzow<br>Attn: Sandy Hibberd<br>2300 Crownpoint Executive Dr.<br>Charlotte, NC 28277-6702 |
| Graybar Electric Co., Inc.<br>Attn: Corporate Officer<br>File 57071<br>Los Angeles, CA 90074-7071 | Igoe Administrative Services<br>Attn: Tonya Hunt<br>P.O. Box 501480<br>San Diego, CA 92150-1480 | Kearny Pearson Ford<br>Doug Davis – General Manager, VP<br>7303 Clairemont Mesa Blvd.<br>San Diego, CA 92111 |

| | | |
|---|---|---|
| Guardian Life Insurance Co.<br>Attn: Sue Wooflea<br>P.O. Box 51505<br>Los Angeles, CA 90051-5805 | Imagineering, Inc.<br>Attn: Maleka<br>180 Martin Lane<br>Elk Grove Villa, IL 60007 | **King Bros Limited**<br>**Attn: Corporate Officer**<br>**P.O. Box 577**<br>**Victoria, BC V8W 2P5 Canada** |
| H M Revenue & Customs<br>~~Attn: Corporate Officer~~<br>~~Ruby House, 8 Ruby Place~~<br>~~Aberdeen AB 10 1ZP~~<br>9/7/2010 – Insufficient Address | Imperial Credit Corporation<br>Attn: Corporate Officer<br>Department 7615<br>Los Angeles, CA 90084-7615 | Kmparts.Com, Inc.<br>Attn: Tony Wolff<br>925 Stoner Rd.<br>Englewood, FL 34223 |
| Harper Industries Inc.<br>Attn: Corporate Officer<br>151 E. Hwy 160<br>Harper, KS 67058 | Industrial Metal Supply Corp<br>Attn: Darren Madrid<br>8300 San Fernando Blvd.<br>Sun Valley, CA 91352 | Konica Minolta Business Sol<br>Attn: Corporate Officer<br>Dept. LA 22988<br>Pasadena, CA 91185-2988 |
| **Hew-Kabel/Cdt.**<br>**Attn: Herbert Unk**<br>**Postfach 1226**<br>**Wipperfurth, D-51676 DE** | Iron Mountain Records Mgmt<br>Attn: Barbara Jones<br>P.O. Box 601002<br>Los Angeles, CA 90060-1002 | KPMG, LLP<br>Attn: Managing Partner<br>Dept 0906/P.O. Box 120001<br>Dallas, TX 75312 |
| Holman Professional Counseling<br>Attn: Corporate Officer<br>P.O. Box 1100<br>Northridge, CA 91328-1100 | ISE Limited<br>Attn: Managing Partner<br>12302 Kerran St.<br>Poway, CA 92064 | L&T Precision Corporation<br>Attn: Chana<br>2105 Kirkham Road<br>Poway, Ca 92064 |
| Horizon Engineering<br>Attn: Mike Castle, Pres.<br>13200 Kirkham Way, #109<br>Poway, CA 92064 | ITT Veam LLC<br>Attn: Managing Member<br>P.O. Box 371630<br>Pittsburgh, PA 15250-7630 | Ladd Industries<br>Attn: Tina Sloan<br>P.O. Box 802076<br>Chicago, IL 60680-2076 |
| Hose Techniques dba Japan Tec<br>Attn: Lucket Dodge<br>1603 Border Ave.<br>Torrance, CA 90507 | Ixxat<br>Attn: Corporate Officer<br>120 Bedford Center Road<br>Bedford, NH 03110 | LADOT<br>Attn: Jeff Lefton<br>100 S. Main St, 10th Floor<br>Los Angeles, CA 90012 |
| Hotstart Manufacturing<br>Attn: Jim Vroman<br>5723 E. Alki<br>Spokane Valley, WA 99212 | Johnson Welded Products<br>Attn: Bill Johnson<br>625 S. Edgewood Ave.<br>Urbana, OH 43078 | L-Com Inc. Connectivity Prod<br>Attn: Corporate Officer<br>45 Beechwood<br>North Andover, MA 01845 |
| IAR Systems Software, Inc.<br>Attn: Cliff Wood, Acct Mgr<br>1065 E. Hillsdale Blvd., #420<br>Foster City, CA 94404 | K&L Gates LLP<br>Attn: Laurie Pupuro<br>1601 K Street NW<br>Washington, DC 20006-1600 | Lecroy Innovators in Instrument<br>Attn: Danielle Smith Cus Serv Rep<br>700 Chestnut Ridge Road<br>Chestnut Ridge, NY 10977 |

