1   Jeffrey N. Pomerantz (CA Bar No. 143717)
    Shirley S. Cho (CA Bar No. 192616)
2   PACHULSKI STANG ZIEHL & JONES LLP
    150 California Street, 15th Floor
3   San Francisco, California  94111-4500
    Telephone: 415/263-7000
4   Facsimile:  415/263-7010
    Email:  jpomerantz@pszjlaw.com
5           scho@pszjlaw.com

6   Counsel for the Official Committee of Unsecured Creditors

7

8                    UNITED STATES BANKRUPTCY COURT

9                      Southern District of California

10  In re:                              Case No.: 10-14198 MM

11  ISE CORPORATION,                    Chapter 11

12                          Debtor      **NOTICE OF LODGMENT OF**
                                        **ALTERNATIVE FORM OF ORDER ON**
13                                      **MOTION OF NEW FLYER FOR AN**
                                        **ORDER COMPELLING COMPLIANCE**
14                                      **WITH SECTION 365(N)(4) [RE DOCKET**
                                        **NO. 168]**
15

16

17
            **TO THE HONORABLE MARGARET MANN, UNITED STATES BANKRUPTCY**
18
    **JUDGE, PARTIES REQUESTING SPECIAL NOTICE, AND THE OFFICE OF THE**
19
    **UNITED STATES TRUSTEE:**
20

21          In connection with the Official Committee of Unsecured Creditors' (the "Committee")

22  Objection to the Notice of Lodgment of Order on Motion of New Flyer for an Order Compelling

23  Compliance with Section 365(n)(4) [Docket No. 168], the Committee attaches a proposed form of

24  order that would address the Committee's concerns.

25          Attached as **Exhibit A** is an alternative order that would permit, in paragraph 6, the release of

26  funds upon prior notice and Court order to the Parties.

27          In New Flyer's response to the Committee's Objection, New Flyer argues that to require a

28  Court order to release the escrowed funds would modify the escrow agreement.  Accordingly, the

    42802-002\DOCS_LA:226399.1
                                        1

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Committee proposes a further alternative paragraph 6 in its alternative order that would permit the release of funds without prior notice and Court order so long as the Committee were allowed to consent prior to the release of funds.

Dated:    October 12, 2010                    PACHULSKI STANG ZIEHL & JONES LLP


                                          By    */s/ Shirley S. Cho*
                                                 Shirley S. Cho
                                                 Counsel for the Official Committee of
                                                 Unsecured Creditors

# EXHIBIT A

**CSD 1001A** [11/15/04]
Name, Address, Telephone No. & I.D. No.

**UNITED STATES BANKRUPTCY COURT**
SOUTHERN DISTRICT OF CALIFORNIA
325 West "F" Street, San Diego, California 92101-6991

In Re

BANKRUPTCY NO.

Date of Hearing:
Time of Hearing:
Debtor.   Name of Judge:

# ORDER ON

IT IS ORDERED THAT the relief sought as set forth on the continuation pages attached and numbered two (2)

through _____ with exhibits, if any, for a total of _____ pages, is granted.  Motion/Application Docket Entry No. _____

//

//

//

//

//

//

DATED: _____

_____
Judge, United States Bankruptcy Court

Signature by the attorney constitutes a certification under
Fed. R. of Bankr. P. 9011 that the relief in the order is the
relief granted by the court.

Submitted by:

_____
(Firm name)

By:_____
   Attorney for ☐ Movant ☐ Respondent

**CSD 1001A**

**CSD 1001A** [11/15/04]**(Page 2)**
ORDER ON
DEBTOR:                                                    CASE NO:

**CSD 1001A**

**CSD 1001A** [11/15/04]**(Page 3)**
ORDER ON
DEBTOR:                                                              CASE NO:

**CSD 1001A**

1

**PROOF OF SERVICE**

2

STATE OF CALIFORNIA          )
                             )
3

COUNTY OF LOS ANGELES        )

4

5

     I, Sophia L. Lee, am employed in the city and county of Los Angeles, State of California.  I am over the age of 18 and not a party to the within action; my business address is 10100 Santa Monica Blvd., 11th Floor, Los Angeles, California  90067-4100.

