Jeffry A. Davis (SBN 103299)
Joseph R. Dunn (SBN 238069)
Abigail V. O'Brient (SBN 265704)
**MINTZ LEVIN COHN FERRIS GLOVSKY AND POPEO P.C.**
3580 Carmel Mountain Road, Suite 300
San Diego, CA 92130
Telephone: (858) 314-1500
Facsimile: (858) 314-1501

William F. Gray, Jr. (*Pro Hac Vice*)
Alison D. Bauer (*Pro Hac Vice*)
**TORYS LLP**
237 Park Avenue
New York, NY 10017-3142
Telephone: (212) 880-6000
Facsimile: (212) 682-0200

Attorneys for New Flyer Industries Canada ULC
and New Flyer of America Inc.

UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re | Case No. 10-14198-MM11 |
| ISE Corporation, | Chapter 11 |
| Debtor. | **NOTICE OF STATUS CONFERENCE** |
| | Date: October 18, 2010<br>Time: 9:00 a.m.<br>Dept.: 1<br>Judge: Hon. Margaret M. Mann |

1

5046439v.1

TO PARTIES IN INTEREST:

**PLEASE TAKE NOTICE THAT** a telephonic status conference concerning the order on the Motion of New Flyer for an Order Compelling Compliance with Section 365(n)(4) will be held on October 18, 2010 at 9:00 a.m. Parties desiring to appear at the status conference telephonically should contact Courtroom Deputy Gregg Robinson at (619) 557-7407.

Dated: October 12, 2010        /s/ Abigail V. O'Brient
                               Jeffry A. Davis
                               Joseph R. Dunn
                               Abigail V. O'Brient
                               **MINTZ LEVIN COHN FERRIS GLOVSKY AND POPEO P.C.**

                               and

                               William F. Gray, Jr.
                               Alison D. Bauer
                               **TORYS LLP**
                               237 Park Avenue
                               New York, New York 10017

                               Attorneys for New Flyer Industries Canada ULC
                               and New Flyer of America Inc.

2

5046439v.1

**PROOF OF SERVICE**

I, the undersigned, certify and declare that I am over the age of 18 years, employed in the County of San Diego, State of California, and am not a party to the above-entitled action.

A true and correct copy of the foregoing document(s) will be served or was served in the manner indicated below. Service information continued on attached page.

**NOTICE OF STATUS CONFERENCE**

| ☒ | **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – On **October 12, 2010**, pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the document(s) listed above will be served by the court via NEF and hyperlink to the document. I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated in the attached Service List. |
|---|---|
| ☒ | **U.S. MAIL –** On **October 12, 2010**, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid. I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on the same day with postage thereon fully prepaid in the ordinary course of business. |

Executed on October 12, 2010, at San Diego, California. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

/s/ Abigail V. O'Brient
Abigail V. O'Brient

5046439v.1

# SERVICE LIST

*In re ISE Corporation*
Case No. 10-14198-MM11

**VIA NEF**

Michael D. Breslauer on behalf of Creditor EL Dorado National - California
mbreslauer@swsslaw.com, wyones@swsslaw.com

Shirley Cho on behalf of Creditor Committee Official Committee of Unsecured Creditors
scho@pszjlaw.com

Paul R. Glassman on behalf of Creditor Suntron Corporation
glassmanp@gtlaw.com

Sue J. Hodges on behalf of Creditor K&L Gates LLP
sue.hodges@klgates.com

Garrick A. Hollander on behalf of Debtor ISE Corporation
ghollander@winthropcouchot.com, pj@winthropcouchot.com;sconnor@winthropcouchot.com

Karen Morao on behalf of Creditor Ballard Power Systems Inc.
morao.karen@dorsey.com, foohey.pamela@dorsey.com;mikhailevich.jessica@dorsey.com

Jeffrey N. Pomerantz on behalf of Creditor Committee Official Committee of Unsecured Creditors
jpomerantz@pszjlaw.com, scho@pszjlaw.com

Lisa Torres on behalf of Interested Party Palomar Leasing No. 1 LP
lisa.torres@fennelllaw.com, luralene.schultz@fennelllaw.com;
tracy.schimelfenig@fennelllaw.com; william.fennell@fennelllaw.com;
stefanie.becerra@fennelllaw.com

United States Trustee
ustp.region15@usdoj.gov

Victor A. Vilaplana on behalf of Creditor Foley & Lardner LLP
vavilaplana@foley.com

Marc J. Winthrop on behalf of Debtor ISE Corporation
mwinthrop@winthropcouchot.com, pj@winthropcouchot.com

**VIA U.S. MAIL**

U.S. Trustee
Department of Justice
402 West Broadway
Suite 600
San Diego, CA  92101

BDO USA LLP
3200 Bristol Street
Costa Mesa, CA 92626

5046439v.1

| | |
|---|---|
| 1 | William R Baldiga |
|   | Brown Rudnick LLP |
| 2 | One Financial Center |
|   | Boston, MA 02111 |
| 3 | |
|   | Iron Mountain Information Management, Inc. |
| 4 | c/o Frank F. McGinn, Esq. |
|   | Bartlett Hackett Feinberg P.C. |
| 5 | 155 Federal Street, 9th Floor |
|   | Boston, MA 02110 |
| 6 | |
|   | Suntron Corporation |
| 7 | c/o Paul R. Glassman |
|   | Greenberg Traurig, LLP |
| 8 | 2450 Colorado Avenue |
|   | Suite 400E |
| 9 | Santa Monica, CA 90404 |
| 10 | |
| 11 | |
| 12 | |
| 13 | |
| 14 | |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |