# UNITED STATES BANKRUPTCY COURT

## SOUTHERN DISTRICT OF CALIFORNIA

# Minute Order

### *Hearing Information:*

|  |  |  |  |
|---|---|---|---|
| **Debtor:** | ISE CORPORATION | | |
| **Case Number:** | 10-14198-MM11 | **Chapter:** | 11 |
| **Date / Time / Room:** | WEDNESDAY, OCTOBER 06, 2010 04:00 PM   DEPARTMENT 1 | | |
| **Bankruptcy Judge:** | MARGARET M. MANN | | |
| **Courtroom Clerk:** | GREGG ROBINSON | | |
| **Reporter / ECR:** | COLLETTA BROOKS | | |

### *Matters:*

1) STATUS CONFERENCE ON CHAPTER 11 PETITION (fr. 10/4/10)

2) MOTION TO PURSUE LITIGATION REGARDING UPSTREAMED PAYMENT BY DEBTOR TO PARENT ON BEHALF OF DEBTOR FILED BY OFFICIAL COMMITTEE OF UNSECURED CREDITORS (fr. 10/4/10)

3) MOTION TO COMPEL COMPLIANCE WITH SECTION 365(n)(4) FILED BY NEW FLYER INDUSTRIES OF CANADA, ULC AND NEW FLYER OF AMERICA, INC. (fr. 10/4/10)

### *Appearances:*

Mark Riker, Dimic Steel Tech, Inc. - telephonic
Jeff Pomeranz, ATTORNEY FOR Official Committe of Unsecured Creditors - telephonic
Allison Bauer, ATTORNEY FOR New Flyer Canada, New Flyer America - telephonic
Pamel Foohey, ATTORNEY FOR Ballard Power Systems - telephonic
Garrick Hollander, ATTORNEY FOR ISE, telephonic
Karen Morao, ATTORNY FOR Ballard Power Systems
Jeffry Davis, ATTORNEY FOR New Flyer Canada, New Flyer America
Mary Testerman, ATTORNEY FOR U.S. Trustee
William Fennell, ATTORNEY FOR Palomar Leasing No 1, LP

### *Disposition:*

1 - 3) Continued to 10/18/10 @ 9:00 AM.

2) Supplemental papers approving compromise to be noticed by OST
3) Debtor to submit an order as outlined in open court.