MARC J. WINTHROP -- State Bar No. 63218
mwinthrop@winthropcouchot.com
GARRICK A. HOLLANDER -- State Bar No. 166316
ghollander@winthropcouchot.com
PAYAM KHODADADI -- State Bar No. 239906
pkhodadadi@winthropcouchot.com
**WINTHROP COUCHOT**
**PROFESSIONAL CORPORATION**
660 Newport Center Drive, Ste 400
Newport Beach, CA 92660
Telephone: (949) 720-4100
Facsimile: (949) 720-4111

[Proposed] General Insolvency Counsel for
Debtor and Debtor-in-Possession

# UNITED STATES BANKRUPTCY COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br><br>ISE CORPORATION,<br><br>Debtor and<br>Debtor-in-Possession. | Case No. 10-14198-11 MM<br><br>Chapter 11 Proceeding<br><br>**DEBTOR'S EX PARTE MOTION FOR ORDER SHORTENING TIME RE HEARING ON DEBTOR'S MOTION FOR ORDER APPROVING THE SALE OF CERTAIN SPECIALIZED COMPONENTS, FREE AND CLEAR OF LIENS, CLAIMS, AND INTERESTS; MEMORANDUM OF POINTS AND AUTHORITIES AND DECLARATION OF THOMAS SCOTT AVILA IN SUPPORT THEREOF**<br><br>[No Hearing Required] |

| | |
|---|---|
| 1 | TO THE HONORABLE MARGARET M. MANN, UNITED STATES |
| 2 | BANKRUPTCY JUDGE, THE OFFICE OF THE UNITED STATES TRUSTEE, AND |
| 3 | OTHER PARTIES-IN-INTEREST: |

4    ISE Corporation, a California corporation, the debtor and debtor-in-possession in the above-entitled Chapter 11 case ("Debtor"), hereby moves this Court, on an ex parte basis (the "Ex Parte Motion"), pursuant to the provisions of Rule 9006 of the Federal Rules of Bankruptcy Procedure, and Local Bankruptcy Rules 9006-1(f) and 9013-6(a)(1)(F), for an order shortening time for a hearing and service of the notice of hearing relating to the *Debtor's Motion for Order Approving the Sale of Certain Specialized Components, Free and Clear of Liens, Claims and Interests* ("Motion"), which will be filed on October 15, 2010. Pursuant to the Motion, the Debtor seeks to sell 12,500 ultracapacitor cells (the "Assets") to one of the Debtor's vendors, Maxwell Technologies, Inc., for $250,000 in cash, as more fully described in the Motion. The Debtor believes the proposed sale may be viewed as being out of the ordinary course of business, and to that end, seeks Court approval of the sale.

By this Ex Parte Motion, the Debtor is requesting that the Motion be heard on shortened notice **on October 20, 2010**. Failure to obtain Court approval of the proposed sale by such date could immediately jeopardize the Debtor's ability to close on the sale of the Assets.

This Ex Parte Motion is made on the basis of the accompanying Declaration Thomas Scott Avila, the within the points and authorities, and on such other evidence as the Court elects to consider prior to or at the hearing on this matter, if any.

DATED: October 14, 2010

WINTHROP COUCHOT
PROFESSIONAL CORPORATION

By: _____
Marc J. Winthrop
Garrick A. Hollander
Payam Khodadadi
[Proposed] General Insolvency Counsel for
Debtor and Debtor-in-Possession

-2-
DEBTOR'S EX PARTE MOTION FOR ORDER SHORTENING TIME RE HEARING ON
DEBTOR'S MOTION FOR ORDER APPROVING THE SALE OF CERTAIN ASSETS,
FREE AND CLEAR OF LIENS, CLAIMS, AND INTERESTS: MEMORANDUM OF POINTS
AND AUTHORITIES AND DECLARATION OF THOMAS SCOTT AVILA IN SUPPORT THEREOF
MAINDOCS-#153206-v2-ISE_Ex_Parte_Mtn_for_OST_Regarding_Sale_of_Inventory.DOC

# MEMORANDUM OF POINTS AND AUTHORITIES

## I.

## THE NEED FOR AN ORDER SHORTENING TIME

The Debtor is concerned that the proposed sale may not be consummated if the Motion is not heard on shortened time to allow the sale to close promptly. The Debtor seeks to sell the Assets, which are not necessary to the Debtor's operations, but for which the Debtor can realize $250,000 immediately. The Debtor has been negotiating the purchase price for weeks and has finally reached agreement. The Debtor does not want to risk the chance of losing this buyer. Accordingly, the Debtor submits that good cause exists to have this matter heard on shortened time to consummate the transaction.

