**CSD 1001A** [11/15/04]
Name, Address, Telephone No. & I.D. No.

**Garrick A. Hollander- State Bar No. 166316**
**Payam Khodadadi – State Bar No. 239906**
**Winthrop Couchot, Professional Corporation**
**660 Newport Center Drive, Suite 400**
**Newport Beach, CA 92660**

Tele: 949-720-4100    Fax: 949-720-4111



Order Entered on
October 15, 2010
by Clerk U.S. Bankruptcy Court
Southern District of California

**UNITED STATES BANKRUPTCY COURT**
SOUTHERN DISTRICT OF CALIFORNIA
325 West "F" Street, San Diego, California 92101-6991

In Re.

ISE CORPORATION,

Debtor.

BANKRUPTCY NO.
10-14198 MM11
Date of Hearing:    10/20/10 @11:00 a.m.
Name of Judge:     Margaret M. Mann

## ORDER APPROVING DEBTOR'S <u>EX PARTE</u> MOTION FOR ORDER SHORTENING TIME RE HEARING ON DEBTOR'S MOTION APPROVING THE SALE OF CERTAIN ASSETS, FREE AND CLEAR OF LIENS, CLAIMS, AND INTERESTS

**IT IS ORDERED THAT** the relief sought as set forth on the continuation pages attached and numbered two (2) through 2 with exhibits, if any, for a total of 2 pages, is granted. Motion/Application Docket Entry No. 187.

//
//
//

DATED: October 15, 2010

_Margaret M Mann_
Judge, United States Bankruptcy Court

Signature by the attorney constitutes a certification under Fed. R. of Bankr. P. 9011 that the relief in the order is the relief granted by the court.

Submitted by:
Winthrop Couchot, Professional Corporation
 (Firm name)

By:  /s/ Garrick A. Hollander
   Attorney for ☒ Movant  ☐ Respondent
   Garrick A. Hollander– State Bar No. 166316

**CSD 1001A**

ISEOSTreSaleofInventory.DOC

American LegalNet, Inc.
www.USCourtForms.com

The Court having read and considered the *Debtor's* <u>Ex Parte</u> *Motion for Order Shortening Time Re Hearing on Debtor's Motion for Order Approving the Sale of Certain Assets Free and Clear of Liens, Claims, and Interests* (the "<u>Ex Parte</u> Motion"), the Declaration of Thomas Scott Avila in support of the <u>Ex Parte</u> Motion, and good and sufficient cause appearing, it is hereby

**ORDERED** that:

1.  The <u>Ex Parte</u> Motion is granted;

*2.*  The hearing on the *Debtor's Motion for Order Approving the Sale of Certain Assets, Free and Clear of Liens, Claims and Interests* (the "Motion") shall be held on October 20, 2010, at 11:00.a.m.;

3.  The Motion shall be filed and served on or before October 15, 2010;

4.  Notice of the hearing on the Motion shall be filed and served by October 15, 2010, via overnight delivery, e-mail or NEF service, upon the Office of the United States Trustee, counsel for the Official Committee of Creditors Holding Unsecured Claims, and upon parties who have requested special notice in this case; and

5.  Opposition, if any, to the Motion shall be filed, and electronically served on counsel to the Debtor, on or before October 19, 2010, at 12:00. p.m.

                                                ####