MARC J. WINTHROP – State Bar No. 63218
mwinthrop@winthropcouchot.com
GARRICK A. HOLLANDER – State Bar No. 166316
ghollander@winthropcouchot.com
**WINTHROP COUCHOT**
**PROFESSIONAL CORPORATION**
660 Newport Center Drive, Suite 400
Newport Beach, CA 92660
Telephone: (949) 720-4100
Facsimile: (949) 720-4111

[Proposed] General Insolvency Counsel for
Debtor and Debtor-in-Possession

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF CALIFORNIA

In re:

ISE CORPORATION,
a California corporation,

             Debtor and
             Debtor-in-Possession.

Case No. 10-14198 MM 11

Chapter 11 Proceeding

DATE: October 20, 2010
TIME: 11:00 A.M.
PLACE: Dept. 1, Room 218
       325 West F Street
       San Diego, CA 92101

**NOTICE OF HEARING ON DEBTOR'S MOTION FOR ORDER APPROVING THE SALE OF CERTAIN SPECIALIZED COMPONENTS, FREE AND CLEAR OF LIENS, CLAIMS, AND INTERESTS**

**TO: CERTAIN CREDITORS AND PARTIES IN INTEREST:**

    **PLEASE TAKE NOTICE** that, pursuant to an Order Shortening Time, a hearing will be held on October 20, 2010 at 11:00 a.m. in the above-entitled Court to consider the Debtor's Motion for Order Approving the Sale of Certain Specialized Components, Fee and Clear of Liens, Claims, and Interests (the "Motion").

    Opposition, if any, to the Motion must be filed and electronically served on counsel to the Debtor, on or before October 19. 2010 at 12:00 p.m.

    A true and complete copy of the Motion is served concurrently herewith.

DATED/SERVED: October 15, 2010

                        **WINTHROP COUCHOT**
                        **PROFESSIONAL CORPORATION**

                        By:_____
                            Marc J. Winthrop
                            Garrick A. Hollander
                        [Proposed] General Insolvency Counsel for the
                        Debtor and Debtor-in-Possession

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 660 Newport Center Drive, 4th Fl., Newport Beach, CA 92660.

A true and correct copy of the foregoing document described as: **NOTICE OF HEARING ON DEBTOR'S MOTION FOR ORDER APPROVING THE SALE OF SPECIALIZED COMPONENTS, FREE AND CLEAR OF LIENS, CLAIMS, AND INTERESTS** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

### I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** –
Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On October 15, 2010, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☒ Service information continued on attached page

### II. **SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served)**:
On October 15, 2010 I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

### III. **SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served)**: Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____, 2010 I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| | | |
|---|---|---|
| October 15, 2010 | Susan Connor | |
| *Date* | *Type Name* | *Signature* |

MAINDOCS-#153397-v1-ISE_NotCredHrg_MotSell.DOC

## NEF SERVICE LIST

- Michael D. Breslauer    mbreslauer@swsslaw.com, wyones@swsslaw.com
- Shirley Cho    scho@pszjlaw.com
- Jeffry A. Davis    jadavis@mintz.com, dsjohnson@mintz.com;jrdunn@mintz.com;aobrient@mintz.com
- Mary Testerman Duvoisin    mary.m.testerman@usdoj.gov,
  USTP.region15@usdoj.gov;shannon.m.vencill@usdoj.gov;tiffany.l.carroll@usdoj.gov
- Paul R. Glassman    glassmanp@gtlaw.com
- Sue J. Hodges    sue.hodges@klgates.com
- Garrick A. Hollander    ghollander@winthropcouchot.com,
  pj@winthropcouchot.com;sconnor@winthropcouchot.com
- Karen Morao    morao.karen@dorsey.com, foohey.pamela@dorsey.com;mikhailevich.jessica@dorsey.com
- Abigail Obrient    aobrient@mintz.com, dsjohnson@mintz.com
- Jeffrey N. Pomerantz    jpomerantz@pszjlaw.com, scho@pszjlaw.com
- Lisa Torres    lisa.torres@fennelllaw.com,
  luralene.schultz@fennelllaw.com;tracy.schimelfenig@fennelllaw.com;william.fennell@fennelllaw.com;stefanie.becerra@fennelllaw.com
- United States Trustee    ustp.region15@usdoj.gov
- Victor A. Vilaplana    vavilaplana@foley.com
- Marc J. Winthrop    mwinthrop@winthropcouchot.com, pj@winthropcouchot.com

