MARC J. WINTHROP – State Bar No. 63218
mwinthrop@winthropcouchot.com
GARRICK A. HOLLANDER – State Bar No. 166316
ghollander@winthropcouchot.com
**WINTHROP COUCHOT**
**PROFESSIONAL CORPORATION**
660 Newport Center Drive, Suite 400
Newport Beach, CA 92660
Telephone: (949) 720-4100
Facsimile: (949) 720-4111

[Proposed] General Insolvency Counsel for
Debtor and Debtor-in-Possession

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br><br>ISE CORPORATION,<br>a California corporation,<br><br>     Debtor and<br>     Debtor-in-Possession. | Case No. 10-14198 MM 11<br><br>Chapter 11 Proceeding<br><br>DATE:   October 20, 2010<br>TIME:   11:00 A.M.<br>PLACE: Dept. 1, Room 218<br>            325 West F Street<br>            San Diego, CA 92101 |

### NOTICE OF INCORRECT HEARING DATE ON DEBTOR'S MOTION FOR ORDER APPROVING THE SALE OF CERTAIN SPECIALIZED COMPONENTS, FREE AND CLEAR OF LIENS, CLAIMS, AND INTERESTS

**TO: CERTAIN CREDITORS AND PARTIES IN INTEREST:**

**PLEASE TAKE NOTICE** that the Motion for Order Approving the Sale of Certain Specialized Components Free and Clear of Liens, Claims, and Interests ("Motion") that was served on Friday, October 15, 2010 contained an incorrect hearing date. The correct date is Wednesday, **October 20, 2010,** not November 20, 2010 as indicated on the face of the Motion.

DATED/SERVED: October 18, 2010

                                                **WINTHROP COUCHOT**
                                                **PROFESSIONAL CORPORATION**

                                                By: _/s/ Marc J. Winthrop_____
                                                    Marc J. Winthrop
                                                    Garrick A. Hollander
                                                [Proposed] General Insolvency Counsel for the
                                                Debtor and Debtor-in-Possession

NOTE: When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 660 Newport Center Drive, 4th Fl., Newport Beach, CA 92660.

A true and correct copy of the foregoing document described as: **NOTICE OF INCORRECT HEARING DATE ON DEBTOR'S MOTION FOR ORDER APPROVING THE SALE OF CERTAIN SPECIALIZED COMPONENTS, FREE AND CLEAR OF LIENS, CLAIMS, AND INTERESTS** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

### I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF") –

Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On October 18, 2010, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☒ Service information continued on attached page

### II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL(indicate method for each person or entity served):

On October 18, 2010 I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

### III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____, 2010 I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| October 18, 2010 | Viann Corbin | *(signed)* Viann Corbin |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

## NEF SERVICE LIST

- Michael D. Breslauer    mbreslauer@swsslaw.com, wyones@swsslaw.com
- Shirley Cho    scho@pszjlaw.com
- Jeffry A. Davis    jadavis@mintz.com, dsjohnson@mintz.com;jrdunn@mintz.com;aobrient@mintz.com
- Mary Testerman Duvoisin    mary.m.testerman@usdoj.gov, USTP.region15@usdoj.gov;shannon.m.vencill@usdoj.gov;tiffany.l.carroll@usdoj.gov
- Paul R. Glassman    glassmanp@gtlaw.com
- Sue J. Hodges    sue.hodges@klgates.com
- Garrick A. Hollander    ghollander@winthropcouchot.com, pj@winthropcouchot.com;sconnor@winthropcouchot.com
- Karen Morao    morao.karen@dorsey.com, foohey.pamela@dorsey.com;mikhailevich.jessica@dorsey.com
- Abigail Obrient    aobrient@mintz.com, dsjohnson@mintz.com
- Jeffrey N. Pomerantz    jpomerantz@pszjlaw.com, scho@pszjlaw.com
- Lisa Torres    lisa.torres@fennelllaw.com, luralene.schultz@fennelllaw.com;tracy.schimelfenig@fennelllaw.com;william.fennell@fennelllaw.com;stefanie.becerra@fennelllaw.com
- United States Trustee    ustp.region15@usdoj.gov
- Victor A. Vilaplana    vavilaplana@foley.com
- Marc J. Winthrop    mwinthrop@winthropcouchot.com, pj@winthropcouchot.com

