Kent J. Schmidt – CA Bar No. 195969
Karen A. Morao – CA Bar No. 256428
DORSEY & WHITNEY LLP
38 Technology Drive, Suite 100
Irvine, CA  92618-5310
Telephone: (949) 932-3600
Facsimile: (949) 932-3601
E-mail: schmidt.kent@dorsey.com
E-mail: morao.karen@dorsey.com

Eric Lopez Schnabel – NY Bar No. ES5553
Pamela Foohey – MN Bar No. 389566
DORSEY & WHITNEY LLP
250 Park Avenue
New York, NY 10177-1500
Telephone No.: (212) 415-9200
Facsimile: (212) 953-7201
E-mail: schnabel.eric@dorsey.com
E-mail: foohey.pamela@dorsey.com

*Counsel for Ballard Power Systems Inc.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| In re:<br><br>ISE CORPORATION,<br><br>Debtor. | Case No. 10-14198-11MM<br><br>Chapter 11<br><br>**NOTICE OF SERVICE OF WRITTEN DISCOVERY**<br><br>Date:   November 18, 2010<br>Time:   10:00 a.m.<br>Dept:    1<br>Judge:  Margaret M. Mann |

1

**TO THE COURT, ALL PARTIES HEREIN, AND THEIR COUNSEL OF RECORD**

**PLEASE TAKE NOTICE THAT** on November 3, 2010, Ballard Power Systems Inc. ("Ballard"), by and through its undersigned counsel, served via electronic mail the following documents on the parties listed in the attached Proof of Service:

(1)  Ballard Power System Inc.'s First Set of Requests for Documents to Debtor ISE Corporation;

(2)  Ballard Power System Inc.'s Notice of Videotaped Deposition of ISE Corporation's Person(s) Most Knowledgeable; and

(3)  Ballard Power System Inc.'s Notice of Videotaped Deposition of David Morash.

Dated: November 3, 2010                            DORSEY & WHITNEY LLP

By: /s/ Karen A. Morao
Kent J. Schmidt  (CA Bar No. 256428)
Karen A. Morao  (CA Bar No. 195969)
38 Technology Drive, Suite 100
Irvine, CA  92618-5310
Telephone: (949) 932-3600
Facsimile: (949) 932-3601

and

Eric Lopez Schnabel (NY Bar No. ES5553)
Pamela Foohey  (MN Bar No. 389566)
250 Park Avenue
New York, New York 10177
Telephone: (212) 415-9200
Facsimile: (212) 953-7201

*Counsel for Ballard Power Systems Inc.*

## PROOF OF SERVICE

I am employed in the County of Orange, State of California, over the age of eighteen years, and not a party to the within action. My business address is 38 Technology Drive, Suite 100, Irvine, California 92618. On November 3, 2010, I served the within document:

**NOTICE OF SERVICE OF WRITTEN DISCOVERY**

**X**  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")**: Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On November 3, 2010, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email addresses indicated below:

**X**  **BY ELECTRONIC MAIL**: The above-referenced document was transmitted in "pdf" format by electronic mail ("e-mail") to each of the e-mail addresses as indicated on the attached service list, and no errors were reported.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on November 3, 2010, at Irvine, California

/s/ Karen A. Morao
Karen A. Morao

**SERVICE LIST**

| | |
|---|---|
| Marc J. Winthrop<br>Garrick A. Hollander<br>Winthrop Couchot, PC<br>660 Newport Center Drive, 4th Floor<br>Newport Beach, CA  92660<br>mwinthrop@winthropcouchot.com<br>ghollander@winthropcouchot.com | *Attorneys for Debtor* (NEF) |
| Jeffry A. Davis, Esq.<br>Abigail O'Brient, Esq.<br>Mintz Levin Cohn Ferris Glovsky and Popeo, P.C.<br>3580 Carmel Mountain Road, Suite 300<br>San Diego, CA 92130<br>jadavis@mintz.com<br>aobrient@mintz.com | *Attorneys for New Flyer* (NEF) |
| Alison D. Bauer, Esq.<br>Torys LLP<br>237 Park Avenue<br>New York, NY 10017-3142<br>abauer@torys.com | *Attorneys for New Flyer* (Electronic Mail) |
| Mary Testerman Duvoisin<br>Office of the U.S. Trustee<br>402 W. Broadway, Suite 600<br>San Diego, CA  92101<br>mary.m.testerman@usdoj.gov<br>ustp.region15@usdoj.gov | *United States Trustee* (NEF) |
| Jeffrey N. Pomerantz<br>Shirley S. Cho<br>Pachulski Stang Ziehl & Jones LLP<br>10100 Santa Monica Blvd., 11th Floor<br>Los Angeles, CA 90067-4100<br>jpomerantz@pszjlaw.com<br>scho@pszjlaw.com | *Attorneys for the Official Committee of Unsecured Creditors* (NEF) |
| Gregg Weisstein<br>Alexander O. Koles<br>BDO USA, LLP<br>3200 Bristol Street<br>Costa Mesa, CA 92626<br>gweisstein@bdo.com<br>akoles@bdo.com | *Financial Advisors for the Official Committee of Unsecured Creditors* (Electronic Mail) |

4

| | |
|---|---|
| Lisa Torres, Esq.<br>Tracy L. Schimelfenig, Esq.<br>Law Office of William P. Fennell, APLC<br>1111 Sixth Avenue, Suite 404<br>San Diego, CA 92101<br>lisa.torres@fennelllaw.com | *Attorneys for Pomerado Leasing No. 1 LP*<br>(NEF) |
| Paul R. Glassman, Esq.<br>Greenberg Traurig, LLP<br>2450 Colorado Avenue, Suite 400E<br>Santa Monica, California   90404<br>glassmanp@gtlaw.com | *Attorneys for Suntron Corporation* (NEF) |
| Sue J. Hodges, Esq.<br>3580 Carmel Mountain Road, Suite 200<br>San Diego, CA 92130<br>sue.hodges@klgates.com | *Attorneys for K&L Gates LLP* (NEF) |
| Victor A. Vilaplana<br>Foley & Lardner LLP<br>402 West Broadway, Suite 2100<br>San Diego, CA 92101<br>vavilaplana@foley.com | *Attorneys for Foley & Lardner LLP* (NEF) |
| Michael D. Breslauer, Esq.<br>Yosina M. Lissebeck, Esq.<br>Solomon Ward Seidenwurm & Smith<br>401 B Street, Suite 1200<br>San Diego, CA 92101<br>mbreslauer@swsslaw.com | *Attorneys for El Dorado National* (NEF) |
| Richard A. Solomon<br>Solomon Grindle Silverman Wintringer, PC<br>12651 High Bluff Drive, Suite 300<br>San Diego, CA 92130<br>Richard@sgsslaw.com | *Attorneys for Bank of America, N.A.* (NEF) |
| William R Baldiga, Esq.<br>Brown Rudnick LLP<br>One Financial Center<br>Boston, Massachusetts 02111<br>wbaldiga@brownrudnick.com | *Attorneys for NGP Energy Technology Partners, L.P.* (Electronic Mail) |

4830-5569-7671\1

| | | |
|---|---|---|
| 1 | Frank F. McGinn | *Attorneys for Iron Mountain Management,* |
| 2 | Bartlett Hackett Feinberg P.C.<br>155 Federal Street, 9th Floor | *Inc.* (Electronic Mail) |
| 3 | Boston, MA  02110<br>ffm@bostonbusinesslaw.com | |

6