Redact
Rev. 03/09

**United States Bankruptcy Court**
Southern District of California
Jacob Weinberger U.S. Courthouse
325 West F Street
San Diego, CA 92101–6991

Telephone: 619–557–5620
Website: www.casb.uscourts.gov
Hours: 9:00am–4:00pm Monday–Friday

**In re** Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

**ISE Corporation**
 12302 Kerran Street
Poway, CA 92064

Case number:  10–14198–MM11
Chapter:  11
Judge  Margaret M. Mann

Employer's Tax I.D. No.:  33–0646481
*Debtor Aliases:*   ISE Research Corporation

**ISE LIMITED**
 c/o Levene Neale Bender Yoo & Brill LLP
10250 Constellation Blvd., 17th Floor
Los Angeles, CA 90067

*Joint Debtor: No Known Aliases*

## NOTICE OF FILING OF TRANSCRIPT AND DEADLINES

TO PARTIES IN INTEREST

YOU ARE HEREBY NOTIFIED that a transcript of the hearing held **01/12/11** was filed with the Court on 2/23/11.

Access to this transcript is restricted for ninety calendar days from the date of filing unless extended by court order. All parties have seven calendar days to file a Notice of Intent to Request Redaction of certain identifying information as provided in the Judicial Conference's Privacy Policy. The four identifying items are:  Social Security numbers (should be redacted to show only the last four digits); birth dates (should contain only the year of birth); individuals known to be minors (should be referred to with initials); and financial account numbers (should be redacted to the last four digits).

If a Notice of Intent to Request Redaction is filed, the party then has 21 calendar days from the date of filing of the transcript to file with the court and the court reporter, a Notice of Redaction with List of Location Identifiers.

To review the transcript for redaction purposes, you may purchase a copy from the transcriber Nancy Wingis, (858) 775–0283, or you may view the document at the clerk's office public terminal at no cost.

Dated: 2/23/11

Barry K. Lander
Clerk of the Bankruptcy Court