| | | |
|---|---|---|
| Lippert/Heilshorn & Associates<br>Attn: Corporate Officer<br>800 Third Avenue<br>New York, NY 10022 | Microcom Inc.<br>Attn: Mara Truesdale, Ofc Adm<br>621 South B St., Unit B<br>Tustin, CA 92780 | MSC Industrial Supply<br>Attn: Corporate Officer<br>5715 Kearny Villa Rd., #119<br>San Diego, CA 92123 |
| Livernois Vehicle Dev<br>Attn: Terry Beck<br>2850 John Daly<br>Inkster, MI 48141 | **Millbrook Proving Ground Ltd**<br>**Attn: Darren Carter**<br>**Bedford MK45 2JQ**<br>**Millbrook, MK45 2JQ GB** | Napa Auto Parts<br>Attn: Corporate Officer<br>P.O. Box 2047<br>Norcross, GA 30091-2047 |
| LTG Incorporated<br>Attn: Gerhard Seyffer<br>105 Corporate Drive, #E<br>Spartanburg, SC 29304 | Minnesota Public Transit Assoc<br>Attn: Bill Merrill<br>525 Park Street, #105<br>St. Paul, MN 55103-2186 | National Registered Agents<br>Attn: Corporate Officer<br>P.O. Box 927<br>West Windsor, NJ 08550-0927 |
| Magaldi & Magaldi<br>Attn: Deborah Magaldi<br>6525 Gunpark Dr<br>Boulder, CO 80301 | Miramar Truck Center<br>Attn: Heather Dakan<br>6066 Miramar Road<br>San Diego, CA 92121 | Nedco Electronics<br>Attn: Corporate Officer<br>P.O. Box 5280<br>Buena Park, CA 90622 |
| Marketwire Inc.<br>Attn: Corporate Officer<br>100 N. Sepulveda Blvd., #325<br>El Segundo Blvd, CA 90245 | MMI Engineered Solutions<br>Attn: Tom Elkington<br>~~44650 Helm Court~~<br>~~Plymouth, MI 48170~~<br>8/25/2010 – Undeliverable as Addressed | New Pig Corporation<br>Attn: Corporate Officer<br>One Pork Avenue<br>Tipton, NJ 16684-0304 |
| Mars Distributing Inc.<br>Attn: Corporate Officer<br>19035 W. Bluemound Rd.<br>Brookfield, WI 53045 | Mobile Mark Incorporation<br>Attn: Corporate Officer<br>3900-B River Road<br>Schiller Park, IL 60176 | New York Public Transit Asscia<br>Attn: Corporate Officer<br>119 Washington Ave., #300<br>Albany, NY 12210 |
| Maxwell Technologies<br>Attn: Corporate Officer<br>9244 Balboa Ave.<br>San Diego, CA 92123 | **Moltec Trading Group**<br>**Attn: Kirsty Rutter, Mrg.**<br>**2770 Portland Drive**<br>**Oakville, ON L6H 6R4 0 Canada** | Newark Inone<br>Attn: Carlos Macias, SD Rep<br>P.O. Box 94151<br>Palatine, IL 60094 |
| McMaster-Carr Supply Co.<br>Attn: Corp Office<br>P.O. Box 7690<br>Chicago, IL 60680-7690 | Montgomery Inv. Tech.<br>Attn: Corporate Officer<br>200 Federal Street, #245<br>Camden, NJ 08103 | Newegg<br>Attn: Corporate Officer<br>9997 E. Rose Hills Road<br>Whittier, CA 90601 |
| Michael Sears<br>12302 Kerran St.<br>Poway, CA 92064 | Motion Industries<br>Attn: Romero Fernando<br>File 57463<br>Los Angeles, CA 90074-7463 | NIC<br>Attn: Alan Steighner<br>11136 Sam Furr Road<br>Huntersville, NC 28078 |