6

7

On October 12, 2010, I caused to be served the **NOTICE OF LODGMENT OF ALTERNATIVE FORM OF ORDER ON MOTION OF NEW FLYER FOR AN ORDER COMPELLING COMPLIANCE WITH SECTION 365(N)(4) [RE DOCKET NO. 168]** in this action by placing a true and correct copy of said document(s) in sealed envelopes addressed as follows:

8

9

*Please see attached service list*

10

11

☐ (BY MAIL) I am readily familiar with the firm's practice of collection and processing correspondence for mailing.  Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at Los Angeles, California, in the ordinary course of business.  I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

12

13

14

☑ (BY NOTICE OF ELECTRONIC FILING) I caused to be served the above-described document by means of electronic transmission of the Notice of Electronic Filing through the Court's transmission facilities, for parties and/or counsel who are registered ECF Users.  (List attached hereto)

15

16

☐ (BY EMAIL) I caused to be served the above-described document by email to the parties indicated on the attached service list at the indicated email address.

17

18

☐ (BY OVERNIGHT DELIVERY) By sending via Federal Express to the addressee:

19

20

     I declare that I am employed in the office of a member of the bar of this Court at whose direction was made.

21

Executed on October 12, 2010, at Los Angeles, California.

22

23

           */s/Sophia L. Lee*
24

           Sophia L. Lee

25

26

27

28

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

DOCS_LA:225278.1

**In re: ISE Corporation**
**Case No. 10-14198 MM**
**10-14198-MM11 Notice will be electronically mailed to:**

Michael D. Breslauer on behalf of Creditor EL Dorado National - California
mbreslauer@swsslaw.com, wyones@swsslaw.com

Shirley Cho on behalf of Creditor Committee Official Committee of Unsecured Creditors
scho@pszjlaw.com

Jeffry A. Davis on behalf of Creditor New Flyer Industries of Canada ULC and New Flyer of America, Inc.
jadavis@mintz.com, dsjohnson@mintz.com;jrdunn@mintz.com;aobrient@mintz.com

Paul R. Glassman on behalf of Creditor Suntron Corporation
glassmanp@gtlaw.com

Sue J. Hodges on behalf of Creditor K&L Gates LLP
sue.hodges@klgates.com

Garrick A. Hollander on behalf of Debtor ISE Corporation
ghollander@winthropcouchot.com, pj@winthropcouchot.com;sconnor@winthropcouchot.com

Karen Morao on behalf of Creditor Ballard Power Systems Inc.
morao.karen@dorsey.com, foohey.pamela@dorsey.com;mikhailevich.jessica@dorsey.com

Abigail Obrient on behalf of Creditor New Flyer Industries of Canada ULC and New Flyer of America, Inc.
aobrient@mintz.com, dsjohnson@mintz.com

Jeffrey N. Pomerantz on behalf of Creditor Committee Official Committee of Unsecured Creditors
jpomerantz@pszjlaw.com, scho@pszjlaw.com

Lisa Torres on behalf of Interested Party Palomar Leasing No. 1 LP
lisa.torres@fennelllaw.com,
luralene.schultz@fennelllaw.com;tracy.schimelfenig@fennelllaw.com;william.fennell@fennelllaw.com;stefanie.becerra@fennelllaw.com

United States Trustee
ustp.region15@usdoj.gov

Victor A. Vilaplana on behalf of Creditor Foley & Lardner LLP
vavilaplana@foley.com

Marc J. Winthrop on behalf of Debtor ISE Corporation
mwinthrop@winthropcouchot.com, pj@winthropcouchot.com

42802-001\DOCS_LA:225194.4