## II.

## GOOD CAUSE EXISTS TO SCHEDULE A HEARING ON SHORTENED NOTICE

Rule 9006 of the Federal Rules of Bankruptcy Procedure provides in relevant part:

> "[W]hen an act is required or allowed to be done at or within a specified period of time by these rules or by a notice given thereunder or by order of court, the court for cause shown may in its discretion with or without motion or notice order the period reduced."

F.R.B.P. 9006. *See also* of Local Bankruptcy Rule 9006-1(f) and 9013-6(a)(1)(F)

Federal Rule of Bankruptcy Procedure 9006(c)(1) provides that for "cause shown," the court, *with or without notice*, may reduce the time periods provided for service in the Bankruptcy Code, except as to the time periods proscribed in Rule 9006(c)(2). Since the time period at issue in the accompanying Motion is not one of those listed in Rule 9006(c)(2), this court has the power to grant the relief prayed for herein, and hear the Motion on shortened time.

By this Ex Parte Motion, the Debtor is requesting that the Motion be heard on shortened notice on October 20, 2010. As set forth above, the Debtor needs a hearing on shortened time in order to ensure the sale of the Assets and to realize significant cash that can be used by the Debtor in its operation, rather than the highly specialized components, which provide no value

to the estate in their current form.  Based on the foregoing, the Debtor submits that good cause exists to have the hearing on October 20, 2010.

### III.

### CONCLUSION

The Debtor respectfully requests that the Court set the Motion for hearing on shortened notice, such that it can be heard on October 20, 2010 to allow the Debtor to timely consummate the sale.

DATED: October 14, 2010

WINTHROP COUCHOT
PROFESSIONAL CORPORATION

By: _____
Marc J. Winthrop
Garrick A. Hollander
Payam Khodadadi
[Proposed] General Insolvency Counsel for
Debtor and Debtor-in-Possession

---

-4-
DEBTOR'S EX PARTE MOTION FOR ORDER SHORTENING TIME RE HEARING ON
DEBTOR'S MOTION FOR ORDER APPROVING THE SALE OF CERTAIN ASSETS,
FREE AND CLEAR OF LIENS, CLAIMS, AND INTERESTS; MEMORANDUM OF POINTS
AND AUTHORITIES AND DECLARATION OF THOMAS SCOTT AVILA IN SUPPORT THEREOF
MAINDOCS-#153206-v2-ISE_Ex_Parte_Mtn_for_OST_Regarding_Sale_of_Inventory.DOC

## DECLARATION OF THOMAS SCOTT AVILA

I, Thomas Scott Avila, hereby declare and state as follows:

1. I am the Chief Restructuring Officer of ISE Corporation, a California corporation, the Debtor and Debtor in Possession herein. The facts stated herein are within my personal knowledge, whether acquired directly, or through my familiarity with the Debtor's books and records in my capacity as an officer. The opinions expressed herein represent the opinions of the Debtor entity, of which I am an authorized agent, unless otherwise indicated.

2. Pursuant to the Motion, the Debtor seeks to sell 12,500 ultracapacitor cells (the "Assets") to one of the Debtor's vendors, Maxwell Technologies, Inc., for $250,000 in cash, as more fully described in the Motion. The Debtor believes the proposed sale may be viewed as being out of the ordinary course of business, and to that end, seeks Court approval of the sale.

3. I am concerned that the proposed sale may not be consummated if the Motion is not heard on shortened time to allow the sale to close promptly. The Debtor seeks to sell the Assets, which are not necessary to the Debtor's operations, but for which the Debtor can realize $250,000 immediately. The Debtor has been negotiating the purchase price for weeks and has finally reached agreement. The Debtor does not want to risk the chance of losing this buyer. Accordingly, the Debtor submits that good cause exists to have this matter heard on shortened time to consummate the transaction.