### SERVICE VIA OVERNIGHT, NEXT DAY, DELIVERY
#### (Unless NEF indicated)

ISE Corporation
Richard J. Sander, President & CEO
12302 Kerran St.
Poway, CA 92064

U.S. Trustee's Office
Mary Testerman DuVoisin, Esq.
402 W. Broadway, Suite 600
San Diego, CA 92101-8511

ISE SpecialNotice/Committee
Document No. 150187

**NEF 9/9/10**
Committee Counsel
Jeffrey N. Pomerantz/Shirley S. Cho
10100 Santa Monica Blvd., 11th Fl.
Los Angeles, CA 90067-4100

Buyer
Maxwell Technologies
Attn:  Corporate Officer
9244 Balboa Ave.
San Diego, CA 92123

Buyer
Maxwell Technologies/Global Hdqt
Attn:  Legal Dept.
5721 Viewridge Court, #100
San Diego, CA 92123

Secured Creditor
CIT Technology Financing Services
Attn:  Corporate Officer
10201 Centurion Parkway North, Suite 100
Jacksonville, FL 32256

**-NEFSecured-RSN 8/10/10**
New Flyer
c/o Minitz Levin, etc.
Jeffrey A. Davis
3580 Carmel Mountain Rd., #300
San Diego, CA 92130

**Secured -RSN 8/10/10**
New Flyer
c/o Troys LLP
William F. Gray, Jr.
237 Park Avenue]
New York, NY 10017-3142

**RSN 8/18/10&CrtManual**
Suntron Corporation
c/o Greenberg Traurig, LLP
Paul R. Glassman, Esq.
2450 Colorado Ave., #400E
Santa Monica, CA 90404

**RSN 8/19/10**
NGP Energy Technology Partners, LP
c/o William R. Baldiga, Esq.
Brown  Rudnick LLP
One Financial Center
Boston, MA 02111

**NEF RSN 8/23/10**
Foley & Lardner LLP
Victor A. Viliplana, Esq.
402 W. Broadway, #2100
San Diego, CA 92101-3510

**NEF RSN 8/27/10**
Pomerado Leasing No. 1 LP
c/o Law Offices of William P. Fennell
Lisa Torres, Esq.
1111 Sixth Ave., #404
San Diego, CA 92101

**NEF 9/9/10**
El Dorado National – California
c/o Michael D. Breslauer, Esq.
Solomon Ward, Seidenwurm & Smith
401 B Street, #1200
San Diego, CA 92101

MAINDOCS-#153397-v1-ISE_NotCredHrg_MotSell.DOC

RSN 9/10/10

K&L Gates LLP
c/o Sue J. Hodges, Esq.
3580 Carmel Mountain Rd., #200
San Diego, CA 92130

9/13/10CrtManual

Iron Mountain Information
Management, Inc.
c/o Frank F. McGinn, Esq.
Bartlett Hackett Feinberg P.C.
155 Federal Street, 9th Floor
Boston, MA 02110

9/13/10CrtManual

Steven O. Gasser-
(NO ADDRESS GIVEN

RSN 9/30/10

Financial Advisors To Committee
Gregg Weisstein
Alexander O. Koles
BDO USA, LLP
3200 Bristol St.
Costa Mesa, CA 92626

9/24/10CrtManual

Sandra Hibberd
(No address given)

10/14/10CrtManual

Apache Future, LLC
(No address given)

10/14/10 CrtManual

BDO USA LLP
3200 Bristol St.
Costa Mesa, CA 92626

10/14/10 CrtManual

William R Baldiga
Brown Rudnick LLP
One Financial Center
Boston, MA 02111

MAINDOCS-#153397-v1-ISE_NotCredHrg_MotSell.DOC