**SERVICE VIA OVERNIGHT, NEXT DAY, DELIVERY**
**(Unless NEF indicated)**

ISE Corporation
Richard J. Sander, President & CEO
12302 Kerran St.
Poway, CA 92064

U.S. Trustee's Office
Mary Testerman DuVoisin, Esq.
402 W. Broadway, Suite 600
San Diego, CA 92101-8511

ISE SpecialNotice/Committee
Document No. 150187

NEF 9/9/10
Committee Counsel
Jeffrey N. Pomerantz/Shirley S. Cho
10100 Santa Monica Blvd., 11th Fl.
Los Angeles, CA 90067-4100

Buyer
Maxwell Technologies
Attn: Corporate Officer
9244 Balboa Ave.
San Diego, CA 92123

Buyer
Maxwell Technologies/Global Hdqt
Attn: Legal Dept.
5721 Viewridge Court, #100
San Diego, CA 92123

Secured Creditor
CIT Technology Financing Services
Attn: Corporate Officer
10201 Centurion Parkway North, Suite 100
Jacksonville, FL 32256

-NEFSecured-RSN 8/10/10
New Flyer
c/o Minitz Levin, etc.
Jeffrey A. Davis
3580 Carmel Mountain Rd., #300
San Diego, CA 92130

Secured -RSN 8/10/10
New Flyer
c/o Troys LLP
William F. Gray, Jr.
237 Park Avenue]
New York, NY 10017-3142

RSN 8/18/10&CrtManual
Suntron Corporation
c/o Greenberg Traurig, LLP
Paul R. Glassman, Esq.
2450 Colorado Ave., #400E
Santa Monica, CA 90404

RSN 8/19/10
NGP Energy Technology Partners, LP
c/o William R. Baldiga, Esq.
Brown Rudnick LLP
One Financial Center
Boston, MA 02111

NEF RSN 8/23/10
Foley & Lardner LLP
Victor A. Viliplana, Esq.
402 W. Broadway, #2100
San Diego, CA 92101-3510

NEF RSN 8/27/10
Pomerado Leasing No. 1 LP
c/o Law Offices of William P. Fennell
Lisa Torres, Esq.
1111 Sixth Ave., #404
San Diego, CA 92101

NEF 9/9/10
El Dorado National – California
c/o Michael D. Breslauer, Esq.
Solomon Ward, Seidenwurm & Smith
401 B Street, #1200
San Diego, CA 92101

RSN 9/10/10
K&L Gates LLP
c/o Sue J. Hodges, Esq.
3580 Carmel Mountain Rd., #200
San Diego, CA 92130

9/13/10CrtManual
Iron Mountain Information Management, Inc.
c/o Frank F. McGinn, Esq.
Bartlett Hackett Feinberg P.C.
155 Federal Street, 9th Floor
Boston, MA 02110

9/13/10CrtManual
Steven O. Gasser-
(NO ADDRESS GIVEN

9/24/10CrtManual
Sandra Hibberd
(No address given)

10/14/10CrtManual
Apache Future, LLC
(No address given)

RSN 9/30/10
Financial Advisors To Committee
Gregg Weisstein
Alexander O. Koles
BDO USA, LLP
3200 Bristol St.
Costa Mesa, CA 92626

10/14/10 CrtManual
BDO USA LLP
3200 Bristol St.
Costa Mesa, CA 92626

10/14/10 CrtManual
William R Baldiga
Brown Rudnick LLP
One Financial Center
Boston, MA 02111