| | | |
|---|---|---|
| Michigan Foam Products LLC<br>Attn: Kip Cantrick<br>1820 Chicago Drive<br>Grand Rapids, MI 49519 | Mouser Electronics<br>Attn: Corporate Officer<br>P.O. Box 99319<br>Fort Worth, TX 76199 | North County Times<br>Attn: Corporate Officer<br>P.O. Box 742548<br>Cincinnati, OH 45274-2548 |
| Nu Horizons Electronics<br>Attn: Marla Spencer<br>6050 Santo Road, #175<br>San Diego, CA 92124 | Parker Hannifin Techseal Div<br>Attn: Corporate Officer<br>7910 Collection Center Dr.<br>Chicago, IL 60603 | Power Trade Media<br>Attn: Valerie Valtierrra<br>4742 N. 24th St., #340<br>Phoenix, AZ 85016 |
| Office Depot<br>Attn: Corporate Officer<br>P.O. Box 70025<br>Los Angeles, CA 90074-0025 | Payrolling.Com<br>Attn: Corporate Officer<br>4626 Albuquerque St.<br>San Diego, CA 92109 | Powerex<br>Attn: Don Baer<br>P.O. Box 710797<br>Cincinnati, OH 45271-0797 |
| Officemax<br>Attn: Corporate Officer<br>P.O. Box 79515<br>City of Industry, CA 91716-9515 | PC Connection<br>Attn: Corporate Officer<br>P.O. Box 4520<br>Woburn, MA 01888-4520 | Powertek<br>Attn: Corporate Officer<br>11 Glenwood Road<br>Rocky Point, NY 11778 |
| Ogura Industrial Corp<br>Attn: Corporate Officer<br>P.O. Box 18445<br>Newark, NJ 07191 | Performance Tube Bending Inc.<br>Attn: Corporate Officer<br>5462 Diaz Street<br>Irwindale, CA 91706 | Precision Resources Co. Inc.<br>Attn: Corporate Officer<br>P.O. Box 318<br>Sharon, MA 02067 |
| Omega Engineering<br>Attn: Chris Wright<br>P.O. Box 405369<br>Atlanta, GA 30384-5369 | Philip Deutch<br>12302 Kerran St.<br>Poway, CA 92064 | Procopio Cory Hargreaves et al.<br>Attn: Corporate Officer<br>530 'B' Street, #2100<br>San Diego, CA 92101 |
| One Stop Parts Source<br>Attn: Jeff Todd<br>2220 La Mirada Dr., #B<br>Vista, CA 92081 | Pitney Bowes<br>Attn: Corporate Officer<br>P.O. Box 856390<br>Louisville, KY 40285-6390 | Product Space Solutions Inc.<br>Attn: Bill Palm<br>2021 Midwest Rd.<br>Oak Brook, IL 60523 |
| Oriskany Manufacturing Tech<br>Attn: Jum Caraco<br>1914 Dwyer Avenue<br>Utica, NY 13501 | Plastifab<br>Attn: Mark Weinrich<br>12145 Paine Street<br>Poway, CA 92064 | **Propower Mfg. Inc.**<br>**Attn: Corporate Officer**<br>**5160 O'Neil Drive**<br>**Oldcastle, ON Canada** |
| Orri Corporation<br>Attn: Angelo Doa<br>6650 Highland Road, #307<br>Waterford, MI 48327 | Pomerado Leasing No 1, LP<br>Attn: Managing Partner<br>P.O. Box 12440<br>San Diego, CA 92112 | Proskauer Rose LLP<br>Attn: Managing Partner<br>1585 Broadway<br>New York, NY 10036-8299 |

Oxford Print Management
Attn: Corporate Officer
8725 Production Ave.
San Diego, CA 92121 0

Port Supply
Attn: Corporate Officer-A/R
P.O. Box 50060
Wattsonville, CA 95007-5060

PTO Sales & Services
Attn: Corporate Officer
4748 Old Cliffs
San Diego, CA 92116
9/2/2010 – Unable to Forward

**Parker Hannifin Electronic Con
Attn: Craig Patterson T8089U
P.O. Box 8000 Station A
Toronto, ON M5W 3W5 Canada**

Positronic Industries
Attn: Corporate Officer
423 N. Campbell Ave.
Springfield, MO 65801

Pyramid Wire & Cable
Attn: Bob Klappauf, Pres.
2359 La Mirada Dr., #117
Vista, CA 92081

Quality Systems
Attn: John Lee, Local Rep
6720 Cobra Way
San Diego, CA 92121

Rick Sander
12302 Kerran Street
Poway, CA 92064

Sealcon
Attn: Corporate Officer
14853 E. Hindsale Ave., #D
Centennial, CO 80112-4240

Quick Cable Corp
Attn: Corporate Officer
3700 Quick Drive
Franksville, WI 53126-0509