I declare that the foregoing is true and correct under the penalty of perjury.

Executed this 14th day of October 2010 at New Orleans, Louisiana.

*/s/ Thomas Scott Avila*
Thomas Scott Avila

-5-
DEBTOR'S EX PARTE MOTION FOR ORDER SHORTENING TIME RE HEARING ON
DEBTOR'S MOTION FOR ORDER APPROVING THE SALE OF CERTAIN ASSETS,
FREE AND CLEAR OF LIENS, CLAIMS, AND INTERESTS; MEMORANDUM OF POINTS
AND AUTHORITIES AND DECLARATION OF THOMAS SCOTT AVILA IN SUPPORT THEREOF
MAINDOCS-#153206-v2-ISE_Ex_Parte_Mtn_for_OST_Regarding_Sale_of_Inventory

NOTE: When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 660 Newport Center Drive, 4th Fl., Newport Beach, CA 92660.

A True And Correct Copy Of The Foregoing Document Described As: **DEBTOR'S EX PARTE MOTION FOR ORDER SHORTENING TIME RE HEARING ON DEBTOR'S MOTION FOR ORDER APPROVING THE SALE OF CERTAIN SPECIALIZED COMPONENTS, FREE AND CLEAR OF LIENS, CLAIMS, AND INTERESTS; MEMORANDUM OF POINTS AND AUTHORITIES AND DECLARATION OF THOMAS SCOTT AVILA IN SUPPORT THEREOF** will be served or was served (a) on the judge in chambers in the form and manner required by lbr 5005-2(d); and (b) in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On October 14, 2010, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☒ Service information continued on attached page

II. **SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served):
On _____, 2010 I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

III. **SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on_____, 2010 I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| October 14, 2010 | Susan Connor | _[signature]_ |
|---|---|---|
| Date | Type Name | Signature |

---

DEBTOR'S EX PARTE MOTION FOR ORDER SHORTENING TIME RE HEARING ON
DEBTOR'S MOTION FOR ORDER APPROVING THE SALE OF CERTAIN ASSETS,
FREE AND CLEAR OF LIENS, CLAIMS, AND INTERESTS; MEMORANDUM OF POINTS
AND AUTHORITIES AND DECLARATION OF THOMAS SCOTT AVILA IN SUPPORT THEREOF

MAINDOCS-#153206-v2-ISE_Ex_Parte_Mtn_for_OST_Regarding_Sale_of_Inventory.DOC

NEF SERVICE LIST

- Michael D. Breslauer    mbreslauer@swsslaw.com, wyones@swsslaw.com
- Shirley Cho    scho@pszjlaw.com
- Jeffry A. Davis    jadavis@mintz.com, dsjohnson@mintz.com;jrdunn@mintz.com;aobrient@mintz.com
- Mary Testerman Duvoisin    mary.m.testerman@usdoj.gov, USTP.region15@usdoj.gov;shannon.m.vencill@usdoj.gov;tiffany.l.carroll@usdoj.gov
- Paul R. Glassman    glassmanp@gtlaw.com
- Sue J. Hodges    sue.hodges@klgates.com
- Garrick A. Hollander    ghollander@winthropcouchot.com, pj@winthropcouchot.com;sconnor@winthropcouchot.com
- Karen Morao    morao.karen@dorsey.com, foohey.pamela@dorsey.com;mikhailevich.jessica@dorsey.com
- Abigail Obrient    aobrient@mintz.com, dsjohnson@mintz.com
- Jeffrey N. Pomerantz    jpomerantz@pszjlaw.com, scho@pszjlaw.com
- Lisa Torres    lisa.torres@fennelllaw.com, luralene.schultz@fennelllaw.com;tracy.schimelfenig@fennelllaw.com;william.fennell@fennelllaw.com;stefanie.becerra@fennelllaw.com
- United States Trustee    ustp.region15@usdoj.gov
- Victor A. Vilaplana    vavilaplana@foley.com
- Marc J. Winthrop    mwinthrop@winthropcouchot.com, pj@winthropcouchot.com