Road One
Attn: Corporate Officer
3821 Calle Fortunada, #A
San Diego, CA 92123

Sealing Devices Inc.
Attn: Corporate Officer
4400 Walden Ave
Lancaster, NY 14086

R & I Industries
Attn: Jacob Rowan, Sales Mgr.
1876 S. Taylor Street
Ontario, CA 91761

Rogers
Attn: Corp Officer/Cust Svc
P.O. Box 9100
Don Mills M3C3P9 Canada

Second Star Inc.
Attn: Corporate Officer
11556 Alkaid Dr.
San Diego, CA 92126

R.R. Donnelley Revable, Inc
Attn: Corporate Officer
P.O. Box 100112
Pasadena, CA 91189-0001

Roncelli Plastics Inc.
Attn: Corporate Officer
330 West Duarte Road
Monrovia, CA 91016

**Seico
Attn: Michael Munnecke
An Der Autoban 29
Langenhagen 30851 DE**

Ranch & Coast Security, Inc.
Attn: Corporate Officer
9540 Waples Street, #D
San Diego, CA 92121

Rose+Bopla
Attn: Mike Kelly
7330 Excutive Way
Frederick, MD 21704

Shustak Frost & Partners
Attn: Managing Partner
401 West A Street, #2330
San Diego, CA 92101

RD Fabricators
Attn: Corporate Officer
845 N. Elm
Orange, CA 92867

Samtec Inc.
Attn: Corporate Officer
3837 Reliable Parkway
Chicago, IL 60686-0038

Siba Fuses
Attn: Corporate Officer
29 Fairfield Place
West Caldwell, NJ 07006

Remedy Comp Consulting
Attn: Corporate Officer
12340 El Camino Real, #400
San Diego, CA 92130

San Diego Business Journal
Attn: Corporate Officer
4909 Murphy Cyn Road, #200
San Diego, CA 92123

Siemens Industry, Inc
Attn: Corporate Officer
P.O. Box 4356, MC-IMA031
Portland, OR 97208-4356

| | | |
|---|---|---|
| Replica Printing Services<br>Attn: Corporate Officer<br>10549 Scripps Poway Pkwy, #B<br>San Diego, CA 92131 | San Diego Fluid System Tech<br>Attn: Julia Thai<br>6350 Nancy Ridge Dr., #101<br>San Diego, CA 92121 | Sigma S4 Consulting<br>Attn: Kurt Werner<br>10003 NE 37th Court<br>Kirkland, WA 98033 |
| Reuland Electric<br>Attn: Wayne Foreman<br>P.O. Box 4009<br>Industry, CA 91747-4009 | San Diego Gas & Electric<br>Attn: Corporate Officer<br>P.O. Box 25111<br>Santa Ana, CA 92799 | Sign Up<br>Attn: Jerri Jones<br>13000 Danielson St., #G<br>Poway, CA 92064 |
| Richardson Electronics<br>Attn: Corporate Officer<br>5169 Eagle Way<br>Chicago, IL 60678-1051 | Save-On Conferences<br>Attn: Corporate Officer<br>P.O. Box 404351<br>Atlanta, GA 30384-4351 | Silverback Hauling<br>Attn: Corporate Officer<br>1033 B Ave., #101 #122<br>Coronado, CA 92118 |
| SKS Inc.<br>Attn: Corporate Officer<br>P.O. Box 469110<br>Escondido, CA 92046-9110 | STW Technic, LP<br>Attn: Dale Albee<br>3000 Northwoods Pkwy, #260<br>Norcross, GA 30071 | Transfer Flow, Inc.<br>Attn: Corporate Officer<br>1444 Fortress Street<br>Chico, CA 95973 |
| **Smarter Shows Limited**<br>**Attn: Managing Partner**<br>**Abinger House Church St.**<br>**Dorking RH4 1DF Surrey GB** | Suntron Corporation<br>Attn: Chom Soudaly<br>1113 Gillingham Lane<br>Sugarland, TX 77478 | Transit Associates<br>Attn: Corporate Officer<br>5333 Tall Tree Court<br>Lisle, IL 60532-2067 |
| Snap-On Tools<br>Attn: Corporate Officer<br>1379 Park Western Dr., #327<br>San Pedro, CA 90732 | Sypris Test & Measurement Inc.<br>Attn: Mindy Pribula<br>6120 Hanging Moss Road<br>Orlando, FL 32807 | Troutman Sanders LLP<br>Attn: Managing Partner<br>600 Peachtree St. NE, #5200<br>Atlanta, GA 30308-2216 |
| South Bay Ford Lincoln Mercury<br>Attn: Corporate Officer<br>5100 W. Rosecrans Ave.<br>Hawthorne, CA 90251 | Systemscontinuity<br>Attn: Corporate Officer<br>P.O. Box 53548<br>Irvine, CA 92619 | TRS Industries<br>Attn: Rashid Khan, VP<br>651 W. 5th Ave.<br>Escondido, CA 92025 |
| Southwest Mobile Storage<br>Attn: Corporate Officer<br>902 S. 7th Street<br>Phoenix, AZ 85034 | Target CW<br>Attn: Samer Khouli II<br>3650 Hancock Street<br>San Diego, CA 92110 | TSX Inc.<br>~~Attn: Corporate Officer~~<br>~~130 King Street West~~<br>~~Toronto, ON Canada~~<br>8/31/2010 – Reason Not Indicated |
| Spal USA, Inc.<br>Attn: Justin Toler<br>1731 SE Oralabor Road<br>Ankeny, IA 50021-9412 | TCR Services<br>Attn: Corporate Officer<br>5046 Ruffner Street<br>San Diego, CA 92111 | TTI Inc.<br>Attn: Carolyn Hill<br>P.O. Drawer 99111<br>Fort Worth, TX 76199 |

-14-

Sprint  
Attn: Corporate Officer  
P.O. Box 54977  
Los Angeles, CA 90054-0977

Telepacific Communications  
Attn: Corporate Officer  
P.O. Box 60767  
Los Angeles, CA 90060-0767

Uline  
Attn: Corporate Officer  
2200 S. Lakeside Drive  
Waukegan, IL 60085

Staffworks  
Attn: Corporate Officer  
6390 Greenwich Dr., #220  
San Diego, CA 92122

The Hartford Priority Accts  
Attn: Corp Officer/Grp Ben Div  
P.O. Box 8500-3690  
Philadelphia, PA 19178-3690

Unibar  
Attn: Corporate Officer  
3345 Auburn Road, #201  
Rochester Hills, MI 48309

Standard Coffee Service Co.  
Attn: Corporate Officer  
P.O. Box 503392  
San Diego, CA 92150 3392

Theitpros  
Attn: Corporate Officer  
409 Camino Del Rio S, #203  
San Diego, CA 92108

Unique Fabricating  
Attn: Brad Hazen  
800 Standard Parkway  
Auburn Hills, MI 48326

Stevens Global Logistics  
Attn: Corporate Officer  
P.O. Box 729  
Lawndale, CA 90260-0729

Tim-Co Component Sales  
Attn: Corporate Officer  
7001 Eton Ave.  
Canoga Park, CA 91303-2112

Up Marketing  
Attn: Corporate Officer  
147 Spadina Ave., #207  
Toronto M5V 2L7 ON Canada

UPS  
Attn: Corporate Officer  
28013 Network Place  
Chicago, IL 60673-1280

Zep Mfg/Acuity Spec Prod Grp  
Attn: Corporate Officer  
File 50188  
Los Angeles, CA 90074-0188

US Hybrid  
Attn: Abas Goodarzi  
445 Maple Ave.  
Torrance, CA 90503

Kearny Pearson Ford  
~~Attn: Kenny Robert~~  
~~7303 Clairemont Mesa Blvd.~~  
~~San Diego, CA 92111~~  
Change of Contact per client 8/19/10

WHI Sales LLC  
Attn: Bill Inloes  
6338 Sierra Elena  
Irvine, CA 92612

Veolia Transportation Svcs  
Attn: Corporate Officer  
720 E. Butterfield Rd., #300  
Lombard, IL 60148

Waytek  
Attn: Corporate Officer  
P.O. Box 81  
Chaska, MN 55318

William Robley  
446 Gardner St.  
El Cajon, CA 92020

**Vossloh Kiepe Atn Corp Ofcr**  
**Kiepe Platz 1**  
**Dusseldorf**  
**Germany D-40599 0 DE**

Western Fastener  
Attn: Bob Rosen, Sales Rep  
7373-F Engineer Road  
San Diego, CA 92111

**Wrightbus Ltd. Atn Mgng Ptnr**  
**Galgorm Ind Estate**  
**Fenaghy Road, Galgorm**  
**Ballymena BT42 IPY Ireland**

YMC Janitorial Services, Inc.  
Attn: Corporate Officer  
3861 Armstrong Street  
San Diego, CA 92111